# EXHIBIT A

(To Petitioner's Opposition to Respondent's
Motion for Reconsideration of Court's Decision of Evidentiary Hearing;
Memorandum and Authorities)

Jofama Coleman, Petitioner

v.

Kathleen Allison, Acting Warden,
Respondent


**Imaging Forensics**

Date: April 20, 2009
To: Jofama Coleman
From: George Reis
      Imaging Forensics, Inc.
RE: Blockbuster Security Video
CC: Patricia Ihara


Per your request, I have demultiplexed the video from the Blockbuster security tape to separate it into four separate movies, each representing the four separate cameras of the system. I made a DVD that enables you to view each camera as a separate movie. The original recording was made at approximately 1 frame per second for each camera view – and these movies will play at 1 frame per second.

Camera 01 is blank. The reason for this could be that the camera was disconnected or malfunctioning, or that there was no camera attached.

Camera 02 is of the entrance/exit to the store from the interior.

Camera 03 is of the interior of the store.

Camera 04 is of the cash register area.

You are visible at several times on Cameras 02, 03, and 04. On Camera 02, you enter the store at 21:25:34 (9:25 pm) and leave the store at 21:41:05 (9:41 pm).

I have returned the videotape you provided to me to Patricia Ihara.

Should you need anything else, feel free to contact me at your convenience.

George Reis

Imaging Forensics   18627 S. Brookhurst St.   PMB 324   Fountain Valley, CA 92708
Voice: (714) 775-3120   Fax: (714) 775-2212   http://www.imagingforensics.com   info@imagingforensics.com