SEAN K. KENNEDY(1456632)
Federal Public Defender
JESSE GESSIN(263889)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone (714) 338-4500
Facsimile (714) 338-4520
E-mail: jesse_gessin@fd.org

Attorneys for Petitioner
JOFAMA COLEMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOFAMA COLEMAN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>KATHLEEN ALLISON, Acting Warden,<br><br>　　　　　Respondent. | CASE NO: CV 10-2343-AHM<br><br>**NOTICE OF CONFLICT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Deputy Federal Public Defender Jesse Gessin on behalf of Petitioner, Jofama Coleman, in support of the stipulation for a continuance (Docket Entry # 79), hereby files the following Notice of Conflict for October 22, 2012.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　SEAN K. KENNEDY
　　　　　　　　　　　　　　　　Federal Public Defender

DATED:  September 18, 2012　　By_____
　　　　　　　　　　　　　　　　Jesse Gessin
　　　　　　　　　　　　　　　　Deputy Federal Public Defender

# **DECLARATION OF JESSE GESSIN**

I, Jesse Gessin, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California.

2. I represent Jofama Coleman in the above-entitled action.

3. On October 22, 2012, I am presently scheduled to appear before Judge James V. Selna in Santa Ana for a sentencing hearing at 9:30 AM in *United States v. Pablo Macedo Duarte*, SA CR 12-53-JVS (C.D. Cal. 2012) and before Judge Andrew J. Guilford in Santa Ana for a sentencing hearing at 1:30 PM in *United States v. Lorenzo Macedonio-Catalan*, SA CR 12-155-AG (C.D. Cal. 2012).

4. In the second case, *United States v. Lorenzo Macedonio-Catalan*, SA CR 12-155-AG (C.D. Cal. 2012), a fast track case, assuming the sentencing goes forward on October 22, 2012, Probation has recommended a sentence that will be less than the amount of time the defendant has already spent in detention.

5. On October 22, 2012 at 10:00 AM, I have three matters on Calendar for Post-Indictment Arraignment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATE: September 18, 2012                                     _____
                                                                                    JESSE GESSIN

2