1    GIVEN THE FACT THAT THERE'S EVIDENCE ALREADY THAT HE'S

2    ADMITTED THAT HE'S A MEMBER OF NGA AND THIS JUST FURTHER

3    SHOWS THAT, ONCE THE EVIDENCE IS HOOKED UP, THAT HE'S

4    ASSOCIATED WITH THAT TAGGING CREW.

5            I HAVE NOT SAID IT WAS A GANG.  I DID INDICATE

6    TO THE JURY THAT IN MY OPENING THEY ENGAGED IN VIOLENT

7    BEHAVIOR, BUT I SPECIFICALLY SAID THEY ARE A TAGGING

8    CREW, WHICH I EXPECT THE GANG EXPERT TO TESTIFY TO.  SO

9    THERE'S NOTHING TO PREJUDICE HIM.  I MEAN THE VICTIM HAD

10   A NICKNAME SO THE ONLY THING IS THAT IT JUST SHOWS THAT

11   HE IS ASSOCIATED WITH THAT TAGGING CREW AND THAT THERE

12   WAS A RIVALRY HERE AND THAT WAS PART OF THE MOTIVE FOR

13   THE CRIME.

14           THE COURT:  OKAY.

15       MR. WHITE:  THIS WITNESS HAS NEVER TESTIFIED THAT

16   HE KNEW MY CLIENT BY ANY NAME OR WHATEVER.  AND IF YOU

17   ARE JUST ASKING JUST OUT OF THE BLUE IF HE'S SEEN SOME

18   WRITING ON A WALL, THE NAME, AND WHAT IS THAT BASED

19   UPON?

20       MS. WILLIAMS:  IT WOULD JUST BE LIKE ANYONE WHO'S

21   SEEN THE WRITING ON THE WALL WITH THE NAME ILLUSION.  IF

22   TWO SHERIFF DEPUTIES DROVE UP AND SEEN THE WRITING ON

23   THE WALL AND THE NAME ILLUSION, ALL HE IS SAYING IS WHAT

24   HE SAW.  THE TYING IT IN HAS TO COME LATER.  YOU CAN DO

25   IT SUBJECT TO A MOTION TO STRIKE IF I NEVER TIE IT UP,

26   BUT I BELIEVE, BASED ON THE TESTIMONY OF A NUMBER OF

27   DIFFERENT WITNESSES, THAT THAT WILL COME IN.

28           THE COURT:  AT THIS POINT WE CAN LAY SOME

1    FOUNDATION WITH THE JURY NOT HEARING WITH THIS WITNESS

2    THAT IT'S YOUR CLIENT, SO THEY ARE REALLY NOT GOING TO

3    KNOW HOW IT TIES IN.  I DON'T SEE THAT THERE'S ANY

4    REASON TO EXCLUDE IT.  I HAVEN'T HEARD ANYTHING YET.

5            I'M GOING TO ALLOW HIM TO TESTIFY ABOUT THIS.

6    AGAIN, AND IN THE FUTURE IF YOU ARE GOING TO BRING UP

7    WITH ANY WITNESS ANY INFORMATION TYING HIM INTO THIS

8    GANG, THEN YOU NEED TO TAKE A BREAK AND DO THAT.

9        MS. WILLIAMS:  IT'S IN THE PRELIM TRANSCRIPT.  HE

10    TESTIFIED TO THIS PARTICULAR MATTER IN PRELIMINARY

11    HEARING.

12        THE COURT:  RIGHT.  BUT WHEN YOU ARE TRYING TO TIE

13    IT INTO THIS DEFENDANT, THEN WE'LL HAVE ANOTHER HEARING

14    ABOUT IT.  DON'T BRING IT UP UNTIL WE HAVE IT.

15        MS. WILLIAMS:  FRANKLY, AT THIS POINT I DON'T KNOW

16    WHAT HIS ANSWER IS GOING TO BE, ANYWAY.

17

18            (THE FOLLOWING PROCEEDINGS WERE

19            HELD IN OPEN COURT IN THE

20            PRESENCE OF THE JURY:)

21

22        THE COURT:  YOU CAN REASK THE QUESTION.

23        MS. WILLIAMS:  THANK YOU.  HOPEFULLY I SORT OF

24    REMEMBER WHAT IT WAS.

25        Q    MR. ROBLES, YOU INDICATED THAT YOU SAW SOME

26    WRITINGS, GRAFFITI WITH "NGA," AND THAT YOU HAD SEEN

27    SOME NAMES NEXT TO IT.  DO YOU REMEMBER WHAT ANY OF

28    THOSE NAMES WERE?

1       A       ILLUSION.  PHARAOH.

2       Q       WHAT WAS THE SECOND ONE?

3       A       PHARAOH.

4       Q       BURRELL?

5       A       PHARAOH.

6       Q       HOW DO YOU SPELL THAT?

7       A       I DON'T KNOW.  F-A-R-O-E OR A.

8       Q       ANY OTHER NAMES THAT YOU CAN REMEMBER?

9       A       DEGAINO (SIC).

10      Q       ANYTHING ELSE OR IS THAT IT?

11      A       THAT'S IT.

12      Q       NOW, YOU ALSO TESTIFIED THAT AT ONE POINT IN

13  TIME YOU WERE SHOWN A SINGLE PHOTOGRAPH OF AN INDIVIDUAL

14  AND YOU IDENTIFIED THAT PERSON AS THE PERSON THAT YOU

15  SAW DRIVING THE VAN.  DO YOU REMEMBER THAT TESTIMONY?

16  DO YOU REMEMBER SAYING THAT?

17      A       SAYING WHAT?

18      Q       THAT SERGEANT KATZ SHOWED YOU A PICTURE OF

19  SOMEONE AND YOU SAID THAT THAT WAS THE PERSON DRIVING

20  THE VAN?

21      A       YEAH.

22      Q       BEFORE SERGEANT KATZ SHOWED YOU THAT

23  PHOTOGRAPH, HAD YOU ALREADY TOLD HIM THAT THE DRIVER WAS

24  JOFAMA?  DO YOU UNDERSTAND WHAT I'M ASKING?

25      A       YEAH, I UNDERSTAND.  NO, I DIDN'T TELL HIM.

26      Q       WHICH HAPPENED FIRST, DID YOU TELL HIM THE

27  DRIVER, THAT YOU RECOGNIZED THE DRIVER AND THEN HE

28  SHOWED YOU THE PHOTOGRAPH OR THE OTHER WAY ROUND?

1      A    THE OTHER WAY AROUND.

2      Q    SO HE SHOWED YOU THE PHOTOGRAPH AND WHAT DID

3  YOU SAY WHEN HE SHOWED YOU THE PHOTOGRAPH?

4      A    FIRST HE ASKED ME WHO WAS JOFAMA -- NO.  WHO

5  WAS THE DRIVER AND I TOLD HIM IT WAS JOFAMA, AND HE TOLD

6  ME IF I SHOWED YOU A PICTURE WOULD YOU RECOGNIZE HIM,

7  AND I SAID YEAH.

8      Q    YOU SAID FIRST IT WAS JOFAMA AND THEN HE

9  SHOWED YOU THE PHOTOGRAPH?

10     A    YEAH.

11     MS. WILLIAMS:  AT THIS TIME I'D LIKE TO MARK AS

12  PEOPLE'S EXHIBIT 4 FOR IDENTIFICATION.  I'M PLACING A P4

13  ON IT, A SINGLE PHOTOGRAPH.

14     THE COURT:  WHAT IS NUMBER 3 --

15     THE CLERK:  WHAT IS NUMBER 3?  I DON'T HAVE 3.

16     MS. WILLIAMS:  I'M SORRY.  THIS IS NUMBER 3.

17  PEOPLE'S 3 FOR IDENTIFICATION.

18     THE COURT:  ALL RIGHT.

19

20     (MARKED FOR IDENTIFICATION, PHOTOGRAPH,

21     PEOPLE'S EXHIBIT NO. 3.)

22

23     MR. WHITE:  MAY I SEE IT, YOUR HONOR?

24     THE COURT:  YES.

25     Q    BY MS. WILLIAMS:  SHOWING YOU THIS SINGLE

26  PHOTOGRAPH HERE, DOES THIS LOOK LIKE THE PHOTOGRAPH OR

27  IS THIS THE PHOTOGRAPH THAT SERGEANT KATZ SHOWED YOU

28  AFTER YOU TOLD HIM THE DRIVER WAS JOFAMA?

969

1    A    YEAH.

2    Q    MR. ROBLES, DO YOU WANT TO BE HERE TESTIFYING

3    TODAY?

4    A    NO.

5    Q    WHY NOT?

6    A    IT'S A GANG-RELATED THING.

7    Q    WHAT DOES THAT MAKE YOU FEEL?

8    A    LIKE A SNITCH IS THE WORD FOR IT.

9    Q    WHAT'S A SNITCH?

10    A    LIKE A BIRD.

11    Q    WHEN YOU SAY A BIRD OR A SNITCH, DO YOU MEAN

12    SOMEONE WHO TALKS TO THE POLICE?

13    A    YEAH.

14    Q    SOMEONE WHO TELLS ON SOMEBODY?

15    A    YEAH.

16    Q    WHY DON'T YOU WANT TO BE A SNITCH?

17    A    I DON'T KNOW.

18    Q    HAVE YOU BEEN IN CUSTODY RECENTLY FOR A

19    CARJACKING THAT YOU COMMITTED?

20    A    YEAH.

21    Q    AND WHEN YOU ARE IN CUSTODY, DO PEOPLE -- DO

22    OTHER PEOPLE IN CUSTODY, THE OTHER INMATES, DO THEY LIKE

23    SNITCHES?

24    A    NO.

25    Q    WHAT DO THEY DO TO SNITCHES WHEN YOU ARE IN

26    CUSTODY?

27    A    THEY KILL THEM.

28    Q    WHAT ABOUT WHEN YOU ARE OUT OF CUSTODY, WHAT

1  DO GANG MEMBERS DO TO PEOPLE OUT OF CUSTODY WHO ARE

2  SNITCHES?

3       A    I'M NOT SURE.

4       Q    DID YOU THINK PEOPLE GET KILLED OUT OF CUSTODY

5  FOR BEING SNITCHES?

6       A    I GUESS.  I DON'T KNOW.

7       Q    AND ARE YOU WORRIED THAT YOU MIGHT GO BACK

8  INTO CUSTODY AGAIN ON ONE OF YOUR CASES?

9       A    I WORRY, YEAH, BUT.

10      Q    DO YOU WORRY IF THAT HAPPENS THAT YOU COULD

11 GET KILLED BECAUSE YOU TESTIFIED HERE?

12      A    YEAH.

13      MS. WILLIAMS:  NOTHING FURTHER.

14      THE COURT:  CROSS?

15

16                    CROSS EXAMINATION

17

18      Q    BY MR. WHITE:  MR. ROBLES, DID ANYBODY TRY TO

19 KILL YOU WHILE YOU WERE IN JAIL?

20      A    NO.

21      Q    YOU HAD TESTIFIED ON THIS CASE LAST YEAR

22 SOMETIME AT THE PRELIMINARY HEARING; RIGHT?

23      A    YEAH.

24      Q    SO YOU HAD ALREADY TOLD AND TESTIFIED THAT

25 JOFAMA WAS THE PERSON WHO WAS DRIVING THE VEHICLE THAT

26 CONTAINED THE SHOOTER OF YOUR BROTHER; RIGHT?

27      A    YEAH.

28      Q    AND AFTER YOU DID THAT, DID ANYBODY TRY TO

1    COME GET YOU?

2        A    NO.

3        Q    OKAY.  SO WHILE YOU ARE SAYING THAT YOU ARE

4    AFRAID OF BEING A SNITCH AND THAT YOU ARE AFRAID, YOU

5    DIDN'T WANT TO COME HERE TODAY AND TESTIFY, NOBODY HAS

6    REALLY DONE ANYTHING TO YOU AS A RESULT OF YOUR HAVING

7    TESTIFIED IN THIS CASE, HAVE THEY?

8        A    NO.

9        Q    NOW, LET'S GET TO YOUR TESTIMONY.  YOUR

10   TESTIMONY IN THIS CASE IS THAT ON THE NIGHT OF MAY THE

11   10TH OF LAST -- OF 2003, YOU WERE AT A BARBECUE AT YOUR

12   DAD'S HOUSE; RIGHT?

13       A    YEAH.

14       Q    AND IT WAS JUST BEFORE MOTHER'S DAY.  IT WAS A

15   SATURDAY NIGHT AND YOU WERE IN THE BACKYARD AREA; IS

16   THAT RIGHT?

17       A    YEAH.

18       Q    WERE THERE A LOT OF PEOPLE OVER AT THE HOUSE?

19       A    YEAH.

20       Q    NOW, WHILE THE PARTYING WAS GOING ON AND

21   STUFF, YOU HEAR SOME GUN SHOTS OUT FRONT; IS THAT RIGHT?

22       A    YES.

23       Q    AND I KNOW INITIALLY YOU SAID 3 GUN SHOTS, BUT

24   THEN YOU SAID THERE WERE 2 AND THEN THERE WERE 13; IS

25   THAT RIGHT?

26       A    YEAH.

27       Q    WERE YOU COUNTING THE SHOTS?

28       A    YES.

1     Q    YOU COUNTED THE 13?

2     A    YEAH.

3     Q    WHY WAS THAT?

4     A    I ALWAYS COUNT GUN SHOTS WHEN I HEAR THEM.

5     Q    AS YOU ARE RUNNING TO THE FRONT, DO YOU RUN UP

6 THE DRIVEWAY TO GET OUT TO THE FRONT AREA OR DO YOU GO

7 THROUGH THE HOUSE?

8     A    THROUGH THE DRIVEWAY.

9     Q    SO YOU GO UP THE DRIVEWAY.  YOU RUN OR YOU

10 WALK?

11    A    RUN.

12    Q    AS YOU RUN, IS ANYBODY ELSE RUNNING FROM THE

13 BACKYARD ALONG WITH YOU TO GET TO THE FRONT?

14    A    NO.  EVERYBODY ELSE IS WALKING.  MY DAD WAS

15 THE ONLY ONE RUNNING.

16    Q    IS YOUR DAD AHEAD OF YOU OR BEHIND YOU?

17    A    AHEAD OF ME.

18    Q    SO HE'S IN THE FRONT AREA FIRST AND THEN YOU

19 GET TO THE FRONT AREA.  AND I KNOW YOU'VE TOLD US THAT

20 ONCE YOU GOT OUT FRONT -- AND YOU GET TO THE FENCE; IS

21 THAT RIGHT?

22    A    YES.

23    Q    YOU SEE A VAN COMING UP THE STREET AND THE GUN

24 SHOTS HAVE STOPPED; IS THAT RIGHT?

25    A    YES.

26    Q    DID THE GUNSHOT STOP AS YOU WERE COMING UP THE

27 DRIVEWAY?

28    A    YEAH.

```
 1        Q    AND IT WAS LESS THAN 10 SECONDS, I THINK YOU
 2   TOLD US, THAT THE VAN COMES SPEEDING BY YOU --
 3        A    YES.
 4        Q    -- IS THAT RIGHT?  OKAY.
 5             A FRIEND WAS WITH YOU OUT FRONT; RIGHT?  A
 6   FRIEND NAMED CARLOS?
 7        A    YEAH.
 8        Q    STANDING AT THE GATE?
 9        A    YES.
10        Q    YOUR DAD IS AT THE GATE OR OUTSIDE THE GATE?
11        A    HE'S OUTSIDE.
12        Q    BECAUSE AT THIS TIME YOU DON'T REALIZE WHAT'S
13   HAPPENING, THAT YOUR BROTHER IS DOWN THE STREET OR
14   ANYTHING LIKE THAT; RIGHT?
15        A    YEAH.
16        Q    YOU TOLD US AND I REMEMBER YOU MADE A
17   STATEMENT ABOUT YOU WERE LOOKING AT THE VAN, BUT YOUR
18   DAD WASN'T LOOKING AT THE VAN.  HE WAS -- HIS ATTENTION
19   SEEMED TO BE UP THE STREET; IS THAT RIGHT?
20        A    YES.
21        Q    OKAY.  SO FROM WHERE YOU WERE STANDING, COULD
22   YOU TELL THAT YOUR DAD WASN'T LOOKING AT THE VAN, THAT
23   HE WAS ACTUALLY LOOKING TOWARDS WHERE YOUR BROTHER WAS?
24        A    EXCUSE ME?
25        Q    FROM WHERE YOU WERE STANDING, I KNOW YOU TOLD
26   US YOU WERE LOOKING AT THAT VAN AS IT WENT BY?
27        A    YES.
28        Q    AND COULD YOU SEE YOUR DAD TURN UP THE STREET,
```

```
 1    LOOKING UP THE STREET?
 2        A    YEAH.
 3        Q    OTHER THAN YOURSELF, YOUR FATHER AND CARLOS,
 4    WAS THERE ANYONE ELSE IN THE FRONT YARD AREA THAT YOU
 5    COULD SEE AS THE VAN DROVE BY?
 6        A    CAN YOU REPEAT THAT AGAIN, PLEASE.
 7        Q    WAS THERE ANYONE ELSE IN THE FRONT YARD AREA
 8    AS THE VAN DROVE BY OTHER THAN YOU, CARLOS AND YOUR DAD?
 9        A    NO.
10        Q    AND YOUR DAD HAD GONE OUTSIDE OF THE GATE WHEN
11    THE VAN DROVE BY; RIGHT?
12        A    YES.
13        Q    AND HAS HE ALREADY STARTED UP THE STREET OR IS
14    HE KIND OF STANDING AND LOOKING?  COULD YOU TELL?
15        A    HE WAS STANDING.
16        Q    OKAY.  STANDING AND LOOKING UP THE STREET?
17        A    YES.
18        Q    AND I'M KIND OF LIKE MOTIONING.  IS THE VAN
19    GOING -- LIKE IF YOU ARE FROM WHERE YOU ARE SITTING, IS
20    THE VAN GOING LIKE FROM YOUR RIGHT GOING TOWARDS THE
21    LEFT?
22        A    YEAH.
23        Q    AND THAT'S BUDLONG ON THE RIGHT AND THAT'S
24    VERMONT ON THE LEFT; IS THAT RIGHT?
25        A    YES.
26        Q    AND SO AS THE VAN IS GOING -- THAT MEANS THE
27    VAN WOULD HAVE BEEN GOING EAST UP THE STREET; RIGHT?
28        A    YES.
```

1      Q    AND I KNOW YOU TOLD US SOMETHING ABOUT THERE

2   WAS A FRIEND WHO HAD ALSO TURNED UP THE STREET, A

3   NEIGHBOR WHO HAD TURNED UP THE STREET WHOSE HEADLIGHTS

4   KIND OF ILLUMINATED THE VEHICLE.  IS SHE COMING NOW FROM

5   THE LEFT TO THE RIGHT DRIVING UP THE STREET?  DO YOU

6   UNDERSTAND WHAT I'M SAYING?

7      A    YEAH.

8      Q    SO SHE'S COMING FROM VERMONT COMING TOWARDS

9   BUDLONG?

10      A    YEAH.

11      Q    COULD YOU TELL DID HER VEHICLE -- SHE WAS IN A

12   VAN ALSO; RIGHT?

13      A    YEAH.

14      Q    DID HER VEHICLE PASS BY THE OTHER VAN THAT WAS

15   TRAVELING OR DID IT TURN IN A DRIVEWAY OR DO SOMETHING,

16   STOP, ANYTHING LIKE THAT BEFORE THE VAN CONTAINING THE

17   SHOOTER CONTINUED UP -- WAS IT 101ST STREET?  IS THAT

18   YOUR STREET?

19      A    YEAH.

20      Q    SO DID HER VAN, THE NEIGHBOR'S VAN PASS BY THE

21   OTHER WHITE VAN?

22      A    YEAH.

23      Q    SO DID IT PARTIALLY BLOCK YOUR VIEW OF THE VAN

24   AT ANY TIME OR WAS IT ALREADY PAST YOUR HOUSE WHEN THIS

25   TOOK PLACE?

26      A    AFTERWARDS IT BLOCKED IT.

27      Q    NOW, THIS WAS A VAN THAT YOU TOLD US THAT YOU

28   HAD NEVER SEEN MR. COLEMAN IN.  YOU HAD SEEN HIM PRETTY

1    MUCH IN A GREEN CAMRY ALL THE TIME; IS THAT RIGHT?

2        A    YEAH.

3        Q    WAS THIS YOUR FIRST TIME EVER SEEING THAT VAN,

4    THAT WHITE VAN WITH THAT WOOD PANELING ON IT?

5        A    YEAH.

6        Q    THE CLOTHING THAT THE DRIVER WAS WEARING --

7    FIRST, LET ME ASK YOU A QUESTION.  DID YOU EVER SEE THE

8    PERSON WHO WAS THE PASSENGER OR COULD YOU SEE IF THERE

9    WAS A PASSENGER IN THE VAN, THE WHITE VAN?

10        A    I DIDN'T SEE THE PASSENGER.

11        Q    SO COULD THERE HAD BEEN EITHER MORE PEOPLE IN

12    THE CAR OTHER THAN THE DRIVER OR COULD IT HAVE BEEN --

13    AS FAR AS YOU COULD SEE, YOU ONLY SAW ONE PERSON IN THE

14    VAN?

15        A    YES.

16        Q    YOU'VE DESCRIBED THE PERSON WHO WAS DRIVING

17    THE VEHICLE AS BEING A MALE BLACK WEARING A BLACK BEANIE

18    WITH A WHITE T-SHIRT.  DOES THAT ACCURATELY DESCRIBE

19    HIM?

20        A    YEAH.

21        Q    AND IT WAS ONE OF THOSE BEANIES -- WAS IT ONE

22    OF THOSE THAT THE YOUNGSTERS HAVE NOW THAT'S KIND OF

23    LIKE REAL LONG AND SORT OF HANGING?

24        A    YEAH.

25        Q    ALL RIGHT.  NOT ONE LIKE THE SAILORS HAVE THAT

26    FITS KIND OF SNUG ON YOUR HEAD?

27        A    NO.

28        Q    AND COULD YOU SEE THE MAN'S HAIR EVEN THOUGH

1    WAS STANDING WITH YOU WHO TOLD YOU THAT THE DRIVER WAS

2    JOFAMA?

3        A    I DON'T REMEMBER WHICH WAY IT WAS.

4        Q    NOW, YOU REMEMBER TALKING TO THE POLICE THAT

5    NIGHT; RIGHT?

6        A    YEAH.

7        Q    AND YOU REMEMBER -- I THINK YOU'VE TESTIFIED

8    THAT THIS MORNING AT LEAST THAT YOU NEVER TOLD THE

9    POLICE THAT MR. COLEMAN WAS DRIVING THE VAN; IS THAT

10   RIGHT?

11       A    YEAH.

12       Q    WHY NOT?

13       A    I WAS IN THE HOUSE.

14       Q    WEREN'T THE POLICE ASKING QUESTIONS OF YOU AND

15   YOUR FAMILY ABOUT WHAT HAD HAPPENED, DID YOU SEE WHO WAS

16   DRIVING, DID YOU SEE WHO WAS SHOOTING -- DIDN'T THEY ASK

17   YOU THOSE QUESTIONS THAT NIGHT, MR. ROBLES?

18       A    YES.

19       Q    WHEN THEY ASKED YOU WHO WAS DRIVING, IF YOU

20   SAW WHO WAS DRIVING, DID YOU TELL THEM IT WAS JOFAMA?

21       A    AFTERWARDS, THE NEXT DAY.

22       Q    WHY DIDN'T YOU TELL THEM THAT NIGHT?

23       A    BECAUSE I WAS IN THE HOUSE.

24       Q    YOU RECALL TESTIFYING AT THE PRELIMINARY

25   HEARING ON JULY THE 12TH, 2005; CORRECT?

26       A    YEAH.

27       Q    AND YOU WERE THERE AND I WAS ASKING YOU

28   QUESTIONS AND MS. WILLIAMS WAS ASKING YOU QUESTIONS.

1    YOU REMEMBER THAT?

2        A    YES.

3        Q    AND YOU TOOK AN OATH AND YOU TESTIFIED AND YOU

4    WERE TELLING THE TRUTH WHEN YOU TOLD US EVERYTHING THAT

5    HAD HAPPENED ON THE DAY OF THE PRELIMINARY HEARING; IS

6    THAT CORRECT?

7        A    YES.

8        MR. WHITE:  AND I'M GOING TO REFER, YOUR HONOR, TO

9    THE PRELIMINARY HEARING TRANSCRIPT.  IT'S PAGE 21.

10       THE COURT:  LINES?

11       MR. WHITE:  IT'S GOING TO START AT LINE --

12   ACTUALLY, WITH THIS LINE OF QUESTIONS LET'S GO TO PAGE

13   22 AND IT WOULD BE LINE 14 AND IT'S GOING TO CONTINUE

14   THROUGH PAGE 23 ALL THE WAY THROUGH LINE 12.

15       MS. WILLIAMS:  OBJECTION.

16       THE COURT:  OKAY.

17       Q    BY MR. WHITE:  NOW, MR. ROBLES IS YOUR

18   TESTIMONY THIS AFTERNOON THAT YOU DIDN'T TELL THE POLICE

19   THAT IT WAS JOFAMA THE NIGHT OF THE SHOOTING BECAUSE YOU

20   WERE INSIDE THE HOUSE?

21       A    YEAH.

22       Q    DID YOU EVER TALK TO A POLICE OFFICER, A

23   SHERIFF OR ANYTHING THAT NIGHT, THE NIGHT OF THE

24   SHOOTING?

25       A    THE NIGHT OF THE SHOOTING, NO, I DIDN'T SPEAK

26   TO ANY SHERIFF.

27       Q    SIR, AT THE PRELIMINARY HEARING, DO YOU RECALL

28   BEING ASKED THE QUESTION --

1    A    YES.

2    Q    THIS IS THE QUESTION, SIR:

3              DID YOU TELL ANY POLICE OFFICER

4         THAT NIGHT, DID YOU TALK TO ANY

5         POLICE OFFICER SO THAT YOU COULD

6         IDENTIFY WHO THE DRIVER WAS THE

7         NIGHT THAT IT HAPPENED?"

8         AND YOUR ANSWER WAS "YEAH?"

9         DO YOU RECALL THAT QUESTION AND YOUR ANSWER?

10   A    EXCUSE ME?

11   Q    THIS WAS THE QUESTION.  I ASKED YOU THIS

12   QUESTION:

13             "DID YOU TELL ANY POLICE OFFICER

14        THAT NIGHT, DID YOU TALK TO ANY POLICE

15        OFFICER SO THAT YOU COULD IDENTIFY WHO

16        THE DRIVER WAS THE NIGHT THAT IT

17        HAPPENED?"

18        AND YOU ANSWERED "YEAH"?

19   A    YEAH.

20   Q    SO YOU DID TALK TO A POLICE OFFICER THAT

21   NIGHT?

22   A    NO, NOT THAT NIGHT.

23   Q    WHY DID YOU TESTIFY THAT YOU DID?

24   A    THE NEXT DAY I DESCRIBED HIM BEFORE HE SHOWED

25   ME THE PICTURE.

26   Q    SIR, MY QUESTION TO YOU IS WHEN YOU TESTIFIED

27   AT THE PRELIMINARY HEARING AND I ASKED YOU IF YOU HAD

28   TALKED TO A POLICE OFFICER THAT NIGHT, THE NIGHT OF THE

1  SHOOTING, YOU ANSWERED YEAH.  WHY DID YOU GIVE US THAT

2  ANSWER?

3       A    I DON'T KNOW.

4       Q    I ASKED YOU THIS QUESTION:

5            "DO YOU REMEMBER WHO IT IS THAT YOU

6            TALKED TO"?

7            AND YOUR ANSWER WAS "JUST A SHERIFF.  I

8            DON'T KNOW WHO IT WAS."

9            DO YOU REMEMBER SAYING THAT?

10      A    NO.

11      Q    IS THIS FUNNY TO YOU, MR. ROBLES?

12      A    YES.

13      Q    WERE YOU TELLING THE TRUTH WHEN I ASKED YOU

14  THE QUESTIONS AT THE PRELIMINARY HEARING?

15      A    YOU ARE CONFUSING ME.

16      Q    I ASKED YOU THIS QUESTION, MR. ROBLES:

17            "THE SAME INFORMATION YOU GAVE THE

18            SHERIFFS THAT NIGHT, DID YOU GIVE THE

19            SHERIFFS THE SAME INFORMATION THE FOLLOWING

20            MONDAY WHEN THEY CAME AND INTERVIEWED YOU?"

21            AND YOU ANSWERED "YEAH."

22            DO YOU REMEMBER ME ASKING YOU THAT?

23      A    YES.

24      Q    SO I ASKED YOU ABOUT BOTH THE NIGHT OF THE

25  SHOOTING AND THE MONDAY AFTERWARDS.  SO YOU WEREN'T

26  CONFUSED ABOUT MY QUESTION, WERE YOU?

27      A    I'M CONFUSED AGAIN.

28      Q    YOU ARE CONFUSED NOW?

1     A    YES.

2     Q    DO YOU RECALL ME ASKING YOU THIS QUESTION:

3              DID YOU DESCRIBE FOR THE

4          SHERIFFS THAT NIGHT, THE NIGHT OF

5          THE SHOOTING THAT SATURDAY NIGHT,

6          DID YOU TELL THEM ABOUT SEEING THE

7          WHITE VAN WITH THE WOOD PANELING?"

8     A    NO, I DIDN'T.

9     Q    YOU SAID, "WHAT NIGHT?"

10             AND I SAID, "SATURDAY NIGHT.

11         THE NIGHT OF THE SHOOTING -- THAT

12         THE SHOOTING WENT DOWN?"

13             AND YOU SAID, "I DIDN'T TELL THEM

14         ABOUT THE WOOD PANELING.  I JUST TOLD

15         THEM IT WAS A WHITE VAN."

16         DO YOU REMEMBER ANSWERING THAT QUESTION?

17    A    YES, I DO.

18    Q    AND DID YOU TELL THE SHERIFFS THAT IT WAS A

19   WHITE VAN?

20    A    YES, I REMEMBER THAT.

21    Q    SO YOU DID TALK TO THE SHERIFFS ON THE NIGHT

22   OF THE SHOOTING?

23    A    YES, I DID.

24    Q    AND SO YOU DID HAVE AN OPPORTUNITY TO TELL

25   THEM WHO THE SHOOTER -- WHO THE DRIVER WAS IF YOU HAD

26   ACTUALLY SEEN THE DRIVER; CORRECT?

27    A    YES.

28    Q    BUT YOU NEVER TOLD THEM THAT NIGHT, DID YOU?

1      A     NO.

2      Q     AND THAT'S BECAUSE YOU DIDN'T SEE MR. COLEMAN,

3   DID YOU?

4      A     I DID SEE HIM, BUT I DIDN'T WANT TO TELL THEM.

5      Q     SO NOW YOU ARE TELLING US THAT BASICALLY YOU

6   LIED; IS THAT RIGHT?

7      A     YES, SIR.

8      Q     YOU LIED AT THE PRELIMINARY HEARING?

9      A     NO, I DIDN'T.

10     Q     WELL, YOU SAID THAT YOU TALKED TO THE SHERIFFS

11  AND THAT YOU TOLD THEM ABOUT MR. COLEMAN ON THE NIGHT OF

12  THE SHOOTING?

13     A     I JUST SPOKE UP ON THE VAN, BUT I DIDN'T WANT

14  TO SPEAK UP ON HIM BUT AFTERWARDS I DID BECAUSE MY

15  FAMILY WANTED ME TO.

16     Q     NOBODY THREATENED YOU THAT NIGHT; RIGHT?

17     A     NO, SIR.

18     Q     YOUR BROTHER HAD JUST BEEN SHOT AND KILLED;

19  RIGHT?

20     A     YES.

21     Q     AND IF YOU HAD SEEN THE PERSON WHO HAD DONE

22  THIS, YOU WOULD HAVE WANTED THEM CAUGHT; RIGHT?

23     A     YES.

24     Q     SO WHEN THE POLICE ASKED YOU THE QUESTIONS

25  THAT NIGHT, YOU ANSWERED THEM TRUTHFULLY, DIDN'T YOU?

26     A     NO.

27     Q     YOU REMEMBER DESCRIBING THE FOLLOWING MONDAY

28  FOR THIS SERGEANT, SERGEANT KATZ, YOU REMEMBER

1    DESCRIBING TO HIM EXACTLY WHAT THE DRIVER WAS WEARING ON

2    THE NIGHT OF THE SHOOTING?

3        A    YES.

4        Q    WHAT DID YOU TELL SERGEANT KATZ THAT THE

5    DRIVER WAS WEARING?

6        A    A BLACK BEANIE AND A WHITE T-SHIRT OR -- I

7    DON'T, BUT HE HAD WHITE ON THE BODY.

8        Q    SIR, ISN'T IT TRUE THAT YOU ACTUALLY TOLD

9    SERGEANT KATZ THAT JOFAMA WAS WEARING A LONG SLEEVED,

10   BLACK, HOODED SWEAT SHIRT WITH THE HOOD DOWN?

11       A    NO.

12       Q    SO YOU DIDN'T TELL THIS SERGEANT THAT?

13       A    NO.

14       Q    AND YOU NEVER SAW THE PASSENGER; RIGHT?

15       A    NO.

16       Q    BUT DO YOU RECALL TELLING SERGEANT KATZ THAT

17   THE PASSENGER IN THE FRONT SEAT OF THE VAN WAS ALSO

18   WEARING A BLACK, HOODED SWEAT SHIRT BUT THE HOOD WAS UP?

19   DO YOU RECALL SAYING THAT?

20       A    YES.

21       Q    ALL RIGHT.  NOW, YOU JUST TESTIFIED UNDER OATH

22   THAT YOU NEVER SAW THE PASSENGER?

23       A    I NEVER SEEN THE PASSENGER, YES.

24       Q    BUT YOU TALKED TO SERGEANT KATZ AND YOU TOLD

25   SERGEANT KATZ THAT THE PASSENGER WAS WEARING A BLACK,

26   HOODED SWEAT SHIRT JUST LIKE THE DRIVER AND HIS HOOD WAS

27   UP.  IF YOU DIDN'T SEE THE PASSENGER, HOW COULD YOU SAY

28   THAT TO SERGEANT KATZ?

1       A    I DIDN'T SAY ANYTHING TO SERGEANT KATZ ABOUT

2   THE PASSENGER.

3       Q    AND YOU NEVER SAID TO SERGEANT KATZ THAT

4   JOFAMA WAS WEARING A LONG SLEEVED, BLACK, HOODED SWEAT

5   SHIRT WITH THE HOOD DOWN?

6       A    NO.

7       Q    HOW FAR AWAY WERE YOU FROM THE VAN WHEN YOU

8   MADE YOUR OBSERVATIONS, MR. ROBLES?

9       A    ABOUT FROM HERE TO THE SLIDING DOORS OVER

10  THERE.

11      Q    THE SWINGING DOORS RIGHT HERE?

12      A    YES.

13      MR. WHITE:  IS THERE A MEASUREMENT IN THE COURTROOM

14  FOR THAT?

15      THE COURT:  ABOUT ONE AND A HALF CAR LENGTHS.

16      MR. WHITE:  MAYBE ABOUT 25 FEET.

17      THE COURT:  PROBABLY ABOUT RIGHT.

18      THE WITNESS:  PROBABLY ABOUT 3 MORE FEET AWAY.

19      Q    BY MR. WHITE:  A LITTLE BIT FURTHER LIKE BY

20  THIS FIRST ROW OF CHAIRS?

21      A    YEAH.

22      MR. WHITE:  THAT'S ALL I HAVE OF THIS WITNESS, YOUR

23  HONOR.

24      THE COURT:  REDIRECT?

25      MS. WILLIAMS:  BRIEFLY.

26  ///

27  ///

28  ///

1    HE HAD A BEANIE ON?

2        A    NO.

3        Q    NOW, WHEN THIS PERSON CAME BY, WHEN THE VAN

4    CAME BY AND YOU SAW THE PERSON THAT YOU'VE IDENTIFIED AS

5    BEING MR. COLEMAN, DID YOU SHOUT OUT "THAT'S JOFAMA" OR

6    DID YOU SAY ANYTHING OUT LOUD SAYING MR. COLEMAN'S NAME,

7    JOFAMA, WHEN THE VAN WAS PASSING BY AND YOU SAW THAT

8    DRIVER?

9        A    MY FRIEND SAID -- I DON'T REMEMBER WHO SAID

10   WHAT, BUT THE NAMED JOFAMA AND THE CREW NGA WAS

11   MENTIONED.

12       Q    BY WHO?

13       A    ME AND CARLOS.

14       Q    NOW, YOU TESTIFIED THAT WHEN MS. WILLIAMS WAS

15   ASKING YOU QUESTIONS, YOU SAID THAT YOU DIDN'T TELL

16   CARLOS WHO WAS DRIVING THE VAN.  YOU REMEMBER JUST

17   TESTIFYING TO THAT?

18       A    YEAH.

19       Q    WAS THAT TRUE THAT YOU DIDN'T TELL CARLOS WHO

20   WAS DRIVING THE VAN?

21       A    WE BOTH SAID IT TO EACH OTHER.

22       Q    NOW, INITIALLY WHEN YOU TESTIFIED, YOU SAID

23   THAT YOU TOLD -- YOU DIDN'T TELL CARLOS WHO WAS DRIVING

24   THE VAN, BUT YOU TOLD ALL YOUR FRIENDS AND YOU TOLD YOUR

25   DAD.  IS THAT RIGHT?

26       A    YEAH.

27       Q    NOW, I REALLY WANT TO KNOW THIS.  DID YOU SAY

28   THAT THE DRIVER WAS JOFAMA OR WAS IT THE OTHER GUY WHO

```
 1                    REDIRECT EXAMINATION

 2

 3      Q    BY MS. WILLIAMS:  MR. ROBLES, DO SOMETIMES YOU

 4  GET CONFUSED ABOUT THE WAY THAT WE ASK THE QUESTIONS, ME

 5  AND THE DEFENSE ATTORNEY?

 6      A    YEAH.

 7      Q    AND WHEN YOU WERE TALKING TO SERGEANT KATZ,

 8  WERE YOU EVER CONFUSED ABOUT ANY OF THE QUESTIONS THAT

 9  HE WAS ASKING YOU?

10      A    NO.

11      Q    NOW, YOU INDICATED THAT THE DEFENDANT --

12  NOBODY HAS THREATENED YOU AFTER THE SHOOTING; IS THAT

13  RIGHT?

14      A    YES, NO ONE HAS THREATENED ME.

15      Q    DID YOU MOVE FROM THAT NEIGHBORHOOD?

16      A    YES.

17      Q    WAS THAT AFTER THE SHOOTING THAT YOU MOVED?

18      A    YEAH.

19      Q    WHY DID YOU MOVE FROM THAT NEIGHBORHOOD?

20      A    BECAUSE WE TESTIFIED.

21      Q    WERE YOU CONCERNED AFTER YOU TESTIFIED THAT

22  SOMETHING MIGHT HAPPEN TO YOU?

23      A    YEAH.

24      Q    NOW, WHEN THE DEFENDANT TOOK YOUR BICYCLE FROM

25  YOU, DID YOU FEEL THREATENED BY HIM THEN?

26      A    WHEN -- WHILE HE DID IT, NO, I DIDN'T.

27      Q    WHEN HE WAS ACTUALLY TAKING THE BIKE FROM YOU,

28  DID YOU FEEL THREATENED BY HIM?
```

```
 1        A    NO.

 2        Q    BUT HE JUST BASICALLY TOOK YOUR BIKE FROM YOU?

 3        A    YES.

 4        Q    DO YOU REMEMBER TALKING TO DETECTIVE VALENTO

 5   ABOUT THE DRIVER BEING JOFAMA?  DO YOU REMEMBER TELLING

 6   DETECTIVE VALENTO THAT DURING HIS INTERVIEW WITH YOU?

 7        A    YES.

 8        Q    DO YOU REMEMBER SPECIFICALLY TALKING ABOUT YOU

 9   AND YOUR FRIEND STANDING NEXT TO EACH OTHER AND THAT

10   BOTH OF YOU THOUGHT IT WAS JOFAMA OR BOTH OF YOU KNEW IT

11   WAS JOFAMA?

12        A    YEAH.

13        Q    DO YOU REMEMBER TELLING DETECTIVE VALENTO THAT

14   BOTH YOU AND YOUR FRIEND SAID JOFAMA AT THE SAME TIME AS

15   THE VAN DROVE BY?

16        A    YES.

17        Q    AND IS THAT WHAT HAPPENED?

18        A    YES.

19        Q    SO YOU BOTH SAID IT AT THE SAME TIME?

20        A    WE DIDN'T SAY THE SAME WORDS, BUT, YEAH, WE

21   SAID IT AT THE SAME TIME.

22        Q    DO YOU REMEMBER WHAT WORDS ANYBODY SAID?

23        A    I THINK HE SAID, "THAT WAS JOFAMA, FOOL" AND

24   THEN I SAID, IT WAS THE NGA'S."

25        Q    WHEN YOU SAID IT WAS THE NGA'S, WHY DID YOU

26   SAY IT WAS THE NGA'S?

27        A    THE TAGGING CREW.

28        Q    THAT'S WHOSE TAGGING CREW?
```

1        A      JOFAMA'S.

2        Q      NOW, AS YOU SIT HERE TODAY, DO YOU REMEMBER

3    ANYONE ON THE NIGHT OF THE HOMICIDE SITTING DOWN AND

4    DOING A FULL INTERVIEW LIKE SERGEANT KATZ DID ABOUT WHAT

5    HAPPENED, ANYONE FROM THE SHERIFFS DEPARTMENT?

6        A      YEAH.

7        Q      AND DO YOU REMEMBER WHO YOU SPOKE TO?

8        A      YEAH.

9        Q      I'M SORRY?

10       A      VALENTO.

11       Q      WAS THAT ON THE NIGHT OF THE HOMICIDE OR WAS

12   THAT LATER ON?

13       A      LATER ON.

14       Q      THE NIGHT THAT YOUR BROTHER WAS KILLED, THAT

15   NIGHT, DO YOU REMEMBER SPEAKING TO ANYONE FOR A LONG

16   PERIOD OF TIME LIKE YOU DID TO DETECTIVE VALENTO, LIKE

17   YOU DID TO SERGEANT KATZ, LIKE YOU ARE DOING HERE ABOUT

18   WHAT HAPPENED?

19       A      THE SAME NIGHT?

20       Q      THAT SAME NIGHT.

21       A      I SPOKE TO I DON'T KNOW WHO.  IT WAS A

22   SHERIFF.

23       Q      WAS IT FOR A MINUTE, 2 MINUTES, SHORT?  LONG?

24       A      IT WAS FOR ABOUT A MINUTE OR TWO.  IT WAS IN

25   FRONT OF THE GATE.

26       Q      IT WAS WHAT?

27       A      IN FRONT OF THE GATE.

28       Q      WAS THE PERSON WHO SPOKE TO YOU, WERE THEY

1    WEARING A UNIFORM?

2        A    WERE THEY WEARING A UNIFORM?  YES, BROWN AND

3    GREEN.

4        MS. WILLIAMS:  I HAVE NOTHING FURTHER.

5        THE COURT:  FURTHER CROSS?

6        MR. WHITE:  YES.

7

8                    RECROSS EXAMINATION

9

10       Q    BY MR. WHITE:  MR. ROBLES I'M HEARING THIS

11   THING ABOUT THIS FEAR THAT YOU HAD AND STUFF ABOUT BEING

12   SCARED AND YOU GUYS MOVED; IS THAT RIGHT?

13       A    YEAH.

14       Q    BECAUSE YOU TESTIFIED; IS THAT RIGHT?

15       A    YES.

16       Q    WERE YOU FRIGHTENED, WERE YOU AFRAID WHEN YOU

17   CARJACKED MR. JOSEPH GARCIA IN DECEMBER OF LAST YEAR?

18       MS. WILLIAMS:  OBJECTION; IRRELEVANT.

19       THE COURT:  SUSTAINED.

20       Q    BY MR. WHITE:  WELL, YOU WERE IN JAIL, RIGHT,

21   FOR DOING THAT?

22       A    YES.

23       Q    NOTHING HAPPENED TO YOU IN JAIL; RIGHT?

24       A    NO.

25       Q    YOU HAD ALREADY TESTIFIED; RIGHT?

26       A    YES.

27       Q    YOU HAD BEEN IN THIS NEIGHBORHOOD, WHAT, SINCE

28   2003.  THE SHOOTING TOOK PLACE IN 2003; CORRECT?

1     A    YES.

2     Q    NOBODY FROM NGA ATTEMPTED TO DO ANYTHING TO

3    YOU IN CONNECTION WITH THIS CASE DURING THAT TIME, DID

4    THEY?

5     A    NO.

6     Q    SO YOU HAVE NO BASIS, THERE WAS NO EVENT, NO

7    THREAT, NO ANYTHING DONE TO YOU BY ANYONE CONNECTED WITH

8    THIS CASE SINCE THE SHOOTING OF YOUR BROTHER; IS THAT

9    RIGHT?

10     A    YES.

11     Q    NOW, YOU TOLD US AND YOU TESTIFIED ON THIS

12    WITNESS STAND UNDER OATH THAT YOU NEVER TALKED TO A

13    POLICE OFFICER BECAUSE YOU WERE IN THE HOUSE.  YOU

14    RECALL TESTIFYING TO THAT JUST MINUTES AGO?

15     A    EXCUSE ME?

16     Q    DO YOU RECALL SAYING THAT ON THE NIGHT OF THE

17    SHOOTING YOU NEVER TALKED TO A POLICE OFFICER BECAUSE

18    YOU WERE IN THE HOUSE?

19     A    YES.

20     Q    YOU REMEMBER SAYING THAT?

21     A    YES.  BUT I REMEMBER I DID, THOUGH.

22     Q    YOU LIED, DIDN'T YOU?

23     A    YES.

24    MS. WILLIAMS:  OBJECTION; MISSTATES HIS TESTIMONY.

25    ARGUMENT.

26    THE COURT:  IT IS ARGUMENTATIVE.

27     Q    BY MR. WHITE:  MR. --

28    MS. WILLIAMS:  ACTUALLY, I'LL WITHDRAW MY OBJECTION

1    SINCE HE ANSWERED THE QUESTION.  I'D RATHER THE ANSWER

2    REMAIN.

3        Q    BY MR. WHITE:  MR. ROBLES?

4        A    YES.

5        Q    DO YOU RECALL TESTIFYING IN THE PRELIMINARY

6    HEARING THAT WHILE YOU STOOD OUTSIDE AFTER THE SHOOTING

7    THAT YOU TOLD YOUR FRIEND THAT IT WAS JOFAMA THAT HAD

8    DONE THE SHOOTING?

9        A    NO, I DON'T RECALL THAT.

10       MR. WHITE:  THIS IS THE PRELIMINARY HEARING

11   TRANSCRIPT PAGE 21, YOUR HONOR, AND THIS IS LINE 25.  IN

12   FACT, I'LL START WITH THE QUESTION ON LINE 19.

13       THE COURT:  HOLD ON.

14       MR. WHITE:  I'M SORRY, YOUR HONOR.

15       MS. WILLIAMS:  FINE.

16       THE COURT:  OKAY.

17       Q    BY MR. WHITE:  "QUESTION TO YOU WAS:

18                WHEN YOU STOOD AT THAT GATE

19            AND YOU WATCHED HIM GO BY, DID YOU

20            TELL EVERYBODY OUT THERE THAT THAT

21            WAS JOFAMA THAT WAS DRIVING THE CAR?

22            DID YOU TELL ALL YOUR FAMILY MEMBERS

23            AND FRIENDS THAT WERE AT THE HOUSE?

24            DID YOU TELL THEM RIGHT THEN THAT IT

25            WAS JOFAMA THAT YOU SAW DRIVING?

26                YOUR ANSWER:  "I TOLD THE PERSON

27            NEXT TO ME AND THEN I TOLD MY DAD AND

28            FROM THEN FROM -- AND THEN FROM THERE

1          EVERYBODY FOUND OUT?"

2     A    YES.

3     Q    NOW.  YOU NEVER SAID THAT YOUR FRIEND SAID

4  ANYTHING, DID YOU?

5     MS. WILLIAMS:  OBJECTION; VAGUE AS TO TIME.

6     THE COURT:  OKAY.

7     Q    BY MR. WHITE:  WHEN YOU TESTIFIED, DID YOU

8  EVER SAY ANYTHING ABOUT YOUR FRIEND IDENTIFYING

9  MR. COLEMAN?

10    A    YES.

11    Q    YOU DID?

12    A    I DIDN'T SAY ANYTHING ABOUT HIM IDENTIFYING

13 HIM, BUT I DID SPOKE UP ON HIM.

14    Q    IN FACT, AT THE PRELIMINARY HEARING YOU

15 COULDN'T EVEN REMEMBER YOUR FRIEND'S NAME; RIGHT?

16    A    YES, I DID REMEMBER.

17    MR. WHITE:  MAY I HAVE JUST A MOMENT, YOUR HONOR?

18         THIS IS PAGE 24 OF THE PRELIMINARY HEARING

19 TRANSCRIPT, YOUR HONOR, AND THIS IS LINE 24 THROUGH LINE

20 28.  IN FACT, IT WILL GO THROUGH PAGE 25, YOUR HONOR,

21 THROUGH LINE 6.

22    MS. WILLIAMS:  NO OBJECTION.

23    THE COURT:  ALL RIGHT.

24    Q    BY MR. WHITE:  "QUESTION, DO YOU

25         REMEMBER THE NAME OF THE PERSON

26         WHO WAS STANDING NEXT TO YOU AT

27         THE FENCE WHEN YOU SAID "THAT WAS

28         JOFAMA" OR WORDS TO THAT EFFECT?

1       DO YOU REMEMBER THE NAME OF THAT

2       PERSON?

3           AND YOU ANSWERED "NO."

4       DO YOU RECALL THAT?

5     A    CAN YOU REPEAT THE QUESTION.

6     Q    DO YOU REMEMBER THE NAME -- THIS IS WHAT YOU

7   WERE ASKED IN THE PRELIMINARY HEARING:

8           DO YOU REMEMBER THE NAME OF

9       THE PERSON WHO WAS STANDING NEXT TO

10      YOU AT THE FENCE WHEN YOU SAID "THAT

11      WAS JOFAMA" OR WORDS TO THAT EFFECT?

12      DO YOU REMEMBER THE NAME OF THAT

13      PERSON?

14          YOU ANSWERED "NO."

15          THIS AFTERNOON YOU SAID THAT YOU ANSWERED YES

16  ON THE DAY OF THE PRELIMINARY HEARING?

17    A    RIGHT.

18    Q    NOW, DID YOU SIMPLY FORGET YOUR ANSWER AND YOU

19  WERE JUST MISTAKEN?  CAN YOU EXPLAIN TO US THE

20  DIFFERENCE IN THE ANSWER, SIR?

21    A    I DON'T KNOW.  I PROBABLY MENTIONED HIS

22  NICKNAME RICK.

23    Q    NEXT QUESTION YOU WERE ASKED:

24          "YOU DON'T REMEMBER IF IT WAS

25      A RELATIVE?

26          ANSWER:  A FRIEND.

27          QUESTION:  IT WAS JUST A FRIEND

28      AND YOU DON'T -- AND YOU JUST DON'T

1    REMEMBER THAT PERSON'S NAME AS YOU

2    SIT HERE TODAY; RIGHT?

3    ANSWER:  YEAH."

4    YOU NEVER MENTIONED NICKNAMES OR NAMES AT ALL.

5    YOU COULDN'T REMEMBER THE PERSON'S NAME AT ALL LAST

6    YEAR, BUT YOU CAN REMEMBER TODAY THAT HE EVEN IDENTIFIED

7    MR. COLEMAN ACCORDING TO YOUR TESTIMONY; IS THAT RIGHT?

8    A    YES.

9    Q    WHY COULDN'T YOU REMEMBER HIS NAME BACK IN THE

10   YEAR 2005, SIR?

11   A    HE HAD BARELY MOVED IN.

12   Q    I BEG YOUR PARDON?

13   A    WE HAD BARELY -- LIKE WE WERE BARELY -- WE HAD

14   BARELY MET EACH OTHER BACK IN WHAT, 2004, 2003 AND HE

15   GOT INTO MY TAGGING CREW AND WE GAVE HIM A NICKNAME.  SO

16   I ONLY KNOW HIM BY HIS NICKNAME.

17   Q    BUT YOUR TESTIMONY WAS IN THE YEAR 2005 SO

18   YOU COULDN'T EVEN REMEMBER HIS NICKNAME, THEN?

19   A    I DID MENTION HIS NICKNAME.

20   MR. WHITE:  I DON'T HAVE ANY OTHER QUESTIONS, YOUR

21   HONOR.

22   THE COURT:  ANYTHING ELSE?

23   MS. WILLIAMS:  BRIEFLY.

24

25   FURTHER REDIRECT EXAMINATION

26

27   Q    BY MS. WILLIAMS:  DID YOU KNOW THAT IF YOU

28   GAVE THE NAME OF YOUR FRIEND THAT HE'D BECOME A WITNESS

1    IN THE CASE, TOO?

2        A    NO.

3        Q    DID YOU THINK HE MIGHT IF YOU GAVE HIS NAME?

4        A    YES.

5        Q    AND DID YOU FEEL LIKE THAT MIGHT PUT HIM IN A

6    BAD POSITION IF YOU DID THAT?

7        A    YES.

8        MR. WHITE:  OBJECTION; LEADING.

9        THE COURT:  SUSTAINED.  THE RESPONSE IS STRICKEN.

10   THE JURY IS TO IGNORE IT.

11       Q    MS. WILLIAMS:  WITH REGARD TO GIVING YOUR

12   FRIEND'S NAME, IS THERE ANY REASON WHY YOU WOULDN'T HAD

13   WANTED TO GIVE HIS NAME?

14       A    YES.

15       Q    WHY IS THAT?

16       A    BECAUSE -- IT'S LIKE ME GIVING -- I'M TAKING

17   HIS LIFE AWAY IF HE EVER GETS CAUGHT AND GOES TO JAIL OR

18   THEY CAN SUBPOENA HIM AND HE GOING TO HAVE TO COME

19   TESTIFY.

20       Q    SO YOU BRING HIM INTO THE MIX?

21       A    YES.

22       Q    WOULD YOU FEEL BAD ABOUT DOING THAT?

23       A    YES.

24       MS. WILLIAMS:  NOTHING FURTHER.

25       THE COURT:  ANYTHING ELSE?

26   ///

27   ///

28   ///

FURTHER RECROSS EXAMINATION

Q    BY MR. WHITE:  MR.  ROBLES, ARE YOU TELLING US
YOU LIED ON THE WITNESS STAND AT THE PRELIMINARY HEARING
BECAUSE YOU DID NOT WANT TO PUT YOUR FRIEND'S NAME IN
THE MIX?

A    I'M NOT SAYING I LIED, BUT I KNOW -- I DON'T
KNOW.  I JUST KNOW HIS NAME IS CARLOS AND HE STAY ON
102ND BETWEEN BUDLONG AND VERMONT.

MR. WHITE:  I DON'T HAVE ANY OTHER QUESTIONS, YOUR
HONOR.

THE COURT:  ANYTHING ELSE?

MS. WILLIAMS:  NO.  I'D LIKE HIM TO REMAIN SUBJECT
TO RECALL.

THE COURT:  OKAY.  STEP DOWN.  WE ARE GOING TO
BREAK FOR THE DAY.  PLEASE REMEMBER THE ADMONITIONS.
WE'LL RECONVENE TOMORROW -- NOT TOMORROW.  ON THURSDAY,
THE 13TH, AT 11 O'CLOCK.  LEAVE YOUR NOTEBOOKS HERE.


(WHEREUPON, THE MATTER WAS CONTINUED

TO THURSDAY, APRIL 13, 2007, AT

11:00 A.M. FOR FURTHER PROCEEDINGS.)


(NEXT PAGE NUMBER IS 1201.)

1           COURT OF APPEAL OF THE STATE OF CALIFORNIA

2               SECOND APPELLATE DISTRICT

3

4  THE PEOPLE OF THE STATE OF CALIFORNIA, )
                              )
5             PLAINTIFF-RESPONDENT, )
                              )

6            -VS-          ) NO. YA059765
                              )
7  JOFAMA COLEMAN,            ) OCT 2 6 2007

8            DEFENDANT-APPELLANT. )
9  ───────────────────────────────)

10

     APPEAL FROM THE SUPERIOR COURT OF LOS ANGELES COUNTY
11

       HONORABLE ERIC C. TAYLOR, PRESIDING JUDGE
12

        REPORTERS' TRANSCRIPTS ON APPEAL
13

           APRIL 13 AND 14, 2006
14

15

16

17  APPEARANCES:

18  FOR THE PLAINTIFF-RESPONDENT:  EDMUND G. BROWN, JR.
                              STATE ATTORNEY GENERAL
19                         300 SOUTH SPRING STREET
                              NORTH TOWER, SUITE 5001
20                         LOS ANGELES, CA.  90013

21

22  FOR THE DEFENDANT-APPELLANT:  IN PROPRIA PERSONA

23

24

  VOLUME 3 OF 5 VOLUMES
25

  PAGES 1201 TO 1322-1500
26  1501 TO 1649-1800

27

28

1    THE COURT:  LET'S HAVE THE JURORS IN, PLEASE.

2

3        (THE FOLLOWING PROCEEDINGS WERE

4        HELD IN OPEN COURT IN THE

5        PRESENCE OF THE JURY:)

6

7    THE COURT:  ALL THE JURORS ARE PRESENT.  AGAIN,

8  THANK YOU FOR YOUR PATIENCE THIS MORNING.  OKAY.

9  PEOPLE, YOUR NEXT WITNESS.

10    MS. WILLIAMS:  THANK YOU.  THE PEOPLE CALL MARIA

11  RENTERIA.

12    THE COURT:  IF YOU ARE A POTENTIAL WITNESS IN THIS

13  CASE, STEP OUTSIDE PLEASE.

14

15                MARIA RENTERIA,

16        CALLED AS A WITNESS BY THE PEOPLE

17        WAS SWORN AND TESTIFIED AS FOLLOWS:

18

19    THE CLERK:  DO YOU SOLEMNLY STATE THE TESTIMONY YOU

20  ARE ABOUT TO GIVE IN THE CAUSE NOW PENDING BEFORE THIS

21  COURT IS THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE

22  TRUTH, SO HELP YOU GOD?

23    THE WITNESS:  YES.

24    THE CLERK:  PLEASE HAVE A SEAT IN THE WITNESS

25  STAND.  STATE AND SPELL YOUR FIRST AND LAST NAME.

26    THE WITNESS:  MARIA, M-A-R-I-A, RENTERIA,

27  R-E-N-T-E-R-I-A.

28    THE COURT:  OKAY.

```
1          MS. WILLIAMS:  THANK YOU.  MAY I, YOUR HONOR?
2          THE COURT:  YES.
3
4                      DIRECT EXAMINATION
5
6          Q    BY MS. WILLIAMS:  MISS RENTERIA, DO YOU KNOW
7     AN INDIVIDUAL WHO USED TO LIVE NEAR YOU BY THE NAME OF
8     CHINO?  HE WENT BY THE NAME CHINO, JOSE ROBLES?
9          A    YES.
10         Q    WERE YOU PRESENT ON 101ST STREET IN THE
11    VICINITY OF WHERE HE WAS SHOT AT THE TIME OF THE
12    SHOOTING?
13         A    YES.
14         Q    AND WHERE -- DID YOU ACTUALLY HEAR SHOTS BEING
15    FIRED?
16         A    YES.
17         Q    WHERE WERE YOU WHEN YOU HEAR THE SHOTS BEING
18    FIRED?
19         A    IN MY VAN.
20         Q    AND WERE YOU DRIVING --
21         A    I HAD JUST ARRIVED.
22         Q    AND SO WHEN YOU HEARD THE FIRST SHOT BEING
23    FIRED, WERE YOU ACTUALLY STILL DRIVING OR HAD YOU
24    PARKED?
25         A    NO.  I HAD ALREADY PARKED ALREADY.
26         Q    AS YOU WERE DRIVING AND THEN PARKED, DID YOU
27    HAVE THE HEADLIGHTS OF YOUR CAR ON?
28         A    YES.
```

1    Q    AND WHEN YOU FIRST SAW THE VAN, WAS IT

2    FACING --

3    A    FACING ME --

4    THE COURT:  HOLD ON.  LET HER FINISH THE QUESTION

5    AND THEN ANSWER.  SHE HAS TO TAKE ALL THIS DOWN.

6    THE WITNESS:  OKAY.

7    Q    BY MS. WILLIAMS:  IT WAS FACING YOU AND WAS

8    THE VAN THAT YOU SAW, WAS THAT VAN, NOT YOUR VAN BUT THE

9    OTHER VAN, WAS IT FACING VERMONT?

10    A    YES.

11    Q    AND YOUR VAN WAS FACING WHICH WAY?

12    A    THE OPPOSITE WAY.

13    Q    BUDLONG?

14    A    YEAH.

15    Q    OKAY.  SO IF IT'S TWO CARS, THE TWO VANS ARE

16    FACING EACH OTHER?

17    A    YES.

18    Q    DO YOU REMEMBER AT SOME POINT IN TIME BEFORE

19    YOU TURNED YOUR HEADLIGHTS OFF THAT YOUR HEADLIGHTS

20    ACTUALLY SHOWN INTO THE INTERIOR OF THE OTHER VAN?

21    A    YES.

22    Q    AND WHEN THAT HAPPENED, COULD YOU SEE ANYBODY

23    IN THE VAN?

24    A    YES.

25    Q    WHO DID YOU SEE IN THE VAN?

26    A    I SAW A BLACK MALE.

27    Q    AND HAD YOU EVER SEEN THAT PERSON BEFORE?

28    A    NO.

1    Q    AND THE PERSON SITTING HERE AT THE END OF
2   COUNSEL TABLE, DO YOU KNOW IF THAT PERSON THAT YOU SAW
3   IN THE CAR WAS HIM?

4    A    YES.  IT LOOKS --

5    Q    WAS IT HIM?

6    A    IT LOOKS LIKE HIM.

7    Q    AND HAVE YOU EVER BEEN SHOWN A PHOTOGRAPHIC
8   SIX PACK BEFORE OR ANYTHING LIKE THAT AS TO THE PERSON
9   IN THE VAN?  HAS ANYONE EVER SHOWED YOU --

10    A    YES.

11    Q    WERE YOU EVER ABLE TO IDENTIFY THE PERSON
12   BEFORE TODAY?

13    A    CAN'T REMEMBER.

14    Q    OKAY.  BUT TODAY AS YOU SIT HERE THE PERSON
15   SITTING AT THE END OF COUNSEL TABLE, THAT LOOKS LIKE THE
16   DRIVER?

17    A    YES.

18    Q    NOW, AT THE TIME WHEN YOU SAW THE PERSON WHO
19   LOOKS LIKE THE DEFENDANT -- MAY THE RECORD REFLECT THAT
20   SHE'S IDENTIFIED THE DEFENDANT AS THE PERSON WHO LOOKS
21   LIKE THE DRIVER?

22    THE COURT:  SHE SAID AT THE END OF THE TABLE;
23   CORRECT?

24    MS. WILLIAMS:  YES.

25    THE WITNESS:  YES.

26    THE COURT:  COULD YOU POINT HIM OUT TO ME, PLEASE.

27    THE WITNESS:  RIGHT THERE (INDICATING).

28    THE COURT:  DESCRIBE WHAT HE'S WEARING.

```
1           THE WITNESS:  THE BEIGE TINT, LONG SLEEVE.

2           THE COURT:  INDICATING THE DEFENDANT.

3           MS. WILLIAMS:  THANK YOU.

4      Q    AND WITH REGARD TO THE DEFENDANT, WHEN YOU SAW

5  HIM IN THE CAR, WHAT WAS HE WEARING AT THE TIME?

6      A    I DIDN'T REALLY SEE.  I WAS -- I SEEN HIM, BUT

7  I -- LIKE I WAS IN SHOCK WHEN I HEARD THE GUN SHOTS.

8      Q    AND THE VAN THAT YOU SAW, COULD YOU DESCRIBE

9  THE VAN?

10     A    IT WAS LIKE A WHITE DODGE CARAVAN.

11     Q    AND WAS THERE ANYTHING UNUSUAL ABOUT IT AT

12 ALL?  ANYTHING ABOUT THE WINDOWS OR THE DETAILS ON THE

13 CAR?

14     A    NO.  I JUST SEEN THE FRONT END.

15     Q    DO YOU REMEMBER IF YOU COULD SEE IF IT HAD

16 WOOD PANELING?

17     A    NO.

18     Q    AND YOU JUST SAW THE FRONT OF THE CAR?

19     A    UH-HUH.

20     Q    I'M SORRY?

21     A    YES.

22     Q    AND THAT WAS THE WHITE VAN?

23     A    YES.

24     Q    NOW, DID YOU EVER SEE ANYBODY FIRING A WEAPON?

25     A    YES.

26     Q    THE PERSON THAT YOU SAW FIRING A WEAPON, CAN

27 YOU DESCRIBE THAT PERSON?

28     A    HE WAS KIND OF TALL, LIKE 5-8, HEAVY BUILT.
```

1229

1    HE WAS WEARING A FLANNEL SHIRT WITH CHECKERS.  HE HAD A

2    BEANIE ON AND JERRY CURL, SHORT HAIR.

3         Q    DO YOU REMEMBER IF THE DEFENDANT ALSO HAD A

4    BEANIE ON HIS HEAD WHEN HE WAS IN THE DRIVER'S SEAT?

5         A    I DON'T REMEMBER.

6         Q    NOW, THE PERSON THAT YOU SAW SHOOTING, DID YOU

7    SEE THAT PERSON -- WHERE WAS HE IN REFERENCE TO THE VAN?

8    WAS HE NEXT TO IT?

9         A    HE WAS NEXT TO THE VAN.  HE HAD WALKED OUT OF

10   THE VAN.  HE WAS NEXT TO -- AT THE CAR AT FIRST.

11        Q    YOU THOUGHT HE WAS SHOOTING AT A CAR?

12        A    AT FIRST, YEAH, WHEN HE SHOT LIKE THE FIRST

13   TWO GUN SHOTS.

14        Q    WHEN YOU SAY "THEY," DID YOU SEE MORE THAN ONE

15   SHOOTER?

16        A    OH, ONE.  NO.  SORRY.  ONE.

17        Q    JUST THE ONE SHOOTER?

18        A    YES.

19        Q    AND THE DEFENDANT WAS THE DRIVER?

20        A    YES.

21        Q    YOU SAID, THOUGH, THAT YOU SAW HIM ACTUALLY

22   GET OUT OF THE VAN, THE SHOOTER?

23        A    YES.

24        Q    AFTER ALL THE SHOTS STOPPED, DID YOU SEE WHERE

25   THE SHOOTER WENT?

26        A    HE GOT BACK INSIDE THE VAN.

27        Q    NOW, THE DEFENDANT, DO YOU KNOW HIM?  HAVE YOU

28   EVER SEEN HIM --

```
 1        A    NO.
 2        Q    HAVE YOU EVER SEEN HIM?  OTHER THAN SEEING HIM
 3   IN THE VAN AND SEEING HIM TODAY, HAVE YOU EVER SEEN HIM
 4   AT ANY OTHER TIME?
 5        A    NO.
 6        Q    AFTER THE SHOOTER GOT BACK INTO THE VAN, WHAT
 7   DID THE VAN DO?
 8        A    IT STARTED DRIVING AWAY TOWARDS MY DIRECTION.
 9        Q    OKAY.  AND THEN DID IT GO PAST TOWARDS --
10        A    IT WENT PAST ME.
11        Q    AND DID YOU SEE WHAT HAPPENED AFTER IT WENT
12   PAST YOU?
13        A    NO.  I -- I TURNED AWAY SO THEY WOULDN'T SEE
14   THAT I HAD SEEN.
15        Q    AND ONCE THE VAN WENT PAST YOU, DID YOU SEE
16   WHERE IT WENT?
17        A    NO.
18        Q    HOW LONG WOULD YOU SAY THAT YOUR LIGHTS
19   FLASHED THE INSIDE OF THE VAN?
20        A    ALL THE WAY -- I MEAN UNTIL THEY LEFT.
21        Q    SO HOW LONG DID YOU GET TO LOOK AT THE
22   DEFENDANT'S FACE WHILE HE WAS IN THE VAN?
23        A    JUST A LITTLE BIT WHILE BECAUSE, WHEN I HEARD
24   THE GUN SHOTS, I STARTED FOCUSING ON THE OTHER GUY.
25        Q    SO WOULD YOU SAY A MINUTE --
26        A    MAYBE, 2, 3 MINUTES.  YEAH, ABOUT 2 MINUTES.
27        Q    2 MINUTES?
28        A    IT SEEMED LIKE FOREVER AT THAT TIME.
```