```
 1          THE COURT:  I'M SORRY?

 2          THE WITNESS:  IT SEEMED LIKE FOREVER AT THAT TIME.

 3          Q    BY MS. WILLIAMS:  SO ABOUT 2 MINUTES YOU GOT A

 4     GOOD LOOK AT HIS FACE?

 5          A    UH-HUH.

 6          Q    IS THAT "YES"?

 7          A    YES.

 8          MS. WILLIAMS:  NOTHING FURTHER.

 9          THE COURT:  CROSS?

10

11                        CROSS EXAMINATION

12

13          Q    BY MR. WHITE:  MRS. RENTERIA, GOOD AFTERNOON.

14          A    GOOD AFTERNOON.

15          Q    MISS RENTERIA, YOU KNEW THE MAN NAMED CHINO,

16     THE PERSON WHO WAS SHOT IN THIS PARTICULAR CASE; IS THAT

17     CORRECT?

18          A    YES.

19          Q    AND YOU KNEW HIM BECAUSE YOU HAD A

20     RELATIONSHIP WITH HIS FATHER; IS THAT RIGHT?

21          A    NO.

22          Q    YOU DID NOT HAVE A RELATIONSHIP WITH HIS

23     FATHER?

24          A    NO.

25          Q    DID YOU EVER TELL THE POLICE THAT YOU WERE

26     STAYING WITH THE -- LIVING WITH THE VICTIM'S FATHER?

27          A    NO.  WE WERE RENTING FROM HIS MOTHER, THE

28     VICTIM'S FATHER WHILE HIS MOTHER, SHE WAS RUNNING THE
```

1    BACK FOR US.  WE WERE STAYING IN THE BACK.

2         Q    SO YOU DIDN'T HAVE A RELATIONSHIP WITH HIM,

3    BUT YOU WERE LIVING ON THEIR PROPERTY; IS THAT RIGHT?

4         A    YES.

5         Q    SO WAS IT LIKE A LANDLORD TENANT RELATIONSHIP?

6         A    NO.  IT WAS JUST FRIENDS.  JUST FRIENDS.

7         Q    SO YOU WERE FRIENDS WITH THE VICTIM'S FAMILY?

8         A    YES.

9         Q    IN FACT, YOU KNEW THE PERSON WHO WAS KILLED;

10   RIGHT?  IS THAT RIGHT?

11        A    YES.

12        Q    NOW, WHEN YOU TALKED WITH THE POLICE ABOUT

13   WHAT HAD OCCURRED THE NIGHT OF THE SHOOTING, YOU TOLD

14   THEM THAT YOU HAD BEEN COMING BACK TO THE LOCATION WITH

15   YOUR BROTHER; IS THAT RIGHT?

16        A    WITH MY BROTHER AND MY KIDS.

17        Q    AND THEY WERE ALL IN THE VEHICLE WITH YOU?

18        A    YES.

19        Q    WHAT KIND OF VEHICLE WERE YOU IN?

20        A    IN A VAN.  AN ASTRO TOYOTA.

21        Q    YOU WERE PARKED ON THE STREET.  YOU HAD

22   ALREADY PULLED OVER AND PARKED THE VEHICLE BEFORE THE

23   SHOOTING STARTED; IS THAT RIGHT?

24        A    YES.

25        Q    NOW, WERE YOU RIGHT IN FRONT OF THE HOUSE?  BY

26   "THE HOUSE," I MEAN THE ROBLES HOUSE.

27        A    YES.  LIKE QUITE A BIT, YEAH.

28        Q    WHEN YOU SAY "QUITE A BIT," WHAT DO YOU MEAN?

1   A    WELL, IT COULD BE LIKE A LITTLE BIT UP OR

2   LITTLE BACKWARDS.  I CAN'T REALLY REMEMBER.

3   Q    BECAUSE I'M JUST TRYING TO RECALL IF YOU WERE

4   CLOSER PAST THEIR HOUSE TOWARDS BUDLONG OR WERE YOU

5   CLOSER TO VERMONT AS YOU WERE PARKED IN YOUR VEHICLE?

6   A    I WOULD SAY LIKE IN THE MIDDLE, I THINK

7   PROBABLY.

8   Q    AND RIGHT NEXT TO THE HOUSE?

9   A    YES.

10  Q    ALL RIGHT.  SO YOU ARE PARKED NEXT TO THE

11  HOUSE.  THE LIGHTS ARE ON.  YOU HAVEN'T TURNED THEM OFF

12  YET BECAUSE YOU JUST PULLED UP AND AT THIS TIME YOU

13  START HEARING GUN SHOTS; RIGHT?

14  A    YES.

15  Q    BEFORE YOU HEARD THE GUN SHOTS, I KNOW YOU

16  SAID THAT YOUR LIGHTS ILLUMINATED THE OTHER VAN THAT WAS

17  ON THE OTHER SIDE OF THE STREET; IS THAT RIGHT?

18  A    IT WAS STRAIGHT -- YES.  IT WAS STRAIGHT

19  AHEAD.

20  Q    WHEN YOU SAY "STRAIGHT AHEAD," YOU DON'T

21  MEAN --

22  A    I MEAN YOU COULD STILL SEE THE LIGHTS.  YOU

23  COULD STILL SEE THE LIGHT HITTING THEM.

24  Q    I UNDERSTAND THAT, BUT YOU ARE NOT ON THE SAME

25  SIDE OF THE STREET AS THEM.  THEY ARE ON THE OPPOSITE

26  SIDE OF THE STREET, RIGHT, BECAUSE THEY ARE POINTED IN

27  THE OPPOSITE DIRECTION?

28  A    NO.  BUT THEY GOT LIKE IN FRONT.  THEY WERE ON

1    THIS SIDE OF THE STREET.  THEY WERE NOT ON THAT SIDE.

2    LIKE, I'M NOT SURE IF YOU UNDERSTAND.  LIKE WHEN YOU ARE

3    DRIVING, YOU KNOW HOW YOU ARE SUPPOSE TO DRIVE LIKE

4    THAT; RIGHT?

5        Q    YES.

6        A    THE WAY THEY WERE FACING THEY WOULD BE DRIVING

7    ON THE LEFT-HAND SIDE, BUT THEY WERE ON THE RIGHT-HAND

8    SIDE.

9        Q    THEY WERE DRIVING ON THE WRONG SIDE OF THE

10   STREET?

11       A    YES.  YEAH.  OKAY.  YEAH.

12       Q    SO THEY DROVE IN SUCH A FASHION THAT IF THEY

13   KEPT GOING FORWARD THEY WOULD HAVE RUN RIGHT INTO YOUR

14   VEHICLE?

15       A    THEY JUST DROVE, PASSED BY ME.

16       Q    ALL RIGHT.  SO YOU SAID THAT IT LOOKED AS IF

17   SOMEONE WERE SHOOTING INSIDE OF ANOTHER CAR.  THAT'S

18   WHAT YOU FIRST THOUGHT; IS THAT RIGHT?

19       A    YES.

20       Q    AND WHEN YOU SAY SOMEBODY LOOKED AS THOUGH

21   THEY WERE SHOOTING INSIDE OF ANOTHER CAR, HAD SOMEBODY

22   GOTTEN OUT OF THE VAN ON THE OPPOSITE SIDE OF THE DRIVER

23   SIDE, IN OTHER WORDS, FROM THE PASSENGER SIDE OF THE

24   VAN?

25       A    THEY WERE -- THE CAR WAS -- THEY WERE LIKE ON

26   THE DRIVER SIDE.  WHEN I FIRST HEARD THE GUN SHOTS, WHEN

27   THE GUY WAS SHOOTING, IT WAS ON THE DRIVER SIDE.  SO I

28   THOUGHT THAT THEY WERE SHOOTING AT THE DRIVER.

```
 1        Q     OKAY.  SO YOU SAY SOMEONE WAS ON THE DRIVER'S
 2   SIDE OF THE VEHICLE SHOOTING AND AT FIRST --
 3        A     HE GOT OFF.  HE GOT OFF OF THE CAR AND STARTED
 4   SHOOTING.  HE WAS STANDING.  THAT'S WHY I THOUGHT WHEN
 5   THEY WERE STANDING, HE WAS SHOOTING AT THE CAR.  I
 6   THOUGHT HE WAS SHOOTING AT THE CAR BECAUSE HE WAS LIKE
 7   ON THE SIDE OF IT.
 8        Q     WHEN YOU SAY SHOOTING AT THE CAR, WHAT CAR?
 9   CAN YOU DESCRIBE THIS CAR THAT YOU WERE SAYING THE
10   PERSON WAS SHOOTING AT?
11        A     NO.
12        Q     YOU SAY THAT THAT PERSON WAS STANDING ON THE
13   DRIVER'S SIDE OF THE VAN HE HAD GOTTEN OUT OF?
14        A     YES.
15        Q     WHILE HE WAS SHOOTING?
16        A     YES.
17        Q     WAS HE SHOOTING INTO A VEHICLE THAT WAS
18   LOCATED ON THE SAME SIDE OF THE STREET THAT YOU WERE
19   PARKED ON?
20        A     YES.
21        Q     SO IT WASN'T ON THE OPPOSITE SIDE OF THE
22   STREET?
23        A     NO.
24        Q     AND AS HE SHOT IN THE STREET ON THE SAME SIDE
25   OF THE STREET AS YOU, YOU NOTICED THAT IT WAS A BLACK
26   GUY?
27        A     YES.
28        Q     IS THAT RIGHT?
```

1236

1       A    YES.

2       Q    AND HE HAD A FLANNEL TYPE SHIRT, ONE OF THEM

3    PENDLETON TYPE SHIRTS?

4       A    YES.

5       Q    LET ME BACK UP JUST A LITTLE BIT.  WHEN YOU

6    HAD JUST PULLED UP AND YOUR LIGHTS ILLUMINATED THAT VAN

7    AND YOU SAW THERE WAS A BLACK GUY DRIVING, NOTHING

8    UNUSUAL HAD BEEN HAPPENING AT --

9       A    NO.

10      Q    -- AT THAT TIME; RIGHT?

11      A    NO.

12      Q    SO YOU WEREN'T STARING AT THE GUY FOR ANY

13   PARTICULAR REASON.  YOU LOOKED UP AND YOU SAW THE GUY

14   THERE AND YOU WEREN'T PAYING HIM ANY PARTICULAR

15   ATTENTION; RIGHT?

16      A    YES.

17      Q    AND SO NOW YOU START HEARING GUN SHOTS AND YOU

18   START LOOKING AT THE PERSON WHO IS SHOOTING, NOT THE

19   DRIVER; RIGHT?

20      A    YES.

21      Q    SO WHEN YOU SAY THAT YOU LOOKED AT THE DRIVER

22   FOR 2 MINUTES --

23      A    WELL, IT WAS -- LIKE I MEAN I LOOKED.  I MEAN

24   DURING ALL THAT TIME WHEN THAT HAPPENED, THEY PAST BY A

25   LITTLE BIT, I WOULD SAY ABOUT JUST 2 MINUTES.

26      Q    FOR EXAMPLE, I WANT YOU TO START -- YOU SEE

27   HOW THAT CLOCK IS?

28      A    UH-HUH.

1    THE COURT:  IS THAT "YES"?

2    THE WITNESS:  YES.

3    Q    BY MR. WHITE:  AND THERE'S A RED SECOND HAND

4  GOING BY.  IT'S ABOUT TO HIT THE 12.  I WANT YOU TO TELL

5  US --

6    A    YES.

7    Q    -- STARTING NOW, HOW LONG YOU LOOKED AT THAT

8  PERSON.

9    THE COURT:  OKAY.  LET'S DO THAT OVER.  NOW YOU

10  KNOW WHAT HE'S ASKING YOU?

11    THE WITNESS:  YEAH.  LIKE TO --

12    THE COURT:  RESTART HER.

13    Q    BY MR. WHITE:  OKAY.  STARTING NOW.

14    A    LIKE NOW.

15    Q    SO REALLY, ACTUALLY, ABOUT 10 SECONDS YOU

16  LOOKED AT THE DRIVER; IS THAT RIGHT?

17    A    MORE THAN 10 SECONDS.

18    Q    BUT NOT 2 MINUTES; RIGHT?

19    A    NO.  WELL, IT SEEMS LIKE FOREVER, THAT MOMENT.

20    Q    I UNDERSTAND THAT.  NOW, HOW LONG DID YOU LOOK

21  AT THE SHOOTER?

22    A    LONGER.

23    Q    AND YOU LOOKED AT THE DRIVER -- I KNOW YOU SAY

24  YOU GLANCED AT THE DRIVER WHEN YOU FIRST PULLED UP

25  BECAUSE YOU WEREN'T STARING AT HIM; RIGHT?

26    A    NO.

27    Q    BECAUSE YOU HAD NO REASON TO; NOTHING WAS

28  HAPPENING; RIGHT?

1    A    UH-HUH.

2    Q    IS THAT A "YES"?

3    A    YES.

4    Q    AND THEN YOU STARTED LOOKING AT THE SHOOTER

5 AND NOW YOU ARE LOOKING AT THE SHOOTER DOING ALL THE

6 SHOOTING; RIGHT?

7    A    YES.

8    Q    AND WHEN THE SHOOTER GETS BACK IN THE VEHICLE,

9 YOU ARE HIDING NOW BECAUSE YOU DON'T WANT THEM TO SEE

10 YOU; RIGHT?

11    A    WELL, I MEAN, I JUST TURNED AWAY.

12    Q    AND I UNDERSTAND.  WHEN THEY DROVE BY, YOU

13 DIDN'T LOOK UP AT THEM; RIGHT?

14    A    AS -- I WOULD SAY FROM HERE TO THE TABLE WHEN

15 I TURNED AWAY.

16    Q    I HEARD YOU SAY YOU WERE SHOWN SOME PICTURE,

17 SOME PHOTOGRAPHS?

18    A    YES.

19    Q    TO LOOK AT SOME PEOPLE TO SEE IF YOU COULD

20 IDENTIFY THEM AS BEING EITHER THE SHOOTER OR THE DRIVER;

21 IS THAT RIGHT?

22    A    YES.

23    Q    THIS DETECTIVE, THE ONE HERE IN COURT, DID HE

24 SHOW YOU SOME PICTURES?

25    A    CAN'T REMEMBER.  I DON'T THINK IT WAS HIM.

26    Q    BUT SOMEBODY SHOWED YOU SOME PICTURES.  DID

27 YOU EVER SEE THIS GUY'S PICTURE, THE ONE HERE IN COURT,

28 THE ONE YOU SAID LOOKED LIKE THE PERSON IN THE VEHICLE?

1    A    CAN'T REMEMBER.

2    Q    BUT IF YOU HAD SEEN HIS PICTURE, YOU WOULD

3  HAVE RECOGNIZED HIM AS THE PERSON IN THE DRIVER SEAT?

4    A    MAYBE.

5    Q    NOW, YOU INDICATED THAT AFTER LOOKING AT THAT

6  PERSON WHO WAS DOING THE SHOOTING, DESCRIBE HOW TALL HE

7  WAS.

8    A    I WOULD SAY LIKE 5-8.  HE WAS HEAVY BUILT.

9    Q    AND ABOUT HOW OLD WAS HE?

10    A    LIKE HE WAS YOUNG, MAYBE 18 -- LIKE AROUND IN

11  HIS 18'S, BETWEEN 18, 20, WHATEVER.

12    Q    AND I KNOW YOU TOLD US THAT HE HAD A BEANIE ON

13  AND A SHORT JHERI CURL?

14    A    YES.

15    Q    HOW COULD YOU TELL HE HAD A JHERI CURL IF HE

16  HAD A BEANIE ON?

17    A    FROM THE BOTTOM RIGHT HERE.  YOU KNOW THE WAY

18  IT LOOKS, YES.

19    Q    WELL, YOU SAID A SHORT JHERI CURL?

20    A    WELL, LIKE UP TO HERE, THAT SHORT.

21    Q    FOR THE REPORT --

22    A    LIKE A LITTLE BIT ABOVE THE SHOULDERS.

23    Q    OKAY.  AND THIS IS COMING DOWN UNDER --

24    A    THE BEANIE.

25    Q    UNDER THE BEANIE.  ALL RIGHT.

26         AND THE DRIVER -- I KNOW COUNSEL ASKED YOU,

27  THE PROSECUTOR ASKED YOU IF THE DRIVER HAD A BEANIE ON

28  AND YOU SAID YOU COULDN'T REMEMBER; IS THAT RIGHT?

1240

```
 1        A    YEAH.  UH-HUH.
 2        Q    COULD YOU REMEMBER IF THE DRIVER HAD A
 3   PENDLETON SHIRT ON?
 4        A    CAN'T REMEMBER.
 5        Q    CAN YOU REMEMBER IF THE DRIVER HAD A MUSTACHE?
 6        A    NO.
 7        Q    DO YOU REMEMBER IF THE DRIVER HAD A BEARD?
 8        A    NO.
 9        Q    DO YOU REMEMBER IF THE DRIVER WAS WEARING
10   GLASSES?
11        A    NO.
12        THE COURT:  ARE YOU ASKING HER IF SHE REMEMBERS OR
13   WHETHER SHE KNOWS?
14        MR. WHITE:  I'M ASKING IF SHE REMEMBERS IF HE WAS.
15        THE WITNESS:  I DON'T REMEMBER.
16        Q    BY MR. WHITE:  DO YOU REMEMBER --
17        A    I REMEMBER HE WAS NOT WEARING NO GLASSES.
18        Q    OKAY.  DO YOU KNOW IF THE DRIVER HAD A JHERI
19   CURL?
20        A    NO, HE DID NOT HAVE NO JHERI CURL.
21        Q    DO YOU REMEMBER IF THE DRIVER HAD ANYTHING ON
22   HIS HEAD AT ALL?
23        A    PROBABLY A LITTLE BIT OF HAIR.
24        Q    OKAY.  AND WHEN I SAID DID HE HAVE A BEANIE
25   ON, DID HE HAVE ANY KIND OF HAT OR COVERING ON HIS HEAD
26   IF YOU COULD REMEMBER?
27        A    NO.
28        Q    HE DID NOT?
```

1    A    I DON'T REMEMBER.

2    Q    OH, YOU DON'T REMEMBER.  DO YOU REMEMBER WHAT

3 HAND THE PERSON WHO WAS SHOOTING THE FIREARM WAS HOLDING

4 IT IN?

5    A    WHEN HE FIRST GOT OFF, IT WAS IN THE RIGHT

6 HAND, BUT I KNOW THAT HE WAS FACING ME WHEN I SEEN HIM

7 WALK LIKE TO THE SIDE LIKE -- CAN I DESCRIBE?

8    THE COURT:  YES.

9    THE WITNESS:  HE WAS FACING -- WHEN HE WAS GOING

10 BACK TO THE CAR, AS HE WAS GOING BACKWARDS, HE WAS GOING

11 LIKE THIS, HE HAD IT IN HIS LEFT-HAND SIDE.  WHEN HE

12 FIRST GOT OUT, IT WAS ON HIS RIGHT.

13    Q    SO WHEN HE WAS FIRING THE GUN, AT SOME POINT

14 HE HAD IT IN HIS RIGHT HAND?

15    A    YES.  PROBABLY USING BOTH HANDS, BUT I KNOW HE

16 USED -- I MEAN HE WAS HOLDING IT WITH LEFT AND RIGHT

17 WHEN I SEEN HIM.

18    Q    NOW, I'M TRYING TO PICTURE THIS BECAUSE I KNOW

19 YOU TOLD US THAT ONE OF THE VEHICLES, YOUR VEHICLE WAS

20 PARKED NEXT TO THE CURB; RIGHT?

21    A    YES.

22    Q    FACING BUDLONG; IS THAT RIGHT?

23    A    YES.

24    Q    RIGHT NEXT TO THE ROBLES HOUSE; IS THAT RIGHT?

25    A    YES.

26    Q    AND AS YOU ARE SITTING THERE PARKED ON THE

27 CURB, THE OTHER VEHICLE IS IN FRONT OF YOU FACING RIGHT

28 TOWARDS YOU; IS THAT RIGHT?

```
 1        A    YES.
 2        Q    AND I KNOW YOU TOLD US YOU INITIALLY SAW THE
 3   SHOOTER COME OUT OF THAT VEHICLE ON THE DRIVER'S SIDE?
 4        A    NO.  PASSENGER SIDE.
 5        Q    HE CAME OUT THE PASSENGER SIDE, BUT HE IS
 6   STANDING ON THE DRIVER'S SIDE OF HIS VAN, SHOOTING
 7   TOWARDS A WHAT YOU BELIEVE TO BE IN THE DIRECTION OF A
 8   CAR THAT WAS ON THE CURB?
 9        A    YES.
10        Q    AND THAT CAR WAS FACING IN THE SAME
11   DIRECTION --
12        A    AS ME.
13        Q    -- AS YOU, RIGHT IN FRONT OF YOU; IS THAT
14   RIGHT?
15        A    YES.
16        Q    SO AS HE WAS SHOOTING IN THAT DIRECTION, HIS
17   BACK, THE SHOOTER'S BACK WAS TO HIS OWN VAN; IS THAT
18   RIGHT?
19        A    YES.
20        Q    AND SO IF YOU SAW HIM SHOOTING IN FRONT OF
21   YOU, YOU WOULD SOME SEEN HIS RIGHT HAND -- YOU TOLD US
22   HE HAD IT IN HIS RIGHT HAND FIRST?
23        A    WHEN HE GOT OUT OF THE CAR.
24        Q    SO THAT WAS THE HAND CLOSEST TO YOU?
25        A    UH-HUH.
26        Q    AND HE'S SHOOTING AND THEN YOU TOLD US THAT HE
27   BACKED TOWARDS --
28        A    YEAH.  BECAUSE I SEEN IT IN THIS HAND.  WHEN
```

1    HE WAS BACKING, YOU KNOW, BECAUSE HE WAS FACING.  AS HE

2    WAS BACKING, HE WAS STILL LOOKING AT THE VICTIM AND, YOU

3    KNOW, GOING BACKWARDS.  AND I SEEN HIM -- WHEN HE GOT IN

4    THE VAN, HE GOT ON THE VAN, THEN HE WENT, TURNED THIS

5    WAY AND HE GOT IN THERE.

6         Q    AND DOES HE GO BACK TO THE VAN BACKING UP,

7    CROSSING IN FRONT OF THE VAN?

8         A    IN FRONT.  IN FRONT.

9         Q    SO HE DIDN'T GO BEHIND THE VAN?

10        A    NO.

11        THE COURT:  HOLD ON.  YOU ALL ARE TALKING OVER EACH

12   OTHER.  THE COURT REPORTER CAN'T TAKE ALL THIS DONE.  GO

13   AHEAD.

14        Q    BY MR. WHITE:  AS HE COMES IN FRONT OF THE

15   VAN, DOES HE EVER FACE YOU?

16        A    YES.

17        Q    OKAY.  SO HE FACES YOU, THE SHOOTER FACES YOU,

18   BACKS TO THE VEHICLE, STILL AND GETS IN -- IS IT LIKE A

19   DOOR?  IS IT ONE OF THOSE SLIDING DOORS?

20        A    HE GOT IN THROUGH THE DOOR.

21        Q    WHEN YOU SAY THE DOOR --

22        A    BECAUSE I SEEN WHEN HE OPEN THE DOOR, YOU KNOW

23   HOW YOU PULL IT.  THE SIDE DOOR WOULD BE SLIDING THAT

24   WAY.  I SEEN THE DOOR OPEN.

25        Q    DID IT APPEAR AS IF THERE WERE MORE PEOPLE IN

26   THE VAN THAN JUST THE DRIVER AND THE PERSON WHO IS THE

27   SHOOTER?

28        A    I CAN'T REMEMBER.  DON'T RECALL.

1    Q    AND YOU ARE CERTAIN THAT THE DRIVER WASN'T

2  WEARING -- WELL, YOU ARE NOT CERTAIN OF ANYTHING.  LET

3  ME ASK YOU A QUESTION.  WAS THE DRIVER WEARING A WHITE

4  T-SHIRT?

5    A    I CAN'T REMEMBER.

6    Q    NOW, THIS INCIDENT HAPPENED BACK IN MAY OF

7  2003; IS THAT RIGHT?

8    A    I DON'T REMEMBER.  I DON'T REMEMBER.

9    Q    ABOUT 3 YEARS AGO --

10   A    YES.

11   Q    -- IT TOOK PLACE.

12        AND OTHER THAN DESCRIBING THE DRIVER AS BEING

13  A MALE BLACK, WERE YOU ABLE TO GIVE THE POLICE ANY OTHER

14  IDENTIFYING FEATURES ABOUT WHAT THAT MAN LOOKED LIKE

15  BACK IN 2003?

16   A    DON'T REMEMBER.  I DON'T THINK SO.

17  MR. WHITE:  I DON'T HAVE ANY OTHER QUESTIONS.

18  THE COURT:  REDIRECT?

19  MS. WILLIAMS:  YES.

20

21            REDIRECT EXAMINATION

22

23   Q    BY MS. WILLIAMS:  NOW, WHEN YOU PULLED UP, DID

24  YOU IMMEDIATELY NOTICE THAT THE VAN, NOT YOUR VAN BUT

25  THE OTHER VAN WAS PARKED ON THE WRONG SIDE OF THE

26  STREET?

27   A    YES.

28   Q    DID THAT DRAW YOUR ATTENTION TO IT?

1    A    YES.

2    Q    AND THEN IS IT FAIR TO SAY THAT WHEN YOUR

3    HEADLIGHTS HIT THE OTHER VAN, THE INTERIOR OF THE OTHER

4    VAN, THAT YOU HAD A GOOD VIEW OF THE PERSON IN THE FRONT

5    SEAT?

6    A    YES.

7    Q    AND THAT WAS THE DEFENDANT?

8    A    YES.

9    Q    NOW, YOU ALSO INDICATED THAT IT LOOKED LIKE

10   THE PERSON WAS -- WHEN THE VAN WAS PARKED, IT LOOKS LIKE

11   THE SHOOTER WAS SHOOTING INTO A CAR AND HE WAS ACTUALLY

12   STANDING NEXT TO ANOTHER CAR; IS THAT RIGHT?

13   A    YES.  WHEN I HEARD THE FIRST 2, LIKE 2 SHOTS.

14   Q    I HAVE AN EXHIBIT THAT I'D LIKE TO MARK AS

15   PEOPLE'S -- I THINK I'M ON 4 -- FOR IDENTIFICATION.  IT

16   CONTAINS A BLUE CAR.

17   THE COURT:  IT'S 4.

18   MS. WILLIAMS:  AND ANOTHER FARTHER BACK, THOUGH OF

19   THAT SAME CAR AS PEOPLE'S 5.

20

21   (MARKED FOR IDENTIFICATION, TWO PHOTOGRAPHS OF A

22   BLUE CAR, PEOPLE'S EXHIBIT NOS. 4 AND 5.)

23

24   Q    BY MS. WILLIAMS:  SHOWING YOU WHAT'S BEEN

25   MARKED AS PEOPLE'S 4 FOR IDENTIFICATION, DO YOU SEE THIS

26   BLUE CAR HERE PARKED ALONGSIDE THIS WHITE GATED HOUSE?

27   A    YES.  YES.

28   Q    AND THAT BLUE CAR, WHERE WAS THE SHOOTER IN

1    RELATIONSHIP TO THAT CAR?  AND I'M GOING TO SHOW YOU

2    PEOPLE'S 5, TOO.

3            BEFORE YOU ANSWER THAT QUESTION, ACTUALLY, DO

4    YOU SEE THE SAME CAR IN PEOPLE'S 5?

5        A    YES.

6        Q    OKAY.  THEY ARE SLIGHTLY DIFFERENT ANGLES OF

7    THAT CAR SO WHICHEVER ONE IS EASIER FOR YOU TO POINT TO,

8    IF COULD YOU TELL ME WHERE THE SHOOTER WAS STANDING.

9    I'M GOING TO HAVE YOU MARK IT WITH A RED PEN, IF YOU

10   REMEMBER.

11       A    I DON'T REALLY REMEMBER, BUT I THOUGHT THAT HE

12   WAS SHOOTING AT THE DRIVER, THE WINDOW AT FIRST.

13       Q    WHEN YOU SAY THE DRIVER'S WINDOW, DO YOU MEAN

14   OF THE BLUE CAR?

15       A    YES.

16       Q    SO WHEN YOU SAID YOU THOUGHT HE WAS SHOOTING

17   AT A CAR, YOU MEAN THIS BLUE CAR RIGHT HERE?

18       A    YES.

19       Q    BUT AS FAR AS WHERE EXACTLY HE WAS STANDING IN

20   RELATIONSHIP TO ALONG THIS BLUE CAR, YOU DON'T KNOW?

21       A    NO, UNTIL HE STARTED SHOOTING MORE.

22       Q    WHEN HE STARTED SHOOTING MORE, WHERE DID YOU

23   SEE HIM SHOOTING?

24       A    HE WENT UP TO THE VICTIM.  HE GOT IN FRONT OF

25   THE CAR AND HE WENT UP TO THE VICTIM.

26       Q    WHEN YOU SAY HE GOT IN FRONT OF THE CAR, DO

27   YOU MEAN IN FRONT OF THIS BLUE CAR IN PEOPLE'S 4, THE

28   FRONT END OF IT?

```
 1          A     YES.

 2          Q     AND WHEN YOU SAY HE WENT UP TO THE VICTIM, WAS

 3   THE VICTIM ON THE STREET OR ON THE SIDEWALK?

 4          A     ON THE SIDEWALK.

 5          Q     DO YOU SEE APPROXIMATELY IN THIS PICTURE

 6   PEOPLE'S 4 WHERE THE VICTIM WAS AT THE TIME YOU SAW THE

 7   SHOOTER GO UP TO HIM?

 8          A     HE WAS JUST STANDING -- I MEAN HE WAS WALKING

 9   BECAUSE HE WAS GOING HOME, WALKING TOWARDS --

10          MR. WHITE:  OBJECTION; FOUNDATION.

11          THE COURT:  SUSTAINED.  FOUNDATION.

12          Q.    BY MS. WILLIAMS:  SO HE WAS WALKING?

13          A     TOWARDS HIS HOUSE.

14          Q     AND WHERE WAS THE VICTIM WHEN YOU FIRST SAW

15   HIM -- WELL, WHERE WAS THE VICTIM WHEN YOU SAW THE

16   SHOOTER GO UP TO HIM ON THE SIDEWALK?

17          A     WELL, HE WAS -- HE ALREADY HAD FALLEN.

18          Q     CAN YOU SHOW ME, WRITE WITH A V WHERE YOU SAW

19   THE VICTIM WHEN HE HAD FALLEN ON THE GROUND.

20          A     SOMEWHERE AROUND HERE.  THIS AREA OVER HERE

21   (INDICATING).

22          Q     MAY THE RECORD REFLECT SHE'S POINTING TO --

23   THERE'S ACTUALLY WHAT APPEARS TO BE A PILE OF LIGHT ON

24   THE GROUND --

25          A     SOMEWHERE AROUND THIS AREA RIGHT HERE

26   (INDICATING).

27          Q     I'M JUST GOING TO CIRCLE THE AREA WITH A RED

28   PEN THAT SHE DESCRIBED.  I'VE PLACED A CIRCLE AROUND
```

1    THAT AREA.  IS THAT FAIR FROM WHAT YOU SAID?

2         A    YES.

3         THE COURT:  ALL RIGHT.

4         MS. WILLIAMS:  THANK YOU.

5         Q    NOW, WITH REGARD TO YOU BEING SHOWN

6    PHOTOGRAPHS, DO YOU HAVE ANY RECOLLECTION AS TO WHEN

7    THAT WAS?

8         A    NO, I DON'T.

9         Q    AND WHEN YOU SAID THAT YOU RECOGNIZED THE

10   DEFENDANT, WAS THAT BASED ON YOUR MEMORY OF WHAT

11   HAPPENED ON THE DAY THAT JOSE ROBLES WAS KILLED?

12        A    YES.

13        Q    IT'S NOT BASED ON ANY PHOTOGRAPH OF ANYTHING

14   ELSE?

15        A    NO.

16        MS. WILLIAMS:  I HAVE NOTHING FURTHER AT THIS TIME.

17        THE COURT:  FURTHER CROSS?

18

19                    RECROSS EXAMINATION

20

21        Q    BY MR. WHITE:  MISS RENTERIA, WHEN YOU CAME TO

22   COURT TODAY, WERE YOU TOLD BY ANYONE THAT THE PERSON WHO

23   WAS ON TRIAL WAS THE PERSON WHO WAS DRIVING THE VEHICLE?

24        A    TODAY, NO.

25        Q    I'M NOT TALKING ABOUT TODAY.  AT ANY POINT IN

26   TIME WERE YOU TOLD THAT?

27        A    YES.

28        Q    SO YOU KNEW COMING IN HERE TODAY THAT THE

1    PERSON WHO WAS SITTING IN COURT BEING ACCUSED WAS THE

2    PERSON THEY WERE SAYING WAS DRIVING THE CAR; RIGHT?

3         A    WELL, I MEAN I HAD ASKED.

4         Q    AND PRIOR TO THIS DAY, YOU NEVER MADE AN

5    IDENTIFICATION OF MY CLIENT, DID YOU?

6         A    I THOUGHT -- NO.  I HAD THOUGHT -- I MEAN I

7    THOUGHT IT WAS LONG FORGOTTEN ABOUT.

8         Q    YOU TOLD US THAT YOU SAW THE VICTIM CHINO

9    WALKING DOWN THE STREET?

10         A    TOWARDS HIS HOUSE.

11         Q    NOW, WHEN DID YOU SEE THIS?

12         A    WHEN HE WAS -- I MEAN LIKE WHEN THAT HAPPENED

13    BECAUSE I HAD SEEN HIM CROSS THE STREET ALSO BECAUSE HE

14    WAS ON THE LEFT-HAND SIDE FROM WHERE HE GOT SHOT AT.  HE

15    WAS I GUESS AT HIS FRIEND'S HOUSE.  I HAD SEEN HIM WHEN

16    HE CROSSED THE STREET.

17         Q    SO YOU SAW CHINO CROSS THE STREET.  YOU PULLED

18    THE CAR UP AND PARKED IT.  YOU SAW THIS OTHER VAN THERE.

19    YOU GLANCED AT IT; RIGHT?

20         A    YES.

21         Q    YOU DIDN'T STARE AT IT; RIGHT?

22         A    WELL, I MEAN -- I DON'T KNOW.  I MEAN FOR A

23    LITTLE BIT I DID BECAUSE LIKE -- I MEAN, LIKE I SAID, IT

24    WAS ON THE WRONG SIDE AND IT HAD ITS LIGHTS ON ALSO.

25         Q    AND YOU TOLD US THAT YOU ARE LOOKING AT -- IT

26    HAD ITS LIGHTS ON SO THEIR LIGHTS WERE SHINING IN YOUR

27    FACE?

28         A    NO.  AT FIRST, NO.  AFTERWARDS THEY DID IT,

1    THEY TURNED THEM OFF.

2         Q    THEY TURNED THEIR LIGHTS OFF?

3         A    AFTERWARDS.

4         Q    AND YOU ARE SITTING THERE AND YOU SEE CHINO

5    WALKING ACROSS THE STREET, WALKING DOWN THE STREET AND

6    YOU SEE THIS PERSON GET OUT OF THE VEHICLE AND START

7    SHOOTING; IS THAT RIGHT?

8         A    LIKE A COUPLE OF SHOTS AT FIRST.

9         Q    AND DID YOU KNOW THAT CHINO -- THAT WAS RIGHT

10   WHERE CHINO WAS WALKING?

11        A    YES.

12        Q    BUT YOU TOLD US THAT YOU WERE LOOKING,

13   THINKING THIS PERSON WAS SHOOTING INSIDE OF A VEHICLE;

14   IS THAT RIGHT?

15        A    YES, BUT I DIDN'T REALIZE IT UNTIL IT WENT

16   FORWARD -- I MEAN, LIKE I SAID, WHEN HE WENT IN FRONT OF

17   THE CAR WHEN I REALIZED THAT THEY WERE NOT SHOOTING AT A

18   CAR.  I HEARD A LOT MORE GUN SHOTS.

19        Q    BUT YOU ALSO JUST TOLD US THAT YOU SAW CHINO

20   FALL; IS THAT RIGHT?

21        A    UH-HUH.

22        Q    WHEN DID YOU SEE THAT HAPPEN?

23        A    WHEN I WAS IN THE CAR.  BECAUSE, I MEAN, THERE

24   WAS NOT A LOT OF CARS IN FRONT.  YOU COULD SEE THERE WAS

25   NOT LIKE BIG CARS, VEHICLES.  SO YOU COULD SEE.

26        Q    MISS RENTERIA?

27        A    YES.

28        Q    WHEN YOU TALKED TO THE POLICE, YOU GAVE THEM A

1    STATEMENT OF WHAT HAPPENED; IS THAT RIGHT?

2        A    YES.

3        Q    WHEN YOU TALKED TO THE POLICE, DID YOU EVER

4    TELL THEM THAT YOU SAW CHINO WALKING DOWN THE STREET?

5        A    NO.  THEY DIDN'T ASK ME.  I DID --

6        Q    THEY ASKED YOU WHAT YOU SAW; RIGHT?

7        A    YES.

8        Q    AND YOU NEVER TOLD THEM --

9        A    BUT I DIDN'T THINK THAT THAT MATTERED.

10        Q    YOU NEVER TOLD THEM THAT YOU SAW CHINO FALL TO

11    THE GROUND; RIGHT?

12        A    I DIDN'T THINK THAT MATTERED.

13        Q    AND YOU TOLD THEM ESSENTIALLY THAT -- AND STOP

14    ME IF I'M WRONG -- THE FIRST THING YOU TOLD THEM WAS

15    THAT YOU HAD COME BACK TO THE HOUSE WITH YOUR BROTHER?

16        A    AND MY KIDS.

17        Q    FIRST THING YOU TOLD THEM; IS THAT RIGHT?

18        A    YES.  I HAD JUST ARRIVED.

19        Q    AND YOU TOLD THEM THAT YOU PARKED YOUR VEHICLE

20    AND YOU HAD YOUR LIGHTS ON; IS THAT RIGHT?

21        A    UH-HUH.

22        Q    IS THAT A "YES"?

23        A    YES.  YES.

24        Q    YOU TOLD THEM THAT YOU SAW A GUY WHO WAS A

25    MALE BLACK?

26        A    YES.

27        Q    GET OUT OF A VAN AND START SHOOTING AT

28    SOMEONE?

1   A   YES.

2   Q   YOU THOUGHT THAT PERSON WAS SHOOTING AT A CAR?

3   A   YES.

4   Q   BUT YOU LATER FOUND OUT THAT YOU WERE

5   MISTAKEN.  HE WAS ACTUALLY SHOOTING CHINO?

6   A   YES.

7   Q   BUT YOU NEVER TOLD THE POLICE THAT YOU

8   ACTUALLY SAW HIM SHOOT CHINO, DID YOU?

9   A   NO.

10   Q   WHEN YOU TALKED TO THE POLICE AND YOU TOLD

11   THEM THAT YOU SAW THE DRIVER, THE ONLY THING THAT YOU

12   COULD TELL THEM AT THE TIME WAS THAT THE DRIVER WAS

13   BLACK?

14   A   YES.

15   Q   YOU COULDN'T TELL THEM WHAT HE WAS WEARING;

16   RIGHT?

17   A   NO.

18   Q   AND YOU COULDN'T TELL THEM ANY OTHER

19   DESCRIPTIVE THINGS ABOUT HIS FEATURES, RIGHT, WHEN THEY

20   ASKED YOU THAT?  RIGHT?

21   A   RIGHT.

22   Q   AND YOU TOLD THEM THAT YOU COULDN'T TELL THEM

23   ANYTHING ELSE OTHER THAN THE MAN WAS BLACK?

24   A   YES.

25   Q   IS THAT RIGHT?

26   A   YES.

27   MR. WHITE:  I DON'T HAVE ANY OTHER QUESTIONS.

28   THE COURT:  REDIRECT?

1      MS. WILLIAMS:  YES.

2

3           FURTHER REDIRECT EXAMINATION

4

5      Q    BY MS. WILLIAMS:  DID I EVER TELL YOU THAT THE

6  DRIVER WAS ON TRIAL HERE?

7      A    NO.

8      Q    DID I EVER TALK TO YOU ABOUT YOUR TESTIMONY

9  OTHER THAN HAVING YOU READ THE REPORTS TO REFRESH YOUR

10 MEMORY?

11     A    NO.  THAT'S ALL YOU TOLD ME.

12     Q    DID I EVER TELL YOU TO IDENTIFY HIM?

13     A    NO.

14     Q    DID I EVEN EVER ASK YOU IN THE HALLWAY IF YOU

15 COULD IDENTIFY HIM?

16     A    NO.

17     Q    DID WE EVER TALK ABOUT YOU IDENTIFYING HIM

18 BEFORE YOU WERE ON THE STAND HERE TODAY?

19     A    NO.

20     Q    THANK YOU.  NOTHING FURTHER.

21     THE COURT:  ANYTHING ELSE?

22     MR. WHITE:  NO.

23     THE COURT:  MAY THE WITNESS BE EXCUSED?

24     MS. WILLIAMS:  YES.

25     THE COURT:  ALL RIGHT.  THANK YOU, MISS RENTERIA.

26          PEOPLE, YOUR NEXT WITNESS?

27     MS. WILLIAMS:  ADRIAN ROBLES.

28 ///

1534

```
1    CASE NUMBER:            YA059765

2    CASE NAME:              PEOPLE V. JOFAMA COLEMAN

3    TORRANCE, CALIFORNIA    FRIDAY, APRIL 14, 2006

4    SOUTHWEST DEPARTMENT C   HON. ERIC C. TAYLOR, JUDGE

5    APPEARANCES:            (AS HERETOFORE NOTED.)

6    REPORTER:               ROBBIN HILL, CSR 6853

7    TIME:                   P.M. SESSION

8

9              (THE FOLLOWING PROCEEDINGS WERE

10             HELD IN OPEN COURT IN THE

11             PRESENCE OF THE JURY:)

12

13      MS. WILLIAMS:  THE PEOPLE CALL ALBERT SEGUNDO TO

14   THE STAND.

15      THE COURT:  OKAY.

16

17               ALBERT SEGUNDO,

18         CALLED AS A WITNESS BY THE PEOPLE

19         WAS SWORN AND TESTIFIED AS FOLLOWS:

20

21      THE CLERK:  DO YOU SOLEMNLY STATE THE TESTIMONY YOU

22   ARE ABOUT TO GIVE IN THE CAUSE NOW PENDING BEFORE THIS

23   COURT IS THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE

24   TRUTH, SO HELP YOU GOD?

25      THE WITNESS:  YES.

26      THE CLERK:  YOU MAY BE SEATED.

27         STATE YOUR NAME, SPELL YOUR NAME, PLEASE.

28      THE WITNESS:  EXCUSE ME?
```

1535

1        THE COURT:  STATE AND SPELL YOUR NAME.

2        THE WITNESS:  ALBERT SEGUNDO.  A-L-B-E-R-T.

3        THE COURT:  SEGUNDO.

4        THE WITNESS:  S-E-G-U-N-D-O.

5        THE COURT:  PEOPLE.

6        MS. WILLIAMS:  THANK YOU.

7

8                     DIRECT EXAMINATION

9

10       Q    BY MS. WILLIAMS:  MR. SEGUNDO, DID YOU KNOW AN

11  INDIVIDUAL BY THE NAME OF JOSE ROBLES?

12       A    YES, I DID.

13       Q    AND WHAT DID YOU CALL HIM?

14       A    CHINO.

15       Q    AND WERE YOU THERE ON THE DATE OF MAY 10TH IN

16  THE YEAR 2003 WHEN YOUR FRIEND CHINO WAS SHOT AND

17  KILLED?

18       A    YES, I WAS.

19       Q    AND WHAT WAS THE LOCATION?  WHAT STREET WAS

20  THAT ON?

21       A    101ST AND BUDLONG.

22       Q    AND AT THE TIME DID YOU LIVE IN THAT VICINITY

23  ON THAT STREET?

24       A    I LIVED IN LA BUT NOT ON THE STREET.

25       Q    BUT IN LA?

26       A    YES.

27       Q    NOW, HAVE YOU MOVED?

28       A    YES.

1    Q    AND DID YOU WANT TO COME HERE TODAY TO

2  TESTIFY?

3    A    YES AND NO.

4    Q    ARE YOU AFRAID TO TESTIFY?

5    A    NOT ANY MORE.

6    Q    WERE YOU YESTERDAY?

7    A    YES.

8    Q    AND IS IT FAIR TO SAY THAT YESTERDAY YOU WERE

9  SUPPOSE TO COME TO COURT AND YOU DIDN'T COME TO COURT

10  AND LAST NIGHT YOU WERE PROVIDED WITH A POLICE ESCORT IN

11  ORDER TO GET YOU HERE THIS MORNING?

12    A    YES.

13    Q    AND IS THAT BECAUSE YOU DON'T WANT TO BE SEEN

14  AS A SNITCH?

15    A    YES.

16    Q    AND WHY IS IT THAT YOU DON'T WANT TO BE SEEN

17  AS A SNITCH?

18    A    BECAUSE OF GANG RETALIATION BEING IN GANGS,

19  THEY ALWAYS RETALIATE AFTER SOMETHING HAS HAPPENED SO.

20    Q    AND WHY DO YOU THINK THAT THIS CASE HAS

21  SOMETHING TO DO WITH GANGS?

22    A    BECAUSE I USED TO BE INVOLVED WITH A GANG.

23    Q    WHAT GANG WERE YOU IN?

24    A    NO CONTROL.

25    Q    AND DID YOU SEE ANY OF THE PEOPLE WHO

26  PARTICIPATED IN THE KILLING OF YOUR FRIEND CHINO?

27    A    YES, I DO.

28    Q    AND WHO DID YOU SEE THAT PARTICIPATED IN THE

```
 1    KILLING OF YOUR FRIEND CHINO, WHAT ARE THEIR NAMES, IF
 2    YOU KNOW THEIR NAMES?
 3         A    JOFAMA.
 4         Q    ANYBODY ELSE?  NOT THAT'S NECESSARILY HERE.
 5    DID YOU SEE ANYBODY ELSE WHO PARTICIPATED IN THE
 6    KILLING?
 7         A    YES.
 8         Q    WHO ELSE DID YOU SAY PARTICIPATE IN THE
 9    KILLING?
10         A    ABEL.
11         Q    DO YOU KNOW ABEL'S LAST NAME?
12         A    I DON'T.  I DON'T.
13         Q    DO YOU KNOW IF HE HAS A MONIKER?
14         A    DRIPS.
15         Q    THE PERSON YOU SAID YOU SAW INVOLVE IN THE
16    KILLING INVOLVING CHINO, DO YOU SEE THAT PERSON HERE IN
17    COURT TODAY?
18         A    YES.
19         Q    WOULD YOU PLEASE POINT TO HIM AND TELL US
20    WHERE HE'S SEATED AND WHAT HE'S WEARING?
21         A    RIGHT THERE.  HE'S WEARING A GRAYISH SHIRT I
22    THINK.
23         THE COURT:  INDICATING THE DEFENDANT.
24         Q    BY MS. WILLIAMS:  THANK YOU.  WHY DON'T YOU
25    TELL US WHAT HAPPENED THAT DAY ON MAY 10 OF 2003 ON
26    101ST WHEN YOU SAW THE SHOOTING?
27         A    WHAT HAPPENED WAS THAT I WAS WALKING TOWARDS
28    ANOTHER FRIEND'S HOUSE ACROSS THE STREET.  WE WERE
```

```
 1    HAVING A BARBECUE AT CHINO'S HOUSE AND THIS VAN PAST BY.

 2    A FRIEND ALSO THAT'S DEAD NOW, MICO WAS STANDING AT THE

 3    CORNER.  I TOLD HIM TO GO AND TAKE THE GIRLS TO CHINO'S

 4    HOUSE BECAUSE THAT VAN LOOKED KIND OF SUSPICIOUS TO ME.

 5         Q    WHAT DID THE VAN LOOK LIKE?

 6         A    IT WAS A WHITE VAN WITH A KIND OF WOODISH

 7    DESIGN GOING THROUGH THE MIDDLE.  I CAN'T REALLY EXPLAIN

 8    WHAT IT WHAT.

 9         Q    YOU MEAN LIKE WOOD PANELING?

10         A    YEAH.  YEAH.  SO IT WAS WHITE.  IT WAS A WHITE

11    VAN AND IT WAS TWO GENTLEMEN IN THE FRONT.

12         Q    AT THAT TIME WHEN YOU SAW THE VAN, DID YOU SEE

13    EITHER OF THE PEOPLE IN THE FRONT?

14         A    YEAH.

15         Q    WHO WERE THE TWO PEOPLE THAT YOU SAW IN THE

16    FRONT OF THE VAN?

17         A    JOFAMA AND DRIPS.

18         Q    AND WHO WAS DRIVING, THE DEFENDANT OR DRIPS?

19         A    JOFAMA.

20         Q    AND THAT'S THE DEFENDANT?

21         A    YES.

22         Q    AND WHERE WAS DRIPS, WAS HE --

23         A    PASSENGER SEAT.

24         Q    IN THE FRONT?

25         A    UH-HUH.

26         Q    IS THAT YES?

27         A    YES.

28         Q    SORRY.  SHE HAS TO TAKE DOWN EVERYTHING YOU
```

1    SAY.

2        A    OH, OKAY.

3        Q    NOW, ONCE YOU SAW THE VAN PAS BY, WHAT

4    HAPPENED NEXT?

5        A    WELL , I KIND OF LOOKED AT IT AGAIN TO WHERE

6    IT PASSED BY.  I WENT TO DOMINOS HOUSE, TOLD HIM A VAN

7    JUST PASSED BY, LOOKED KIND OF SUSPICIOUS, ANYWAY, LET'S

8    JUST GO TO CHINO'S HOUSE AND BARBECUE.

9            SO CHINO PAST BY, SAID, I'M GOING TO THE

10   LIQUOR STORE ON 99TH.  I SAID, "WHY ARE YOU GOING THERE?

11   IT'S ENEMY TERRITORY.  HE SAID, "I'LL BE ALL RIGHT.  I

12   HAVE MY KNIFE WITH ME."  I SAID, "WELL, IF YOU NEED

13   ANYBODY, WE ARE ACROSS THE STREET."

14       Q    WHO IS DOMINO?

15       A    ANDRES SANDOVAL.

16       Q    WHEN YOU SAID HE WAS GOING TO ENEMY TERRITORY,

17   WHERE WAS HE GOING?

18       A    TO 99TH STREET AND BUDLONG, MKA'S TERRITORY.

19       Q    WHAT DOES MKA STAND FOR?

20       A    STANDS FOR A LOT OF THINGS.  MIDNIGHT

21   ASSASSINS, MEXICANS KICKING ASS AND SO ON.  OTHER STUFF.

22       Q    NOW, BEFORE WE GET TO WHAT HAPPENED WITH

23   REGARD TO THE DEFENDANT JOFAMA COLEMAN, DO YOU HAVE --

24   HAS HE EVER TOLD YOU THAT HE'S IN ANY GANG?

25       A    HE HASN'T TOLD ME.  I HAVEN'T SPOKEN TO HIM

26   LIKE A FRIEND LIKE THAT, BUT I SEE HIM AROUND IN LA WHEN

27   I USED TO RUN WITH NO CONTROL AND HE USED TO CHASE SOME

28   OF MY FRIENDS --

1    MR. WHITE:  OBJECTION THIS IS NOT RESPONSIVE TO THE

2    QUESTION.

3    THE COURT:  SUSTAINED.

4    Q    BY MS. WILLIAMS:  DID YOU HAVE A BELIEF OR DO

5    YOU HAVE A BELIEF NOW, AS YOU SIT HERE TODAY AS TO

6    WHETHER OR NOT THE DEFENDANT IS IN A GANG?

7    A    EXCUSE ME?

8    Q    DO YOU HAVE A BELIEF AS YOU SIT HERE TODAY

9    WHETHER OR NOT THE DEFENDANT IS IN A GANG?

10    MR. WHITE:  OBJECTION; FOUNDATION.

11    THE COURT:  FOUNDATION?

12    MS. WILLIAMS:  IT GOES --

13    THE COURT:  NO.  FOUNDATION.

14    MS. WILLIAMS:  CAN WE APPROACH.

15    THE COURT:  NO.  I THINK CAN YOU ASK FOUNDATIONAL

16    QUESTIONS.

17    MS. WILLIAMS:  I'M ONLY ASKING HIS BELIEF.

18    THE COURT:  BASED UPON WHAT?  THAT'S THE

19    FOUNDATION.

20    Q    BY MS. WILLIAMS:  DID YOU EVER HEAR THE

21    DEFENDANT WAS IN A GANG?

22    A    YES.

23    Q    AND WHO DID YOU HEAR THAT FROM?

24    A    FRIENDS.

25    Q    AND WHAT GANG DID YOU HEAR HE WAS FROM?

26    A    NGA.

27    Q    AND WHAT DOES THAT STAND FOR?

28    A    IT HAS VULGAR LANGUAGE.  I DON'T KNOW IF I CAN

1    SAY IT OVER HERE.

2        Q    YOU CAN SAY IT.

3        A    NOT GIVING A FUCK AND A WHOLE BUNCH OF OTHER

4    STUFF.  I DON'T REALLY REMEMBER.

5        Q    SO SOME OF THESE GANGS OR TAGGING CREWS OR

6    WHATEVER YOU'D LIKE TO CALL THEM, THEY HAVE DIFFERENT

7    INITIALS AND SOMETIMES THEY STAND FOR MORE THAN ONE

8    THING?

9        A    YES.

10       Q    NOW, THE GANG THAT YOU HUNG OUT WITH, NO

11   CONTROL, THAT WAS NC; IS THAT RIGHT?

12       A    NC, YEAH.

13       Q    WERE NGA AND NC RIVALS?

14       A    YES.

15       Q    AND HAD YOU EVER HEARD THE DEFENDANT REFERRED

16   TO BY ANY SORT OF NICKNAME OR MONIKER?

17       A    YES.

18       Q    WHAT WAS THAT?

19       A    I DON'T -- I DON'T REMEMBER.

20       Q    DO YOU REMEMBER TELLING THE POLICE IT WAS

21   ILLUSION?

22       A    YES.  ILLUSION.

23       Q    WHEN I SAID THAT, DID THAT CAUSE YOU TO

24   REMEMBER?

25       A    YEAH.

26       Q    NOW, WHEN YOU SAW THE VAN DRIVE BY WITH THE

27   DEFENDANT AND DRIPS, AND YOU TOLD YOUR FRIEND BASICALLY

28   THAT VAN LOOKS KIND OF SUSPICIOUS, WHAT HAPPENED AFTER

1  YOU SAW CHINO WALKING TOWARDS 99TH AND BUDLONG?

2      A    I SEEN HIM WALKING TOWARDS 99 AND BUDLONG.  I

3  TURNED AROUND.  ABOUT SAY ABOUT TEN, 15 SECONDS LATER I

4  HEARD TWO GUN SHOTS.  I TURNED AROUND, LOOKED TO MY

5  RIGHT HAND SIDE.  THERE'S CHINO GRABBING ON TO THE RAIL.

6  I SEE THE GUY, THE PASSENGER GET OUT AND EMPTY THE CLIP

7  ON HIM.

8      Q    AND THE PASSENGER THAT YOU SAW GET OUT AND

9  EMPTY THE CLIP ON HIM, WHO WAS THAT?

10     A    DRIPS.

11     Q    AND HOW MANY SHOTS DID YOU HEAR FIRED THEN

12  AFTER THE FIRST TWO SHOTS, DO YOU THINK?

13     A    IT WAS A COMPLETE OF 16 SHOTS.  SO MAYBE 13.

14  SOMETHING LIKE THAT.

15     Q    SOMETHING LIKE THAT?

16     A    YEAH.

17     Q    ARE YOU SURE ABOUT THE NUMBER OR --

18     A    YEAH.  I DON'T HAVE THE CALCULATION OF MATH

19  RIGHT NOW.

20     Q    NOW, THE PERSON THAT YOU'VE IDENTIFIED AS

21  DRIPS, WHAT DOES HE LOOK LIKE?

22     A    LONG HAIR, HISPANIC, SHORT, STOCKY.

23     Q    AND HAVE YOU EVER BEEN SHOWN A PHOTOGRAPH OF

24  DRIPS BEFORE?

25     A    YES.

26     Q    DO YOU REMEMBER IF IT WAS DETECTIVE VALENTO

27  WHO SHOWED YOU THAT PHOTOGRAPH?

28     A    IT WASN'T -- WAS DETECTIVE VALENTO.

```
1       Q   IT WAS?

2       A   UH-HUH.

3       Q   IS THAT A YES?

4       A   YES.

5       Q   WHEN DETECTIVE VALENTO SHOWED YOU THAT

6   PHOTOGRAPH, DID YOU IDENTIFY DRIPS THE FIRST TIME HE

7   SHOWED YOU THE PHOTOGRAPHS?

8       A   YES.

9       Q   AND THEN SUBSEQUENT TO THAT DID HE SHOW YOU

10  SOME PHOTOGRAPHS WHERE YOU -- TODAY WHERE YOU MADE A

11  POSITIVE IDENTIFICATION OF THIS INDIVIDUAL DRIPS?

12      A   YES.

13      Q   DO YOU REMEMBER WHEN YOU FIRST SPOKE TO

14  DETECTIVE VALENTO THAT YOU SAID THAT THE PERSONS IN THE

15  PHOTOGRAPHS THAT YOU SAW THAT THEY LOOKED LIKE DRIPS,

16  BUT THAT YOU WEREN'T 100 PERCENT CERTAIN?

17      A   YES.

18      Q   WERE YOU IN FACT 100 PERCENT CERTAIN AT THAT

19  TIME?

20      A   I WAS.

21      Q   AND WERE YOU JUST SCARED TO SAY THAT?

22      A   YES.

23      Q   NOW, WITH REGARD TO THE DEFENDANT BEING THE

24  DRIVER OF THE CAR, DID YOU EVER SAY BEFORE TODAY THAT

25  WITH 100 PERCENT CERTAINTY YOU WERE SURE THAT HE WAS THE

26  DRIVER OF THE CAR?

27      A   YES.

28      Q   WHEN THE POLICE INITIALLY TALKED TO YOU
```

```
 1   THOUGH, DID YOU BASICALLY SAY THAT YOU WEREN'T
 2   100 PERCENT CERTAIN?
 3        A    YES.
 4        Q    WHY DID YOU SAY THEN YOU WERE NOT 100 PERCENT
 5   CERTAIN?
 6        A    BECAUSE OF THE GANG RETALIATION, LIKE I SAID
 7   EARLIER.  GANG RETALIATION IS REAL COMMON AND SNITCH IS
 8   ONE THING THAT GANG DOESN'T TOLERATE IT.
 9        Q    WHAT DO YOU MEAN THAT THE GANG DOESN'T
10   TOLERATE SNITCHING?
11        A    BECAUSE EITHER YOUR OWN GANG WILL GET YOU OR
12   THE ENEMY GANG WILL GET YOU ALSO.
13        Q    EITHER WAY IT DOESN'T MAKE A DIFFERENCE IF YOU
14   SNITCH ON A RIVAL GANG OR YOUR OWN GANG, EITHER WAY BOTH
15   GANGS WOULD WANT TO BE OUT TO GET YOU; IS THAT RIGHT?
16        A    YES.  YES.
17        Q    NOW, AFTER YOU SAW DRIPS GET OUT OF THE VAN
18   AND EMPTY THE CLIP INTO CHINO, WHAT HAPPENED NEXT?
19        A    DUMBO AND I GOT INTO THE CAR AND FOLLOWED THE
20   VAN TO ABOUT 102ND.
21        Q    WHAT HAPPENED WHEN YOU AND DUMB -- DUMBO IS
22   ANDRES?
23        A    YES.
24        Q    WHAT HAPPENED WHEN YOU AND ANDRES -- ANDRES
25   SANDOVAL FOLLOWED THE VAN?
26        A    WE FOLLOWED THE VAN AND THE VAN STOPPED AT A
27   STOP SIGN.  WE STOPPED AT THE MIDDLE OF THE STREET AND A
28   MAN GOT OUT THE CAR AND POINTED THE GUN AT US.
```

```
 1        Q    WHO GOT OUT OF THE CAR AND POINTED THE GUN AT
 2   YOU?
 3        A    DRIPS.
 4        Q    WHEN YOU SAW THE GUN, EITHER AT THE SHOOTING
 5   OR WHEN DRIPS GOT OUT AND POINTED THE GUN AT YOU, COULD
 6   YOU SEE WHAT THE GUN LOOKED LIKE?
 7        A    IT WAS KIND OF LIKE WHAT THE DEPUTIES HAVE
 8   WITH THEM.
 9        Q    WHEN THAT HAPPENED, DID DETECTIVE VALENTO
10   ACTUALLY SHOW YOU HIS GUN?
11        A    YES.
12        Q    DID YOU TELL HIM THAT IT WAS THE SAME COLOR?
13        A    YES.
14        Q    AND THAT IT LOOKED LIKE THAT GUN?
15        A    YES.
16        MR. WHITE:  OBJECTION; LEADING.
17        THE COURT:  SUSTAINED.
18        Q    BY MS. WILLIAMS:  WHAT DID YOU SAY ABOUT THE
19   GUN WHEN DETECTIVE VALENTO SHOWED YOU HIS GUN?
20        A    IT LOOKED LIKE THE GUN MY FRIEND GOT SHOT
21   WITH.
22        Q    AND DID YOU SAY ANYTHING ABOUT THE SIZE OF THE
23   GUN COMPARED TO DETECTIVE VALENTO'S?  DO YOU REMEMBER?
24        A    I DON'T REMEMBER.
25        Q    AND DID YOU -- COULD YOU TELL WHETHER THE GUN
26   WAS A REVOLVER OR SEMI-AUTOMATIC WEAPON?
27        A    SEMI-AUTOMATIC.
28        Q    WHEN YOU SAY IT WAS SIMILAR TO DETECTIVE
```

```
1    VALENTO'S, WAS IT THAT SORT OF BLUISH BLACK COLOR OR

2    CHROME?  WHAT COLOR WAS THE GUN?

3         A    BLACK COLOR.

4         Q    NOW, WITH REGARD TO THE DEFENDANT, DID HE HAVE

5    ANYTHING UNUSUAL ABOUT HIS FACE AT THE TIME THAT THE

6    SHOOTING OCCURRED?

7         A    HE HAD A PIERCING ON I THINK HIS LEFT HAND

8    SIDE.

9         Q    LEFT WHAT?

10        A    THIS SIDE RIGHT HERE.

11        MS. WILLIAMS:  MAY THE RECORD REFLECT HE POINTED TO

12   HIS LEFT EYEBROW AND SAID "LEFT-HAND SIDE, THIS SIDE

13   RIGHT HERE," WHEN HE DID THAT?

14        THE COURT:  IS THAT CORRECT?

15        THE WITNESS:  YES.

16        THE COURT:  OKAY.

17        Q    MS. WILLIAMS:  SO WHEN YOU SAY THIS SIDE

18   RIGHT HERE AND POINT TO YOUR EYEBROW, DO YOU MEAN THAT

19   THE PIERCING WAS ACTUALLY IN HIS LEFT EYEBROW?

20        A    YES.

21        Q    AND DO YOU REMEMBER WHAT THAT PIERCING LOOKED

22   LIKE?

23        A    IT WAS KIND OF CHROME-ISH AND THAT'S ALL I

24   REMEMBER, THOUGH.

25        Q    AFTER YOU SAW DRIPS SHOOT CHINO, WHERE DID

26   DRIPS GO?  DID HE GO BACK INTO THE VAN?

27        A    YES.

28        Q    SO WHEN YOU WERE FOLLOWING THE VAN, WAS THE
```

1    DEFENDANT STILL THE DRIVER AND DRIPS THEN WAS BACK

2    INSIDE THE VAN?

3        A    YES.

4        Q    DID YOU SEE ANYBODY ELSE IN THE VAN BESIDES

5    THOSE TWO?

6        A    NO.

7        Q    IF I COULD JUST HAVE A MOMENT.

8             NOW, AT SOME POINT IN TIME DID YOU TELL SOME

9    POLICE OFFICERS THAT YOU RECOGNIZED THE INDIVIDUALS IN

10   THE VAN AS SOMEONE OTHER THAN DRIPS AND THE DEFENDANT?

11       A    YES.

12       Q    WHO DID YOU TELL THE POLICE THAT YOU

13   RECOGNIZED THE TWO PEOPLE IN THE VAN AS?

14       A    PALONE FROM DOG POUND.  THE OTHER GUY I DON'T

15   REMEMBER.

16       Q    AND WHEN YOU TOLD THE POLICE THAT WAS THAT --

17   WAS THAT THE TRUTH OR WAS THAT A LIE?

18       A    ABOUT.

19       Q    WHEN YOU TOLD THE POLICE THAT IT WAS PALONE

20   AND WILLIE?

21       A    I WAS LYING TO THEM ABOUT THOSE GUYS.

22       Q    WHY WERE YOU LYING TO THEM ABOUT THOSE GUYS?

23       A    BECAUSE I STARTED THINKING ABOUT THIS,

24   ACTUALLY, ABOUT IF I SAID THE TRUTH I WAS GOING TO END

25   UP IN THE SAME SITUATION I'M IN RIGHT NOW IN COURT AND I

26   DIDN'T WANT TO GO THROUGH ALL THAT BECAUSE OF THE SAME

27   REASON THAT I SAID EARLIER, RETALIATIONS.

28       Q    DO YOU REMEMBER THAT THE VERY FIRST TIME YOU

1    TALKED TO THE POLICE YOU ACTUALLY DID TELL THE POLICE

2    THAT IT WAS A MALE HISPANIC WHO WAS THE SHOOTER?

3         A    YES.

4         Q    THE VERY FIRST TIME?

5         A    UH-HUH.

6         Q    IS THAT YES?

7         A    YES.  I'M SORRY.

8         Q    AND THEN LATER ON YOU SAID IT WAS REALLY

9    PALONE?

10        A    YES.

11        Q    AND WILLIE AND PALONE, ARE THEY HISPANIC OR

12   BLACK?

13        A    HISPANIC.

14        Q    IF I COULD JUST HAVE ONE SECOND.  CAN WE GET

15   THE EXHIBITS?

16             NOW THEN, WHEN SERGEANT KATZ AND DETECTIVE

17   LILLIENFELD CAME TO TALK TO YOU, AT THAT TIME DID YOU

18   THEN TELL THEM THE TRUTH THAT THE DRIVER LOOKED LIKE THE

19   DEFENDANT?

20        A    YES.

21        Q    AND DID YOU TELL THEM AT THAT TIME THAT THE

22   DRIVER HAD A NICKNAME OF ILLUSION AND HAD HIS LEFT

23   EYEBROW PIERCED?

24        A    YES.

25        Q    NOW, I'D LIKE TO SHOW YOU A PICTURE OF CHINO

26   OR OF AN INDIVIDUAL AND YOU TELL ME -- MAY I APPROACH,

27   YOUR HONOR, WITH PEOPLE'S 6?

28             THE COURT:  YES.

1549

1       Q    BY MS. WILLIAMS:  CAN YOU TELL ME IF THIS IS

2   IN FACT A PICTURE OF YOUR FRIEND CHINO?

3       A    YES.

4       Q    AND WHEN YOU WITNESSED THE SHOOTING, DID YOU

5   ACTUALLY SEE CHINO GET HIT WITH THE BULLETS AS HE WAS

6   HOLDING ONTO THE FENCE?

7       A    YES.

8       Q    AND DID YOU SEE HIM ACTUALLY GET HIT IN THE

9   HEAD?

10      A    YES.

11      Q    AND THE PERSON WHO WAS SHOOTING AT HIM, DRIPS,

12  HOW FAR AWAY WAS HE FROM YOUR FRIEND CHINO WHEN THE

13  SHOOTING OCCURRED?

14      A    ABOUT HOW ME AND YOU ARE SPEAKING RIGHT NOW.

15      Q    SO 10, 12 FEET?

16      THE COURT:  ABOUT 12 FEET.

17      Q    BY MS. WILLIAMS:  NOW, WHEN YOU WERE FOLLOWING

18  THE VAN AND DRIPS GOT OUT, DID HE -- WHEN HE GOT OUT,

19  DID HE POINT A GUN AT YOU AND ANDRES?

20      A    YES.

21      Q    AND WHEN HE GOT OUT OF THE CAR, COULD YOU ONCE

22  AGAIN SEE INSIDE THE CAR, SEE THE DRIVER OF THE CAR?

23      A    YES.

24      Q    AND AT THAT TIME COULD YOU SEE ONCE AGAIN THAT

25  THE DRIVER WAS THE DEFENDANT JOFAMA COLEMAN?

26      A    YES.

27      Q    NOW, PRIOR TO THIS INCIDENT, PRIOR TO YOU

28  SEEING THE DEFENDANT IN THE VAN, HAD YOU SEEN HIM WITH

1    THIS PIERCING ON HIS EYEBROW BEFORE?

2         A    YES.

3         Q    HOW MANY TIMES PRIOR TO THE SHOOTING TOTAL HAD

4    YOU SEEN THE DEFENDANT?

5         A    HUNDREDS OF TIMES.

6         Q    SO HE WAS SOMEBODY THAT YOU KNEW AND YOU WERE

7    VERY FAMILIAR WITH?

8         A    YES.

9         Q    AND ARE YOU ABSOLUTELY CERTAIN THAT THE DRIVER

10   OF THE VAN THAT DRIPS GOT OUT OF AND SHOT JOSE ROBLES,

11   ARE YOU POSITIVE THAT PERSON WAS JOFAMA COLEMAN?

12        A    YES.

13        Q    NOW, YOU RECALL WHEN DETECTIVE VALENTO SHOWED

14   YOU SOME PHOTOGRAPHS.

15             I'D LIKE TO HAVE MARKED AT THIS POINT PEOPLE'S

16   35, I BELIEVE WE ARE ON, FOR IDENTIFICATION.

17        THE COURT:  OKAY.

18

19        (MARKED FOR IDENTIFICATION, SIX PACK,

20        PEOPLE'S EXHIBIT NO. 35.)

21

22        MS. WILLIAMS:  IT'S A GROUP OF WHAT'S COMMONLY

23   REFERRED TO AS PHOTOGRAPHIC SIX PACKS.  THERE ARE SIX

24   PHOTOGRAPHS AND A PHOTOGRAPHIC MUG ADMONITION.  IT IS 1,

25   2, 3, 4, 5 PAGES IN LENGTH AND I'LL MARK THAT WITH A

26   PEOPLE'S 35 FOR IDENTIFICATION.  I BELIEVE DEFENSE

27   COUNSEL HAS A COPY, BUT I'LL SHOW HIM WHAT I

28   SPECIFICALLY MARKED.  AND MAY I APPROACH?

1       THE COURT:  YES.

2       Q    BY MS. WILLIAMS:  SHOWING YOU WHAT'S BEEN

3   MARKED AS PEOPLE'S 35 FOR IDENTIFICATION, IF YOU COULD

4   FIRST LOOK AT THE FRONT PAGE OF THIS AND TELL ME BEFORE

5   DETECTIVE VALENTO SHOWED YOU ANY PHOTOGRAPHS, DID HE

6   EITHER HAVE YOU READ THIS OR READ THIS TO YOU?

7       A    HE READ IT TO ME.

8       Q    AND DID HE READ THE WHOLE PART WHERE IT SAYS

9   THAT YOU SHOULD NOT CONCLUDE OR GUESS THAT THE

10  PHOTOGRAPHS CONTAIN THE PICTURE OF THE PERSON WHO

11  COMMITTED THE CRIME?  DID HE READ THAT?

12      A    YES.

13      Q    AND YOU WERE NOT OBLIGATED TO IDENTIFY ANYONE,

14  DID HE READ THAT?

15      A    YES.

16      Q    BUT AS FAR AS THIS PARAGRAPH IS CONCERNED, HE

17  READ THE WHOLE PARAGRAPH TO YOU?

18      A    YES.

19      Q    AND I JUST READ PART OF IT RIGHT NOW?

20      A    YES.

21      Q    THERE'S A SIGNATURE THERE.  DO YOU SEE YOUR

22  SIGNATURE?

23      A    YES.

24      Q    AND THE DATE OF THIS IS MARCH 7TH OF 2004; IS

25  THAT RIGHT?

26      A    YES.

27      Q    NOW, IN THESE PHOTOGRAPHS FLIPPING TO THE

28  FIRST ONE, THE SECOND PAGE OF PEOPLE'S 35, THERE'S