1    SOMEONE CIRCLED IN THE PHOTOGRAPH.  DID YOU CIRCLE THAT

2    PERSON?

3        A    YES.

4        Q    WHO IS THAT A PHOTOGRAPH OF IF YOU KNOW?

5        A    I DON'T KNOW.

6        Q    DO YOU SEE UNDERNEATH IT IT SAYS LOOKED LIKE

7    HIS BROTHER, I THINK THAT'S WHAT IT SAYS?

8        A    YES.

9        Q    IT'S CUT OFF, BUT DO YOU REMEMBER WHO THIS WAS

10   WHEN YOU MADE THE IDENTIFICATION?

11       A    I HAD CONFUSION.  RANDAL.

12       Q    WHO IS RANDAL?

13       A    A GANG MEMBER FROM NK.

14       Q    SO IS THAT POSSIBLE YOU WERE IDENTIFYING THIS

15   PHOTOGRAPH AS RANDAL?

16       A    YES.

17       Q    HE WASN'T ONE OF THE PEOPLE THAT YOU

18   IDENTIFIED AS BEING IN THE VAN; RIGHT?

19       A    YES.

20       Q    HE WASN'T?

21       A    NO, HE WASN'T.

22       Q    THEN IN THIS PHOTOGRAPH, THE SECOND PAGE, IT

23   SAYS PEE WEE AND YOUR INITIALS, DO YOU SEE THAT?

24       A    YES.

25       Q    HE WASN'T ONE OF THE PEOPLE THAT YOU SAW IN

26   THE VAN, WAS HE?

27       A    NO.

28       Q    SO WHEN YOU WERE TALKING TO DETECTIVE VALENTO,

1    YOU WERE TALKING ABOUT SOME OTHER PEOPLE AS WELL AS THE

2    INDIVIDUALS INVOLVED IN THIS PARTICULAR SHOOTING; IS

3    THAT RIGHT?

4         A    YES.

5         Q    AND GOING TO THE THIRD PAGE, THERE'S A

6    PHOTOGRAPH THAT YOU'VE CIRCLED ON THIS PAGE.  DO YOU SEE

7    THAT?

8         A    YES.

9         Q    AND IT SAYS "COULD BE HIM.  HAIR THE SAME.

10   AS" DID YOU WRITE THAT?

11        A    YES.

12        Q    AND DID YOU MAKE THE CIRCLE AROUND THAT

13   PHOTOGRAPH?

14        A    YES.

15        Q    WHO IS THAT A PHOTOGRAPH OF?

16        A    THAT'S DRIPS.

17        Q    AND WHEN YOU SAY THAT'S DRIPS, IS THAT THE

18   PERSON WHO YOU SAID GOT OUT OF THE CAR AND SHOT YOUR

19   FRIEND JOSE ROBLES?

20        A    YES.

21        Q    WHEN YOU WENT THROUGH THIS WITH DETECTIVE

22   VALENTO, AT THAT TIME DID YOU SAY YOU WERE 100 PERCENT

23   CERTAIN?

24        A    NO.  I SAID I WAS -- I WASN'T SURE.

25        Q    WHY DID YOU SAY YOU WEREN'T SURE?

26        A    BECAUSE I WAS SCARED.

27        Q    SHOWING YOU THE NEXT PHOTOGRAPH WHICH IS THE

28   FIFTH PAGE OF PEOPLE'S 35.  DO YOU SEE THAT SOMEONE

1    CIRCLED ON THAT PAGE?

2        A    YES.

3        Q    WHO DID YOU CIRCLE ON THAT PAGE?

4        A    JOFAMA.

5        Q    DOES IT SAY IN YOUR HANDWRITING "ILLUSION,

6    JOFAMA"?

7        A    YES.

8        Q    WHEN YOU CIRCLED THAT PHOTOGRAPH, DID YOU

9    WRITE THAT ON THERE?

10        A    YES.

11        Q    WAS THAT SOMETHING THAT DETECTIVE VALENTO TOLD

12    YOU OR DID YOU GIVE THIS INFORMATION TO DETECTIVE

13    VALENTO?

14        A    I GAVE THAT INFORMATION TO HIM.

15        Q    WHEN YOU CIRCLED THIS PHOTOGRAPH OF JOFAMA

16    COLEMAN, THE DEFENDANT, DID YOU TELL DETECTIVE VALENTO

17    THAT YOU WERE 100 PERCENT CERTAIN THAT HE WAS THE DRIVER

18    OF THE VAN?

19        A    NO, I DIDN'T.

20        Q    AS YOU SIT HERE TODAY, THOUGH, ARE YOU 100

21    PERCENT CERTAIN?

22        A    YES.

23        Q    IN THE PAST WHEN YOU HAVEN'T SAID THAT YOU ARE

24    CERTAIN, IS THAT BECAUSE YOU WEREN'T CERTAIN OR THAT YOU

25    WERE SCARED?

26        MR. WHITE:  OBJECTION; LEADING.

27        THE COURT:  SUSTAINED.

28        BY MS. WILLIAMS:  IN THE PAST WHEN YOU SAID YOU

1555

```
1   WEREN'T CERTAIN ABOUT WHO THE DRIVER WAS, WHY WAS IT
2   THAT YOU SAID YOU WEREN'T CERTAIN?
3        A    BECAUSE I WAS SCARED.
4        MS. WILLIAMS:  I HAVE NOTHING FURTHER AT THIS TIME.
5        THE COURT:  CROSS?
6
7                    CROSS EXAMINATION
8
9        MR. WHITE:  THANK YOU.
10       Q    GOOD AFTERNOON, MR. SEGUNDO.
11       A    GOOD AFTERNOON.
12       Q    MR. SEGUNDO, ON THE DAY THAT YOUR FRIEND JOSE
13  ROBLES WAS SHOT, YOU HAD BEEN WITH HIM A LITTLE BIT
14  EARLIER THAN THE INCIDENT OCCURRED; CORRECT?
15       A    YES.
16       Q    YOU WERE OUT ON THE STREET AND IN FACT YOU
17  WERE WITH ANOTHER GUY BY THE NAME OF I THINK IT WAS MICO
18  OR SOMETHING LIKE THAT; IS THAT RIGHT?
19       A    MICO, YES.
20       Q    SOMEONE WHO HAS SINCE DECEASED; RIGHT?
21       A    YES.
22       Q    WHILE YOU WERE OUT ON THE STREET, DO YOU
23  RECALL TELLING THE POLICE THAT YOU SAW A VEHICLE, NOT A
24  VAN BUT YOU SAW A VEHICLE COME DRIVING BY THE STREET AT
25  FIRST BEFORE THE INCIDENT OCCURRED?
26       A    I TOLD THE POLICE OFFICERS A VAN.
27       Q    DO YOU REMEMBER SAYING THAT YOU SAW ANOTHER
28  CAR, AT FIRST YOU SAW A VAN THEN YOU SAW A CAR, THEN YOU
```

1    SAW THE VAN AGAIN; IS THAT RIGHT?

2         A    YES.

3         Q    NOW, THE VAN THAT YOU SAW, YOU INDICATED TO

4    THE POLICE THAT YOU SAW THE PASSENGER AND YOU EVEN

5    EXCHANGED WORDS WITH HIM; RIGHT?

6         A    NO, SIR.

7         Q    YOU DIDN'T TELL THE POLICE THAT?

8         A    I DON'T THINK SO, SIR.

9         Q    YOU DON'T RECALL TELLING THE POLICE THAT AS

10   THE VAN PASSED BY YOU, YOU YELLED OUT "WHAT'S UP" AND

11   YOU DISPLAYED THE NO CONTROL GANG SIGN?

12        A    I SAID THAT, BUT I DIDN'T TALK TO THE PEOPLE

13   INSIDE THE VAN, YEAH.

14        Q    BUT YOU SAID SOMETHING TO THEM?

15        A    YEAH.

16        Q    AND YOU THREW UP A GANG SIGN?

17        A    YES, SIR.

18        Q    ALL RIGHT.  AND YOU SAID THAT YOU RECOGNIZED

19   THE PASSENGER IN THE VEHICLE AT THAT TIME AND THAT

20   PASSENGER LAUGHED AT YOU; RIGHT?

21        A    YES.

22        Q    AND THAT PASSENGER IS SOMEBODY YOU CALLED

23   DRIPS; RIGHT?

24        A    THEY CALL THEM DRIPS.

25        Q    WHAT GANG OR WHAT SECT DID YOU SAY DRIPS WAS

26   FROM?

27        A    EK.

28        Q    EK.  EVIL KLAN; IS THAT RIGHT?

1557

```
 1        A    YES, SIR.

 2        Q    NOW, YOU TOLD US THAT YOU'VE HEARD THAT JOFAMA

 3   COLEMAN RAN WITH A SECT, A TAGGING SECT CALLED NGA;

 4   RIGHT?

 5        A    YES.

 6        Q    YOU'VE NEVER HEARD THAT JOFAMA COLEMAN HUNG

 7   OUT WITH EK; RIGHT?

 8        A    HE HUNG OUT WITH EK.

 9        Q    DID YOU EVER HEAR THAT JOFAMA COLEMAN WAS A

10   MEMBER OF EK?

11        A    NO.  I NEVER HEARD OF THAT.

12        Q    BECAUSE YOU TOLD US THAT YOU HAD HEARD THAT

13   JOFAMA COLEMAN WAS A MEMBER OF NGA; RIGHT?

14        A    YES.

15        Q    BUT YOU NEVER HAD ANY PERSONAL KNOWLEDGE OF

16   THAT.  YOU ONLY HEARD THAT FROM SOMEBODY ELSE; RIGHT?

17        A    WELL, HE BEING THE LEADER OF IT, HOW CAN I

18   HEAR IT WHEN I CAN SEE IT.

19        Q    YOU HAD TOLD US BEFORE THAT YOU HAD HEARD THAT

20   TOLD TO YOU BY SOMEBODY ELSE; RIGHT?

21        A    I DON'T REMEMBER THAT.

22        Q    ALL RIGHT.  NOW.  MR. SEGUNDO, YOU WITNESSED

23   THE KILLING OF YOUR FRIEND; RIGHT?

24        A    YES.

25        Q    AND YOU WERE PRESENT WHEN THE POLICE ARRIVED

26   AFTER YOU HAD CHASED AFTER THE VAN WITH YOUR FRIEND, YOU

27   CAME BACK TO THE LOCATION AND YOU TALKED TO THE POLICE;

28   RIGHT?
```

1    A    YES.

2    Q    DO YOU RECALL TELLING THE POLICE THE VERY

3   FIRST TIME THAT YOU WERE INTERVIEWED BY THEM THAT YOU

4   BELIEVED YOU RECOGNIZED THE SHOOTER AND THAT SHOOTER WAS

5   SOMEBODY THAT WAS A MEMBER OF A GANG CALLED MKA?

6    A    I DON'T -- I DIDN'T SAY MKA.

7    Q    IF THAT'S IN THE POLICE REPORT THAT YOU TOLD

8   THE POLICE OFFICER THAT, THAT WOULD BE INACCURATELY

9   REPORTED BY THE POLICE OFFICER?

10    A    SIR, I MENTIONED MKA'S ALSO BECAUSE THEY

11   PASSED BY, BUT I WAS PROBABLY NERVOUS.

12    Q    YOU ARE SAYING YOU WERE SO NERVOUS THAT YOU

13   PROBABLY SAID THAT; SO IT'S POSSIBLE THAT YOU DID TELL

14   THE POLICE OFFICERS THAT YOU TALKED TO, THAT THE PERSON

15   THAT HAD DONE THIS SHOOTING WAS A MEMBER OF MKA?

16    A    PROBABLY WORDS GOT MIXED UP AND CROSSED WORDS,

17   BUT I'M SURE THE MEMBER WASN'T FROM MKA.

18    Q    DO YOU RECALL TELLING THE FIRST POLICE OFFICER

19   THAT YOU TALKED TO THAT THE DRIVE -- THE SUSPECT RAN

20   BACK TO THE CAR TO THE VAN AFTER SHOOTING 13 GUN SHOTS

21   AT THE VICTIM AND A MALE HISPANIC DRIVER DROVE EASTBOUND

22   ON 101ST STREET?  DO YOU RECALL TELLING THE FIRST POLICE

23   OFFICER THAT?

24    A    I REMEMBER TELLING THE POLICE OFFICER THAT IT

25   WAS MALE HISPANIC THAT SHOT MY FRIEND, BUT I -- I NEVER

26   SAID THE DRIVER WAS HISPANIC.

27    Q    YOU ARE CERTAIN OF THAT, THAT YOU NEVER TOLD

28   ANY POLICE OFFICER THAT THE DRIVER WAS A MALE HISPANIC?

1        A    YES.

2        Q    NOW, YOU'VE ALREADY TOLD US THAT YOU WERE

3   LYING AT VARIOUS POINTS IN TIME TO THE POLICE; RIGHT?

4        A    YEAH.  YES.

5        Q    AND SO, BUT NOW YOU ARE SAYING THAT YOU NEVER

6   TOLD THEM THAT THE DRIVER WAS MALE HISPANIC; RIGHT?

7        A    YES.

8        Q    SO YOU WERE TELLING THEM THE TRUTH ABOUT SOME

9   THINGS AND WERE YOU LYING ABOUT SOME OTHERS?

10       A    YES.

11       Q    BECAUSE LATER THE POLICE TALKED TO YOU THAT

12  SAME NIGHT AND THEY GOT A MORE DETAILED DESCRIPTION OF

13  WHAT HAPPENED FROM YOU; RIGHT?

14       A    YES.

15       Q    AND YOU TOLD THEM THAT AFTER DRIVING, AFTER

16  FOLLOWING THE VAN, TRYING TO OBTAIN THE LICENSE PLATE,

17  YOU SAID THAT THE DRIVER OF THE VAN MIGHT BE PALONE FROM

18  DOG POUND GANGSTERS, DPG.  DO YOU REMEMBER TELLING THE

19  POLICE THAT?

20       A    YES.

21       Q    NOW, PALONE IS A MALE HISPANIC; RIGHT?

22       A    YES.

23       Q    BUT YOU JUST FINISHED TELLING US UNDER OATH

24  THAT YOU HAD NEVER TOLD THE POLICE THAT THE DRIVER WAS A

25  MALE HISPANIC.  YOUR STATEMENT IS THAT YOU TOLD THE

26  POLICE THAT PALONE WAS THE DRIVER?

27       A    YES.

28       Q    SO HOW DO YOU EXPLAIN THAT YOU JUST TOLD US

1560

```
 1   YOU NEVER TOLD THE POLICE THAT THE DRIVER WAS MALE
 2   HISPANIC, BUT YOU ACTUALLY DID, DIDN'T YOU, SIR?
 3       A    IT'S BEEN 3 YEARS, SIR, AND YOU KNOW WHAT, I
 4   REALLY DON'T REMEMBER EVERYTHING.  I WAS SCARED.  I WAS
 5   STILL LIVING IN LOS ANGELES.  I WAS STILL INVOLVED WITH
 6   A GANG SO I HAD TO DO WHATEVER I HAD TO DO TO PROTECT MY
 7   FAMILY, FOR THESE GUYS NOT TO COME BACK AND SHOOT AT MY
 8   HOUSE.
 9       Q    IS THERE REALLY A GUY NAME PALONE?
10       A    YES.
11       Q    SO ARE YOU TELLING US THAT YOU WOULD BE
12   PROTECTING YOUR FAMILY BY POINTING TO THE WRONG PERSON
13   AS BEING THE SHOOTER?  WOULDN'T THAT PERSON COME AFTER
14   YOUR FAMILY?
15       A    YES.
16       Q    SO HOW ARE YOU TELLING US THAT YOU WOULD HAVE
17   BEEN PROTECTING YOUR FAMILY WHEN YOU ARE NAMING NAMES?
18       A    BECAUSE IF I WOULD HAVE SAID THE TRUTH, PEOPLE
19   WOULD HAVE HEARD ON THE STREETS.
20       Q    SO YOU ARE WILLING TO NAME THE NAMES OF
21   INDIVIDUALS WHO ARE THE WRONG PEOPLE AND HAVE THEM COME
22   AFTER YOU AND YOU DON'T WANT TO NAME WHAT YOU NOW TELL
23   US ARE THE RIGHT PEOPLE; IS THAT CORRECT?
24       A    YEAH.
25       Q    YOU TOLD THE POLICE THAT WILLIE FROM DPG, THE
26   DOG POUND GANG, YOU TOLD THEM THAT WILLIE WAS THE
27   SHOOTER; IS THAT RIGHT?
28       A    YES.
```

1    Q    IS THERE REALLY A WILLIE FROM DPG?

2    A    YES.

3    Q    AND SO THAT WOULD HAVE EXPOSED YOU TO DANGER

4    BY NAMING HIM AS THE SHOOTER IN THIS CASE; RIGHT?  IS

5    THAT CORRECT?

6    A    YES.

7    Q    BUT THAT DIDN'T STOP YOU FROM NAMING THE NAME;

8    RIGHT?

9    A    YES.

10    Q    THE DESCRIPTION THAT YOU GAVE THE POLICE OF

11    THE PERSON WHO ALLEGEDLY DID THE SHOOTING, DO YOU

12    REMEMBER HOW YOU DESCRIBED THE CLOTHING OF THE

13    INDIVIDUAL?

14    A    YES.

15    Q    HOW DID YOU DESCRIBE IT, SIR?

16    A    HE HAD SHORTS, LIGHT BLUE SHORTS, A BEANIE ON,

17    HE HAD ECKO WHITE SWEATER WITH A HOODIE AND THAT'S IT.

18    THAT'S ALL I REMEMBER.

19    Q    DO YOU REMEMBER TELLING THE POLICE THAT THE

20    MAN WAS WEARING A WHITE ECKO SWEAT SHIRT WITH THE HOODIE

21    ON TOP OF HIS HEAD?

22    A    YES.  YES.

23    Q    YOU NEVER TOLD THE POLICE THAT HE HAD A BEANIE

24    ON, DID YOU?  I'M LOOKING AT YOUR STATEMENT.  DID YOU

25    EVER TELL THE POLICE THAT?

26    A    I DON'T REMEMBER.

27    Q    BECAUSE IF HE HAD THE HOODIE UP, YOU COULDN'T

28    HAVE SEEN A BEANIE; RIGHT?

1    A    OH, YEAH.  YOU COULD SEE BEANIES WITH HOODIES

2  ON STILL.

3    Q    BUT DID THE MAN HAVE A BEANIE ON?

4    A    YES.

5    Q    WITH THE HOODIE UP, WOULD YOU HAD BEEN ABLE TO

6  SEE HIS HAIR WITH THE BEANIE ON AND THE HOODIE UP?

7    A    YES.

8    Q    HOW?

9    A    HE HAS LONG HAIR.

10    Q    DID HE HAVE A JHERI CURL?

11    A    NO.

12    Q    WAS HE A MALE BLACK?

13    A    NO.

14    Q    WHAT WAS HIS HEIGHT?

15    A    LITTLE BIT TALLER THAN ME.  I DON'T KNOW.

16    Q    HOW TALL ARE YOU SIR?

17    A    ABOUT 5-4.

18    Q    SO YOU WOULD SAY SOMEBODY ABOUT 5-5, 5-6?

19    A    ABOUT 5-6.

20    Q    HE WASN'T 5-9, WAS HE?  HE WASN'T THAT TALL,

21  WAS HE?

22    A    NO.

23    Q    THE DRIVER, THE PERSON THAT YOU SAY WAS

24  DRIVING THE VEHICLE, WHAT WAS THAT PERSON WEARING IF YOU

25  COULD TELL?

26    A    I DON'T REMEMBER.

27    Q    SO YOU DON'T REMEMBER -- WAIT.  YOU TELL US

28  THAT IT WAS JOFAMA COLEMAN, THAT YOU COULD SEE A

1    PIERCING AND ALL THAT KIND OF STUFF, SO YOU COULD SEE

2    HIM; RIGHT?

3         A    YES.

4         Q    YOU COULD SEE HIS FACE?

5         A    YES.

6         Q    NOW, DID HE HAVE A SWEAT SHIRT ON?

7         A    I DON'T KNOW.

8         Q    DID HE HAVE A T-SHIRT ON?

9         A    I KNOW HE HAD SOMETHING ON.

10        Q    THEN UNLESS HE'S DRIVING NAKED OBVIOUSLY HE

11   HAD SOMETHING ON, BUT WE ARE TRYING TO DETERMINE COULD

12   YOU SEE WHAT HE WAS WEARING?

13        A    NO.

14        Q    COULD YOU SEE IF HE HAD ANYTHING ON HIS HEAD?

15        A    ON HIS HEAD?

16        Q    YES.

17        A    HE HAD NOTHING ON HIS HEAD EXCEPT FOR THAT

18   PIERCING.

19        Q    SO HE DIDN'T HAVE A HOODIE ON?

20        A    NO.

21        Q    HE DIDN'T HAVE A KNIT CAP ON HIS HEAD?

22        A    NO.

23        Q    HE WAS BALD JUST LIKE HE IS TODAY?

24        A    YES.

25        Q    AND YOU COULD SEE THAT CLEARLY?

26        A    YES.

27        Q    THE STATEMENT THAT YOU GAVE THE POLICE ON

28   MARCH THE 7TH OF 2004 WHEN YOU MET WITH YOUR DAD AND THE

1    POLICE, TO LOOK AT PHOTOGRAPHS AND THAT STUFF --

2        A    STEPDAD.

3        Q    YOUR STEPDAD AND YOU MET WITH THE POLICE.  DO

4    YOU REMEMBER AFTER LOOKING AT THE PHOTOS YOU SAID THAT

5    THE DRIVER, THE BLACK DRIVER HAD A PIERCING IN HIS RIGHT

6    EYEBROW THAT WAS SIMILAR TO A PIERCING YOU HAD SEEN ON

7    JOFAMA COLEMAN?  DO YOU REMEMBER SAYING THAT TO THE

8    POLICE?

9        A    I REMEMBER SAYING THAT, BUT I DON'T KNOW ABOUT

10    THE RIGHT EYEBROW.  IT'S BEEN SO MANY YEARS, I JUST

11    REALLY DON'T REMEMBER WHICH SIDE IT WAS ON.

12        Q    SO I KNOW YOU ARE LOOKING AT HIM NOW.  YOU SEE

13    THAT HE HAS A PIERCING ON HIS LEFT?

14        MS. WILLIAMS:  OBJECTION.

15        MR. WHITE:  THAT'S WHAT HE SAID.  HE SAID.

16        THE COURT:  OBJECTION IS WHAT.

17        MS. WILLIAMS:  OBJECTION IS THAT THE WITNESS NEVER

18    SAID HE COULD SEE ANYTHING ON HIS FACE NOW, SO IF

19    COUNSEL WANTS TO --

20        THE COURT:  HOLD ON.  SO THE OBJECTION IS.

21        MS. WILLIAMS:  MISSTATES HIS TESTIMONY AND

22    ARGUMENTATIVE.

23        THE COURT:  SUSTAINED.

24        Q    BY MR. WHITE:  SO DID YOU TELL THE POLICE THAT

25    THE BLACK DRIVER HAD A PIERCING IN HIS RIGHT EYEBROW

26    WHEN YOU TALKED WITH THE POLICE ON MARCH THE 7TH?

27        A    I DON'T REMEMBER.

28        Q    BUT IF YOU HAD TOLD THE POLICE THAT, YOU WERE

1   TRYING TO BE AS ACCURATE AS POSSIBLE?

2        A    YES.

3        Q    AND ALL THE WAY UP UNTIL TODAY, YOU'VE

4   MAINTAINED IN ALL THE STATEMENTS YOU MADE TO THE POLICE

5   THAT YOU WEREN'T SURE IF THE DRIVER WAS JOFAMA COLEMAN,

6   JUST THAT HE WAS A PERSON THAT LOOKED SIMILAR TO JOFAMA

7   COLEMAN; CORRECT?

8        A    TODAY I WOULD SAY THAT HE WAS THE DRIVER.

9        Q    LISTEN TO MY QUESTION, SIR.

10       A    OKAY.

11       Q    EVERY OCCASION UP UNTIL TODAY YOU'VE SAID AND

12   YOU'VE MAINTAINED THAT YOU WEREN'T SURE --

13       A    OH, YES.

14       Q    -- THAT THE DRIVER WAS JOFAMA COLEMAN;

15   CORRECT?

16       A    YES.

17       Q    YOU'VE SAID THAT THE DRIVER WAS BLACK, THAT

18   HE'S SOMEBODY WHO LOOKED SIMILAR TO JOFAMA COLEMAN, BUT

19   YOU WEREN'T SURE IF THAT WAS HIM?

20       A    YES.

21       Q    RIGHT?

22       A    YES.

23       Q    COMING INTO THIS COURT FOR THE FIRST TIME YOU

24   ARE SAYING THAT YOU ARE 100 PERCENT SURE; RIGHT?

25       A    YES.

26       Q    AND ALL THE WAY UP TO THIS POINT, YOU'VE BEEN

27   SAYING THAT OR AT LEAST YOUR TESTIMONY IS THAT THE

28   REASON YOU NEVER SAID YOU WERE SURE IT WAS HIM IS

1     BECAUSE YOU WERE AFRAID OF RETALIATION AGAINST YOU;

2     RIGHT?

3          A     YES.

4          Q     NOW, YOU GAVE ALL THESE NAMES TO THE POLICE,

5     PALONE, WILLIE, DRIPS, ALL OF THESE WERE GIVEN AS FAR

6     BACK AS 2003 AND ALSO 2004; IS THAT RIGHT?

7          A     YES.

8          Q     NOW, YOU HAVEN'T DOCUMENTED OR MADE ANY

9     COMPLAINTS TO THE POLICE, MADE ANY POLICE REPORTS ABOUT

10    ANYBODY TRYING TO DO ANYTHING TO YOU; CORRECT?

11         A     YES.

12         Q     AND IF THERE WAS SUCH A REPORT, WE WOULD KNOW

13    ABOUT IT; RIGHT?

14         A     YES.

15         Q     YOU'VE HAD NO CONTACT WITH MR. COLEMAN, IS

16    THAT RIGHT, SINCE YOU'VE MADE THIS STATEMENT; RIGHT?

17         A     YES.

18         Q     NOBODY FROM HIS FAMILY HAS TRIED TO CONTACT

19    YOU; RIGHT?

20         A     NO.

21         Q     DID YOU EVER DESCRIBE THE CLOTHING OF THE

22    PERSON WHO WAS THE SHOOTER IN THIS CASE BEING DIFFERENT

23    FROM WHAT YOU EVENTUALLY DESCRIBED DRIPS AS WEARING?

24         A     NO.

25         Q     YOU DON'T RECALL TELLING THE POLICE ON THE

26    NIGHT OF THE SHOOTING THAT THE SUSPECT, THE SHOOTER WAS

27    WEARING A WHITE BEANIE WITH BLUE SHORTS AND KNEE HIGH

28    WHITE SOCKS?  DO YOU REMEMBER TELLING THE POLICE THAT?

1      A      YES.

2      Q      SO WAS THE SUSPECT WEARING A WHITE BEANIE?

3      A      YES.

4      Q      AND A WHITE HOODIE?

5      A      YES.

6      Q      HE WASN'T WEARING A DARK BLUE OR BLACK BEANIE?

7      A      UH-UH, NO.

8      MS. WILLIAMS:  OBJECTION; VAGUE AS TO WHICH

9   SUSPECT.

10      MR. WHITE:  I SAID THE SHOOTER.

11      THE COURT:  OVERRULED.

12      Q      BY MR. WHITE:  IS THAT CORRECT?

13      A      YES.

14      Q      AND WAS HE WEARING A PENDLETON SHIRT?

15      A      NO.  I DIDN'T SEE NO WHITE SWEATER.

16      Q      THE KIND OF CAR THAT YOU WERE IN WHEN YOU

17   CHASED THE VEHICLE, THE VAN, THE VAN WENT UP WHAT

18   DIRECTION ON 101ST STREET?

19      A      IT WENT UP TOWARDS VERMONT.

20      Q      WHERE WAS THE CAR -- FIRST I WANT TO KNOW WHAT

21   KIND OF CAR IT WAS.

22      A      THE CAR WE WERE DRIVING?

23      Q      YES.

24      A      GRAY CAMARO.

25      Q      WHO WAS IN THE CAR?

26      A      ANDRES AND I.

27      Q      ANDRES SANDOVAL?

28      A      YES.

1568

```
 1        Q    WHERE WAS THAT CAR PARKED AT WHEN YOU FIRST
 2   GOT INTO IT?
 3        A    RIGHT IN FRONT OF HIS HOUSE.
 4        Q    RIGHT IN FRONT OF WHOSE HOUSE?
 5        A    ANDRES.
 6        Q    AND ANDRES' HOUSE WAS ALSO ON 101ST STREET
 7   ALSO?
 8        A    YES.
 9        Q    WAS IT ON THE SAME SIDE OF THE STREET AS THE
10   ROBLES HOUSE OR WAS IT ON THE OPPOSITE SIDE OF THE
11   STREET?
12        A    OPPOSITE SIDE.
13        Q    HOW FAR AWAY FROM THE SHOOTING WAS IT?
14        A    ANDRES HOUSE?
15        Q    YES.
16        A    COUPLE HOUSES AWAY.  I'D SAY ABOUT 6 HOUSES
17   AWAY.
18        Q    CLOSER TOWARDS BUDLONG?
19        A    CLOSEST TO -- WELL, TO VERMONT.
20        Q    SO IT WOULD HAVE BEEN -- YOU SAY IT WAS CLOSER
21   TOWARDS VERMONT.  SO YOU WOULD HAVE BEEN LOOKING BACK
22   TOWARDS THE SHOOTING, LOOKING TOWARDS BUDLONG?
23        A    NO.  I'M SORRY.  NO, I'M SORRY.  ANDRES' HOUSE
24   IS CLOSE TO BUDLONG.  CHINO'S HOUSE IS MORE CLOSER TO
25   VERMONT SO THEY WERE LIKE THIS CROSSING EACH OTHER.
26        Q    AND SO AS THAT VEHICLE TOOK OFF, YOU TOOK OFF
27   AFTER IT; CORRECT?
28        A    YES.
```

1    Q    AND MR. SANDOVAL WAS DRIVING, YOU WERE THE

2    PASSENGER?

3    A    YES.

4    Q    AS YOU TOOK OFF, WAS THERE ANYONE ELSE, ANY

5    OTHER CARS ON THE STREET?  AND BY "ON THE STREET" I MEAN

6    LIKE COMING UP FROM VERMONT TOWARDS BUDLONG?

7    A    YES.

8    Q    HOW MANY CARS IF YOU REMEMBER?

9    A    I DON'T REMEMBER.

10    Q    CARS, VANS, SUV'S DO YOU REMEMBER WHAT KIND?

11    A    THERE WERE MANY CARS.  TO BE HONEST WITH YOU,

12    I DON'T REMEMBER HOW MANY CARS.

13    Q    WHEN I SAY COMING UP THE STREET, I DON'T MEAN

14    PARKED ON THE STREET.  I MEAN ACTUALLY MOVING.

15    A    YEAH.  ON THE MAIN STREET, RIGHT.

16    Q    YES?

17    A    YES.

18    Q    THERE WERE SOME CARS THAT WERE ACTUALLY

19    MOVING?

20    A    YES.

21    Q    AND SO THIS VAN, IT WASN'T ON THE OPPOSITE --

22    ON THE WRONG SIDE OF THE STREET BECAUSE IT WOULD HAVE

23    COLLIDED WITH THOSE OTHER CARS; IS THAT RIGHT?

24    A    YES.

25    Q    WHEN THE SHOOTING OCCURRED, COULD YOU TELL WAS

26    THE VAN ON LIKE THE SAME SIDE OF THE STREET THAT YOUR

27    VEHICLE WAS ON?

28    A    YES.

1      Q     SO IT WASN'T LIKE CLOSE TO THE CURB NEAR THE

2    ROBLES HOUSE?   YOU UNDERSTAND WHAT I'M SAYING?

3      A     NOT REALLY, SIR.

4      Q     AFTER YOU GUYS BEGAN CHASING THE VEHICLE GOING

5    UP 101ST STREET, DID THE VEHICLE MAKE A RIGHT OR A LEFT

6    ON VERMONT OR DID IT CONTINUE GOING STRAIGHT?

7      A     IT MADE A RIGHT ON VERMONT.

8      Q     MAKES A RIGHT ON VERMONT.   WHERE DID IT NEXT

9    GO?

10      A     TO 104TH AND VERMONT, MADE A LEFT.   THERE'S NO

11   LIGHT, BUT THERE'S LIKE A STOP SIGN AND THERE'S CARS

12   COMING THROUGH SO YOU HAVE TO YIELD BEFORE YOU MAKE THAT

13   LEFT.

14      Q     AND THEY STOPPED RIGHT THEN.   THAT'S NOT WHERE

15   THE SHOOTER GOT OUT OF THE CAR AND CAME BACK TO YOU

16   GUYS; RIGHT?

17      A     NO.   NO.   NO.

18      Q     SO YOU GO TO 104TH STREET.   HE MAKES A LEFT

19   TURN.   YOU GUYS MAKE A LEFT TURN ALSO?

20      A     YES.

21      Q     SO NOW YOU ARE GOING EAST ON 104TH STREET; IS

22   THAT RIGHT?

23      A     YES.

24      Q     AND YOU ARE TRAVELING GOING TOWARDS HOOVER?

25      A     YES.

26      Q     WHERE DOES IT NEXT GO?

27      A     AFTER HE MAKES THE LEFT ON 104TH, HE MAKES

28   ANOTHER LEFT ON THE FIRST COMING UP STREET WHICH I HAVE

1 571

 1   NO IDEA WHAT THAT STREET IS CALLED AND THEN A RIGHT ON

 2   102ND AND THAT STREET.  SO WE ENDED UP ON 102ND AND

 3   HOOVER.

 4        Q    OKAY.  SO WHEN YOU ARE ON 102ND AND HOOVER,

 5   WHAT HAPPENS?

 6        A    THE CAR STOPS AT THE STOP SIGN.  WE STOP IN

 7   THE MIDDLE OF THE STREET.  WE DIDN'T WANT TO GET SO

 8   CLOSE SO THE PASSENGER -- PASSENGER GETS OFF, POINTS A

 9   GUN AT US AND THEN WE TOOK OFF.

10        Q    DO YOU REMEMBER TELLING THE POLICE THAT IT WAS

11   WHEN THE SHOOTER GOT OUT OF THE CAR TO COME BACK TOWARDS

12   THE CAR YOU AND ANDRES WAS IN, THAT THE DOME LIGHT CAME

13   ON AND THAT'S WHEN YOU GOT A CHANCE TO SEE THE DRIVER?

14   DO YOU REMEMBER TELLING THE POLICE THAT?

15        A    YES.

16        Q    SO, ACCORDING TO WHAT YOU TOLD THE POLICE AT

17   LEAST, YOU DIDN'T SEE THE DRIVER WHEN IT WAS ON 101ST

18   STREET; RIGHT?

19        A    I DID SEE THE DRIVER.

20        Q    WELL, WHY DID YOU TELL THE POLICE THAT IT WAS

21   WHEN THE DOME LIGHT CAME ON --

22        A    I SAID I HAD A CLEARER VISION OF THE DRIVER.

23        Q    AND I'M ASSUMING YOU WERE BEHIND THE VAN;

24   RIGHT?

25        A    YES.

26        Q    AND HOW COULD YOU SEE THE DRIVER WHEN THE

27   LIGHT COMES ON?  COULD YOU SEE ALL THE WAY INSIDE THE

28   VAN?

1    A    YES.

2    Q    AND DID THE DRIVER TURN AROUND AND LOOK AT

3    YOU?

4    A    NO.  HE DIDN'T LOOK AT US, BUT I LOOKED

5    TOWARDS HIS PARTNER SORT OF LIKE THIS.  SO WHEN HE

6    LOOKED LIKE THAT, THE LIGHT WAS RIGHT ON HIS FACE.  I

7    COULD SEE HALF OF HIS FACE REAL CLEARLY.

8    Q    AND STILL AT THAT TIME YOU COULDN'T SEE WHAT

9    HE WAS WEARING?

10    A    NO.

11    Q    I THINK YOU DESCRIBED THE SHIRT AS A KIND OF

12    LIKE AN ECKO, ONE OF THOSE NAME BRAND ECKO TYPE SHIRTS?

13    A    DRIPS.

14    Q    THAT WAS ON THE SHOOTER?

15    A    YEAH.  YEAH.

16    Q    AND THAT WAS THE ONE THAT HAD THE HOODIE, AS

17    YOU SAID?

18    A    YES.

19    Q    DID YOU GIVE A LICENSE PLATE NUMBER TO THE

20    POLICE OF THE VAN THAT YOU WERE CHASING?

21    A    ALL I GAVE WAS A Z BECAUSE THE OTHER NUMBERS I

22    COULDN'T CATCH, BUT THAT'S ALL I GAVE THE LETTER Z TO

23    THE POLICE.

24    Q    IF I COULD HAVE JUST ONE MOMENT, YOUR HONOR.

25    DO YOU REMEMBER BEING PLACED IN A POLICE CAR

26    AT THE CRIME SCENE ALONG WITH ONE OF THE BROTHERS OF

27    JOSE ROBLES AS THE POLICE WERE GOING TO TALK TO YOU

28    LATER?  DO YOU REMEMBER THAT?

1     A    YES.

2     Q    DID YOU TALK WITH THE BROTHER OF MR. ROBLES

3 ABOUT WHAT YOU HAD OBSERVED?

4     A    YES.

5     Q    YOU TOLD HIM WHO THE SHOOTER WAS?

6     A    I DON'T REMEMBER THAT I DID IF I TOLD HIM

7 THAT.  I REMEMBER TALKING TO HIM ABOUT WHAT I'VE SEEN,

8 BUT I DON'T REMEMBER IF I TOLD HIM THAT OR NOT.

9     Q    YOU MEAN YOU HAD JUST SEEN THIS MAN'S BROTHER

10 SHOT, BUT YOU DIDN'T TELL -- AND YOU HAD SEEN WHO HAD

11 DONE IT; RIGHT?

12     A    YES.

13     Q    YOU SAW THE DRIVER AND THE SHOOTER; RIGHT?

14     A    YES.

15     Q    AND YOU DID NOT TALK WITH HIM ABOUT THAT WHILE

16 YOU SAT IN THAT POLICE CAR AND TELL HIM WHO IT WAS?

17     A    HE WAS TOO YOUNG FOR ME TO TELL HIM THAT SO I

18 DIDN'T WANT TO GO AND TRAUMATIZE HIM ABOUT SOMETHING

19 LIKE THAT.

20     Q    DID YOU EVER DESCRIBE THE SHOOTER AS BEING A

21 MALE BLACK WEARING OVERSIZED NAVY BLUE SHORTS MADE OF

22 JEAN OR DENIM TYPE MATERIAL?

23     A    NO.

24     Q    DID YOU EVER DESCRIBE THE SHOOTER AS BEING A

25 MALE BLACK?

26     A    NO.

27     MR. WHITE:  I HAVE NO OTHER QUESTIONS, YOUR HONOR.

28     THE COURT:  REDIRECT.

```
 1        MS. WILLIAMS:  THANK YOU.

 2

 3                   REDIRECT EXAMINATION

 4

 5        Q    BY MS. WILLIAMS:  DO YOU REMEMBER GIVING

 6   SERGEANT KATZ A DESCRIPTION OF THE DRIVER ON MAY 11TH OF

 7   2003 WHEN SERGEANT KATZ, WHO IS SEATED HERE TO MY RIGHT,

 8   CAME TO TALK TO YOU?

 9        A    DID I GIVE HIM A DESCRIPTION?

10        Q    YES.

11        A    OF THE DRIVER?

12        Q    YES.

13        A    I DON'T REMEMBER.

14        Q    DO YOU REMEMBER IF YOU TOLD HIM THAT THE

15   DRIVER WAS A MALE BLACK APPROXIMATELY 18 TO 19 YEARS

16   OLD?

17        A    YES.

18        Q    AND DO YOU REMEMBER TELLING HIM THAT THE

19   DRIVER RESEMBLED JOFAMA COLEMAN?

20        A    YES.

21        Q    AND DID YOU TELL DETECTIVE KATZ THAT THE TWO

22   OF YOU, YOU AND THE DEFENDANT, HAD ATTENDED GEORGE

23   WASHINGTON HIGH SCHOOL TOGETHER?

24        A    YES.

25        Q    AND THAT YOU KNEW HIM FROM GEORGE WASHINGTON

26   HIGH SCHOOL?

27        A    YES.

28        Q    AND HOW MANY TIMES WOULD YOU SAY THAT YOU'VE
```

1    SEEN HIM BEFORE THE SHOOTING HAPPENED?

2        A    HUNDREDS OF TIMES.  I MEAN JUST REPEATEDLY ON

3    THE STREET WALKING OR WALKING HIS DOG OR JUST DRIVING.

4        Q    OR AT SCHOOL?

5        A    YEAH.

6        Q    DO YOU REMEMBER TELLING SERGEANT KATZ THAT THE

7    DRIVER, IN ADDITION TO THE DESCRIPTION YOU GAVE, WAS

8    BALD AND WEARING A BLACK T-SHIRT?  DO YOU REMEMBER THAT?

9        A    I DON'T REMEMBER.  I'M SORRY.

10       Q    THAT'S OKAY.  WHEN YOU SPOKE TO DETECTIVE KATZ

11   IN MAY OF 2003, WERE THE EVENTS OF WHAT HAPPENED WHEN

12   YOUR FRIEND CHINO WAS KILLED, WAS IT ALL FRESHER IN YOUR

13   MEMORY THEN THAN IT IS NOW?

14       A    YES.

15       Q    AND OTHER THAN BEING SCARED AND TELLING THE

16   POLICE SOME LIES, WHEN YOU TOLD DETECTIVE KATZ THAT THE

17   PERSON WAS BALD AND WEARING A BLACK T-SHIRT, WERE YOU

18   TRYING TO BE TRUTHFUL ABOUT THAT?

19       A    YES.

20       Q    NOW, DO YOU ALSO REMEMBER TELLING DETECTIVE

21   KATZ THAT THE DEFENDANT HAD A PIERCING IN HIS LEFT

22   EYEBROW?

23       A    YES.

24       Q    WHEN DETECTIVE VALENTO CAME AND TALKED TO YOU,

25   THAT WAS ALMOST A YEAR AFTER THIS HAPPENED, IS THAT FAIR

26   TO SAY, IN MARCH OF 2004?

27       A    YES.

28       Q    AND AT THAT TIME DID YOU TELL DETECTIVE

1   VALENTO THAT THE DEFENDANT HAD A PIERCING IN HIS RIGHT

2   EYEBROW?

3       MR. WHITE:  OBJECTION; THAT MISSTATES THE

4   STATEMENT.

5       THE COURT:  OVERRULED.  YOU MAY ANSWER THE

6   QUESTION.

7       Q    BY MS. WILLIAMS:  IN MARCH WHEN YOU SPOKE TO

8   DETECTIVE VALENTO, DID YOU TELL HIM THAT YOU THOUGHT THE

9   PIERCING WAS IN THE RIGHT EYEBROW?

10      A    YES.

11      Q    AS YOU SIT HERE TODAY AND LOOK BACK AND

12  REMEMBER, DO YOU REMEMBER THAT IT WAS IN THE LEFT

13  EYEBROW?

14      A    YES.

15      Q    DID I EVER TELL YOU WHAT TO SAY IN COURT AS

16  FAR AS LEFT EYEBROW, RIGHT EYEBROW?

17      A    NO.

18      Q    DID I REALLY EVEN TALK TO YOU ABOUT YOUR

19  TESTIMONY HERE TODAY?

20      A    NO.

21      Q    DID I TELL YOU TO DO ANYTHING OTHER THAN TELL

22  THE TRUTH?

23      A    YES -- I'M SORRY.  NO.

24      Q    ARE YOU TELLING THE TRUTH HERE TODAY?

25      A    YES.

26      Q    NOW, PRIOR TO THE SHOOTING, HAD YOU EVER HAD

27  ANY INCIDENTS YOURSELF WITH THE DEFENDANT?

28      MR. WHITE:  OBJECTION; RELEVANCE.

```
 1          THE COURT:  OVERRULED.
 2      Q    BY MS. WILLIAMS:  HAD YOU EVER HAD ANY
 3   INCIDENTS YOURSELF WITH THE DEFENDANT?
 4      A    NO.
 5      Q    HAD YOU EVER SEEN HIM IN THAT PARTICULAR VAN
 6   BEFORE?
 7      A    NO.
 8      MS. WILLIAMS:  I HAVE NOTHING FURTHER.
 9      THE COURT:  CROSS?
10      MR. WHITE:  YES, JUST BRIEFLY.
11
12                  RECROSS-EXAMINATION
13
14      Q    BY MR. WHITE:  MR. SEGUNDO, YOU HAD KNOWN
15   JOFAMA COLEMAN FROM BEFORE; RIGHT?
16      A    YES.
17      Q    YOU HAD GONE TO SCHOOL WITH HIM, SAME SCHOOL?
18      A    YES, SIR.
19      Q    SO YOU KNEW THAT HE ALREADY HAD A PIERCING IN
20   HIS LEFT EYEBROW.  THAT WASN'T ANY KIND OF SURPRISE TO
21   YOU; RIGHT?
22      A    RIGHT.
23      Q    AND WHEN YOU TALKED TO THE POLICE IN 2004
24   ABOUT YOUR DESCRIPTION OF THE DRIVER, A PERSON THAT YOU
25   SAID LOOKED SIMILAR TO MR. COLEMAN, YOU SAID ONE OF THE
26   SIMILARITIES IS THAT THE PERSON'S RIGHT EYEBROW WAS
27   PIERCED AND THAT WAS SIMILAR TO A PIERCING THAT
28   MR. COLEMAN HAD; RIGHT?
```

1    A    RIGHT.

2    Q    NOW, YOU KNEW MR. COLEMAN'S PIERCING WAS IN

3    HIS LEFT; RIGHT?

4    A    YES.

5    Q    BUT YOU TOLD THE POLICE THAT THE DRIVER OF THE

6    CAR HAD A PIERCING IN HIS RIGHT EYEBROW; RIGHT?

7    A    RIGHT.

8    Q    AND YOU TOLD THE POLICE THAT THE DRIVER LOOKED

9    SIMILAR TO MR. COLEMAN, BUT YOU WERE NOT SAYING THAT HE

10   WAS MR. COLEMAN AT THAT TIME WHEN YOU TALKED TO THE

11   POLICE; RIGHT?

12   A    RIGHT.

13   MR. WHITE:  NO OTHER QUESTIONS.

14   MS. WILLIAMS:  NOTHING FURTHER.

15   THE COURT:  THANK YOU.  YOU MAY STEP DOWN.

16   MS. WILLIAMS:  I'D LIKE HIM SUBJECT TO RECALL

17   OBVIOUSLY.

18   THE COURT:  OKAY.

19   MS. WILLIAMS:  CAN WE APPROACH BRIEFLY ON THIS

20   MATTER?

21

22        (THE FOLLOWING PROCEEDINGS WERE

23         HELD AT THE BENCH:)

24

25   MS. WILLIAMS:  THE ONLY REASON THAT WITNESS IS IN

26   CUSTODY IS BECAUSE HE HAD THE BODY ATTACHMENT ON THIS

27   CASE AND SO, SINCE HE'S TESTIFIED, I DON'T THINK IT'S

28   ANY LONGER NECESSARY FOR HIM TO HAVE THE BODY ATTACHMENT

1    JEREMY.

2           IN ALL LIKELIHOOD, JUST SO THE COURT KNOWS,

3    I'M GIVING JEREMY COLEMAN IMMUNITY.  SO IF THE DIVIDING

4    LINE IS WHETHER OR NOT I'M CALLING JEREMY, I WILL TELL

5    YOU RIGHT NOW I HAVE AUTHORITY TO GIVE HIM IMMUNITY.

6    AND IF THAT'S THE ISSUE, HE HAS IMMUNITY AS FAR AS I'M

7    CONCERNED.  IF THAT'S WHAT IS CAUSING THE COURT CONCERN,

8    THAT'S NO QUESTION.

9

10                    CARLOS LOPEZ,

11   CALLED BY THE PEOPLE AS A WITNESS UNDER THE PROVISIONS

12    OF 402 OF THE EVIDENCE CODE, WAS SWORN AND TESTIFIED

13        OUTSIDE THE PRESENCE OF THE JURY AS FOLLOWS:

14

15·    THE CLERK:  DO YOU SOLEMNLY STATE THE TESTIMONY YOU

16   ARE ABOUT TO GIVE IN THE CAUSE NOW PENDING BEFORE THIS

17   COURT IS THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE

18   TRUTH, SO HELP YOU GOD?

19        THE WITNESS:  YES.

20        THE CLERK:  YOU MAY BE SEATED.

21            STATE YOUR NAME, SPELL YOUR NAME, PLEASE.

22        THE WITNESS:  SPELL IT.  C-A-R-L-O-S L-O-P-E-Z.

23        THE CLERK:  CARLOS LOPEZ.

24

25                    DIRECT EXAMINATION

26

27        Q    BY MS. WILLIAMS:  MR. LOPEZ, DO YOU RECOGNIZE

28   THE INDIVIDUAL AT THE END OF COUNSEL TABLE HERE?

1       A     YES.

2       Q     WHO IS THAT?

3       A     JOFAMA.

4       Q     AND DID YOU KNOW THE DEFENDANT BACK IN MAY OF

5   2003 WHEN AT THE SAME TIME THAT YOUR FRIEND CHINO WAS

6   KILLED?

7       A     YES.

8       Q     DID YOU SEE AROUND THAT SAME TIME PERIOD, HAVE

9   YOU EVER SEEN THE DEFENDANT IN A CAR?

10      A     YES.

11      Q     WHAT KIND OF CAR?

12      A     CAMRY.

13      Q     WHAT COLOR WAS THE CAMRY?

14      A     GREEN.

15      Q     AND THE WINDOWS ON THAT CAMRY, WAS THERE

16   ANYTHING UNUSUAL ABOUT THE WINDOWS?

17      A     TINTED.

18      Q     AND ON THE DATE THAT CHINO WAS KILLED, DID YOU

19   ACTUALLY SEE THE DEFENDANT IN THAT CAR?

20      A     BEFORE, IN THE CAR DRIVING THE CAR.

21      Q     ON THE SAME DAY BUT BEFORE THE HOMICIDE?

22      A     YES.

23      Q     WAS HE WITH HIS BROTHER JEREMY COLEMAN?

24      A     HE WAS IN THE BACK.

25      Q     AND IS THIS A PICTURE HERE?

26      A     YES.

27      Q     I'M HOLDING PEOPLE'S 34 OF JEREMY COLEMAN.

28      A     YES.

1      Q    AND WHEN JEREMY COLEMAN AND THE DEFENDANT CAME

2  UP IN THE GREEN CAMRY, DID YOU HEAR THE DEFENDANT SAY

3  SOMETHING?

4      A    YES.

5      Q    WHAT DID HE SAY?

6      A    WHICH ONE OF YOU WERE TRYING TO FIGHT MY

7  BROTHER.

8      Q    ON THAT SAME DATE, DID THE VICTIM TELL YOU

9  THAT SOMEONE -- SORRY.  DID THE VICTIM TELL YOU THAT

10  JEREMY HAD CALLED HIM SOMETHING?

11      A    YEAH.

12      Q    WHAT DID HE SAY THAT JEREMY HAD CALLED HIM?

13      A    B-I-T-C-H.

14      Q    I'M SORRY?

15      A    BITCH.

16      Q    BITCH.  OKAY.  NOW, WERE YOU PRESENT AT THE

17  TIME OF THE SHOOTING?

18      A    I WAS IN THE BACK AND I HEAR THE SHOTS, YES.

19      Q    THEN DID YOU SEE A VAN LEAVING A SCENE?

20      A    YES.  WHITE VAN.

21      Q    WHEN YOU SAW THE VAN LEAVING THE SHOOTING, DID

22  YOU SEE THE PERSON DRIVING THAT VAN?

23      A    YES.

24      Q    WHO WAS THE PERSON DRIVING THAT VAN?

25      A    JOFAMA.

26      Q    IS THAT THE SAME PERSON YOU'VE IDENTIFIED HERE

27  IN COURT?

28      A    YES.

1    Q    AND THE PERSON THAT YOU SAW DRIVING THE VAN

2    WAS THAT THE SAME PERSON YOU SAW DRIVING THE GREEN --

3    A    CAMRY, YES.

4    MS. WILLIAMS:  NOTHING FURTHER.

5    THE COURT:  OKAY.

6

7                    CROSS EXAMINATION

8

9    Q    BY MR. WHITE:  MR. LOPEZ.

10   A    YES.

11   Q    YOU'VE TOLD US THAT YOU WITNESSED SOMETHING

12   OCCUR BETWEEN CHINO AND JEREMY COLEMAN?

13   A    YES.

14   Q    ON THE DAY THAT CHINO WAS SHOT?

15   A    YES.

16   Q    WHAT TIME OF THE DAY DID THAT TAKE PLACE?

17   A    IT WAS BETWEEN 12:00 OR 2:00 OR 3:00.  I

18   REMEMBER IT WAS AWHILE BACK AGO, BUT IT WAS DURING THAT

19   TIME.

20   Q    12:00 OR 2:00 OR 3:00?

21   A    BETWEEN 12:00 OR 3:00.

22   Q    BETWEEN 12:00 AND 3 O'CLOCK?

23   A    YEAH.

24   Q    AND WHERE DID THIS OCCUR?  DID IT --

25   A    IN FRONT OF MY HOUSE.  WELL, THE CONFRONTATION

26   BETWEEN BOTH OF THEM?

27   Q    YES.

28   A    IT OCCURRED IN FRONT OF HIS GIRLFRIEND'S

```
 1    HOUSE, CATHERINE.
 2         Q    WHAT STREET WAS THAT ON?
 3         A    102.
 4         Q    SO IT WASN'T IN FRONT OF CHINO'S HOUSE, WAS
 5    IT?
 6         A    NO.  IT WASN'T.  IN FRONT OF JEREMY'S
 7    GIRLFRIEND'S HOUSE.
 8         Q    ON 102 STREET?
 9         A    YES.
10         Q    IT WASN'T IN FRONT A LIQUOR STORE?
11         A    NO.
12         Q    DID YOU EVER SEE JEREMY OR CHINO STRIKE ONE
13    ANOTHER?
14         A    NO.
15         Q    OTHER THAN WORDS BEING EXCHANGED, ANYTHING
16    ELSE HAPPEN?
17         A    NO.
18         Q    YOU SAID THAT YOU SAW JEREMY COME BACK WITH
19    JOFAMA COLEMAN?
20         A    YES.
21         Q    IN A GREEN CAMRY?
22         A    YES.
23         Q    IT WASN'T A BLACK CAR?
24         A    NO.
25         Q    DID JOFAMA COLEMAN SPEAK WITH SOMEONE ON THE
26    STREET AT THAT TIME?
27         A    HE WAS SPEAKING TO --
28         Q    I'M SORRY.  HE WAS SPEAKING TO HIM?
```

1     A     TOWARDS US.  IT WAS ME, CHINO AND SOMEBODY

2   ELSE.

3     Q     SO CHINO WAS STILL THERE?

4     A     YEAH, HE WAS STILL THERE.

5     Q     AND SO WHEN JOFAMA CAME BACK AND HE ASKED --

6   WHAT DID HE SAY?

7     A     WHICH ONE OF YOU WAS TRYING TO FIGHT MY

8   BROTHER.

9     Q     DID ANYBODY SAY ANYTHING TO JOFAMA?

10    A     NO.  HE WAS THERE ONLY 30 SECONDS AND HE LEFT.

11    Q     SO THERE WAS NOTHING THAT TOOK PLACE BETWEEN

12  CHINO AND JOFAMA?

13    A     NOT DURING THAT TIME.

14    Q     AND CHINO DID NOT IDENTIFY HIMSELF AS THE

15  PERSON THAT WAS ARGUING WITH JEREMY?

16    A     NO.

17    Q     AND DID YOU SEE JOFAMA COLEMAN ANY OTHER TIME

18  BEFORE THE NEXT TIME THAT YOU SAY THAT YOU SAW HIM IN A

19  WHITE VAN?

20    A     EXCUSE ME.  REPEAT THAT AGAIN.

21    Q     BETWEEN THE TIME THAT HE LEFT RIGHT THEN

22  MR. COLEMAN --

23    A     YES.

24    Q     -- DID YOU SEE HIM AT ANY OTHER TIME PRIOR TO

25  WHAT YOU'VE TOLD US YOU SAW HIM IN A WHITE VAN --

26    A     NO.

27    Q     WHERE WERE YOU AT WHEN YOU SAW HIM IN THE

28  WHITE VAN?

1    A    I WAS RIGHT IN FRONT OF CHINO'S HOUSE.

2    Q    WAS ANYONE ELSE IN THE FRONT YARD WITH YOU?

3    A    YEAH.   JESSE.

4    Q    WAS HIS FATHER OUT THERE?

5    A    NO.

6    Q    HIS FATHER WASN'T IN THE FRONT YARD AT ALL;

7    RIGHT?

8    A    NO.

9    Q    WAS --

10    A    HE WASN'T IN THE FRONT YARD WHEN THE SHOOTING

11    STARTED, BUT AS SOON AS HE HEARD THE SHOOTING, HE WENT

12    OUT FRONT.

13    Q    I'M TALKING ABOUT WHEN THE SHOOTING STARTED,

14    THE FATHER WASN'T STANDING IN FRONT OF THE HOUSE IN

15    FRONT OF THE GATES OR ANYTHING?

16    A    I DON'T RECALL.   I JUST SEEN THEM.

17    Q    I MEAN IF HE WAS OUT IN FRONT OF THE YARD, YOU

18    WOULD HAVE SEEN HIM; RIGHT?

19    A    YEAH.

20    Q    SO THE ONLY PEOPLE OUT IN THE FRONT YARD WERE

21    YOU AND JESSE?

22    A    YES.

23    Q    AND THE DRIVER THAT YOU SAW, WHO YOU SAY YOU

24    SAW IN THE CAMRY, WAS HE DRESSED THE SAME WAY WHEN YOU

25    SAW HIM IN THE CAR?

26    A    I DON'T REMEMBER.

27    Q    HE DIDN'T HAVE --

28    A    BLACK SHIRT.

1607

1    MS. WILLIAMS:  YOUR HONOR, I'M GOING TO OBJECT THAT

2    THIS IS BEYOND THE SCOPE OF THE 402 HEARING.  IT'S NOT

3    SUPPOSED TO BE --

4    THE COURT:  IT IS.  YOU DON'T NEED TO ARGUE ANY

5    MORE.

6    MR. WHITE:  I MEAN SHE ASKED HIM ABOUT IT AND --

7    THE COURT:  RIGHT.  YOU KNOW I'M GOING TO TELL YOU

8    BOTH RIGHT NOW.  THAT'S IT.  I'M LETTING THIS EVIDENCE

9    IN.  YOU CAN GO OUT AND GO BACK OUTSIDE.

10    CALL THE JURORS BACK IN IN A MOMENT WHEN THE

11    REPORTER GETS A BREAK.

12    MS. WILLIAMS:  CAN I SAY ONE THING?

13    THE COURT:  THERE IS A SUFFICIENT BASIS FOR THAT,

14    FOR THAT LIMITED QUESTIONING BY THE DECEDENT I THINK IT

15    IS TO PERMIT THIS IN.  IT'S NOT HEARSAY AND THERE'S A

16    CONNECTION -- THERE IS A LEGITIMATE CONNECTION OR AT

17    LEAST AN ARGUABLE CONNECTION BETWEEN THIS AND THE

18    ALLEGED CRIME.

19    MR. WHITE:  JUST TO MAKE A RECORD, YOUR HONOR, IT'S

20    NOT A DYING DECLARATION.  IT'S NOT --

21    THE COURT:  IT'S NOT HEARSAY, SO IT DOESN'T HAVE TO

22    BE ANY OF THOSE EXCEPTIONS.  OKAY.

23

24

25    (BRIEF RECESS TAKEN.)

26    ///

27    ///

28    ///

1                          CARLOS LOPEZ,

2      CALLED BY THE PEOPLE AS A WITNESS, WAS PREVIOUSLY SWORN

3                 AND TESTIFIED FURTHER AS FOLLOWS:

4

5          MS. WILLIAMS:  THE PEOPLE CALL CARLOS LOPEZ TO THE

6      STAND.

7          THE COURT:  PLEASE TAKE THE STAND.  HE'S ALREADY

8      UNDER OATH.  STATE YOUR NAME AGAIN FOR THE RECORD.

9          THE WITNESS:  CARLOS LOPEZ.

10

11                      DIRECT EXAMINATION

12

13         Q    BY MS. WILLIAMS:  MR. LOPEZ, DIRECTING YOUR

14     ATTENTION TO THE DAY OF MAY 10TH AND THE YEAR OF 2003.

15     AT THAT TIME DID YOU KNOW AN INDIVIDUAL BY THE NAME OF

16     CHINO?

17         A    YES.

18         Q    AND SHOWING YOU THIS PHOTOGRAPH, PEOPLE'S

19     EXHIBIT 6 FOR IDENTIFICATION.  MAY I APPROACH?

20         THE COURT:  YES.

21         Q    BY MS. WILLIAMS:  IS THIS A PHOTOGRAPH OF

22     CHINO?

23         A    YEAH, THAT'S CHINO.

24         Q    NOW, ON THE DATE OF MAY 10TH, 2003, WERE YOU

25     PRESENT AT THE TIME THAT CHINO WAS SHOT AND KILLED?

26         A    YES.

27         Q    PRIOR TO THAT, EARLIER IN THE DAY, HAD YOU

28     SEEN CHINO EARLIER IN THE DAY?

1     A    YES.

2     Q    AND WHEN YOU HAD SEEN CHINO EARLIER IN THE

3  DAY, DID HE TELL YOU THAT SOMETHING HAD HAPPENED BETWEEN

4  HIM AND AN INDIVIDUAL BY THE NAME OF JEREMY COLEMAN?

5     A    YES.

6     Q    DID YOU KNOW THAT INDIVIDUAL JEREMY COLEMAN

7  BACK IN 2003?

8     A    YES, I KNEW HIM.

9     Q    I KNOW IT'S HARD, BUT WHEN YOU HAVE A

10  CONVERSATION WE KIND OF TALK OVER EACH OTHER, BUT THE

11  COURT REPORTER IS TRYING TO TAKE EVERYTHING DOWN SO YOU

12  HAVE TO WAIT TILL I FINISH.

13     A    OKAY.

14     Q    AND IF I COULD APPROACH WITH PEOPLE'S 34 FOR

15  IDENTIFICATION.

16     THE COURT:  OKAY.

17     Q    BY MS. WILLIAMS:  SHOWING YOU THIS PHOTOGRAPH

18  HERE, PEOPLE'S 34 FOR IDENTIFICATION, IS THAT A

19  PHOTOGRAPH OF THE JEREMY COLEMAN?

20     A    YES.

21     Q    IS THAT BASICALLY WHAT HE LOOKED LIKE IN 2003?

22     A    YES.

23     Q    WHAT DID THE VICTIM CHINO TELL YOU HAD

24  HAPPENED EARLIER IN THE DAY BETWEEN HIM AND JEREMY

25  COLEMAN?

26     A    THAT A CONFRONTATION AND THAT HE HAD CALLED

27  HIM A BITCH OR WHATEVER.

28     Q    WHO CALLED WHO A BITCH?

1       MR. WHITE:  YOUR HONOR, OBJECTION; HEARSAY.

2       MS. WILLIAMS:  I UNDERSTAND IT'S AN ONGOING

3    OBJECTION.  I ASSUME THE COURT KNOWS AS WELL.

4       THE COURT:  OVERRULED.

5       Q    BY MS. WILLIAMS:  WITH REGARD TO WHO CALLED

6    WHO A BITCH, CHINO, WHO DID HE SAY HAD CALLED WHO A

7    BITCH?

8       A    JEREMY HAD CALLED HIM A BITCH.

9       Q    NOW --

10      THE COURT:  WOULD YOU LIKE A LIMINE INSTRUCTION?

11      MR. WHITE:  IF WE COULD JUST VERY QUICKLY SIDE-BAR,

12   YOUR HONOR, JUST FOR THIS PARTICULAR THING.

13      THE COURT:  ON THE LIMINE INSTRUCTION?

14      MR. WHITE:  YES.  YES THIS IS VERY QUICK.

15

16           (THE FOLLOWING PROCEEDINGS WERE

17           HELD AT THE BENCH:)

18

19      THE COURT:  YOU KNOW WHAT THE INSTRUCTION IS GOING

20   TO BE.  ALL RIGHT.  COME ON.  LET'S GO.

21      MR. WHITE:  I WOULDN'T DO IT IF I DIDN'T NEED TO.

22           YOUR HONOR, WE'VE HAD THE 402 HEARING WHERE

23   THIS WITNESS TESTIFIED TO WHAT HE OBSERVED.  HE'S NOW

24   TESTIFYING ABOUT THE VICTIM TELLING HIM THAT JEREMY HAD

25   CALLED HIM A BITCH AT SOME OTHER TIME AND THAT'S

26   SOMETHING THAT HE OBSERVED.  AM I WRONG?

27      MS. WILLIAMS:  YOU ARE WRONG.  I ASKED HIM

28   SPECIFICALLY IF THE VICTIM TOLD HIM THAT JEREMY CALLED

1    HIM A BITCH.  AND THEN YOU CAME BACK AND ASKED HIM

2    QUESTIONS ON CROSS ABOUT HIM WITNESSING THE

3    CONFRONTATION BECAUSE IT WAS SOMEONE HAD TOLD HIM.  IT

4    WASN'T THAT HE SAW IT.  IT'S STILL -- THERE'S NO TRUTH

5    TO THE STATEMENT THAT HE'S A BITCH, SO IT'S NOT BEING

6    OFFERED FOR THE TRUTH OF THE STATEMENT "YOU ARE A

7    BITCH."  IT'S OFFERED TO SHOW THAT THERE WAS A

8    CONFRONTATION.  SO, ONCE AGAIN, NOT HEARSAY UNDER EITHER

9    ANALYSIS.

10        MR. WHITE:  I DON'T KNOW.  THIS IS DIFFERENT THAN

11   HIM ACTUALLY HEARING AND WITNESSING IT HIMSELF AS

12   OPPOSED TO THE DECEDENT TELLING HIM ABOUT SOMETHING THAT

13   OCCURRED GIVING HIM HEARSAY, SOMETHING THAT HE DID NOT

14   WITNESS.  I CAN'T EVEN CONFRONT HIM ON IT.

15        MS. WILLIAMS:  ONCE AGAIN, IT'S NOT HEARSAY SO THE

16   HEARSAY ANALYSIS WE JUST PUSH OUT THE WINDOW.

17        THE COURT:  SO HE'S TESTIFYING ABOUT WHAT SOMEONE

18   ELSE TOLD HIM?

19        MS. WILLIAMS:  JUST ABOUT THAT PARTICULAR QUESTION.

20        THE COURT:  THAT IT'S HEARSAY.

21        MS. WILLIAMS:  BUT IT'S NOT BEING OFFERED TO THE

22   TRUTH OF THE MATTER BECAUSE THE STATEMENT HAS TO BE

23   OFFERED FOR THE TRUTH OF THE MATTER AND --

24        THE COURT:  NOT OFFERED FOR THE TRUTH THAT THE

25   DECEDENT TOLD HIM THIS?

26        MS. WILLIAMS:  RIGHT.  JUST THAT THE -- RIGHT.  I

27   DON'T SEE IT AS HEARSAY.

28        THE COURT:  YES.  IT'S HEARSAY ON THAT LEVEL, SURE,

```
 1    BECAUSE THEY ARE GOING TO TAKE IT AS THE TRUTH THAT THE
 2    DECEDENT TOLD HIM THIS.
 3         MS. WILLIAMS:  RIGHT.  BUT THAT DOESN'T MAKE A
 4    DIFFERENCE AS LONG AS THE STATEMENT ITSELF ISN'T BEING
 5    OFFERED FOR THE TRUTH OF THE MATTER.  I DON'T SEE --
 6         THE COURT:  BUT IT IS.  I THINK THE UNDERLYING
 7    STATEMENT IS WHAT WE ARE TALKING ABOUT AND YOU HAVE
 8    ANOTHER WITNESS WHO CAN TESTIFY TO -- WHY DON'T WE GO TO
 9    HER?
10         MS. WILLIAMS:  WELL, HE CAN STILL TESTIFY.  THERE'S
11    MORE HE CAN TESTIFY TO, SO I'LL GET THROUGH THAT.
12
13              (THE FOLLOWING PROCEEDINGS WERE
14              HELD IN OPEN COURT IN THE
15              PRESENCE OF THE JURY:)
16
17         THE COURT:  OBJECTION SUSTAINED.
18         Q    BY MS. WILLIAMS:  MR. LOPEZ, WITH REGARD TO
19    THE DAY THAT CHINO WAS MURDERED, ON THAT DAY, DID YOU
20    EVER SEE AN INDIVIDUAL BY THE NAME OF JOFAMA COME BY
21    YOUR NEIGHBORHOOD ON 102ND STREET?
22         A    YES.
23         Q    THE INDIVIDUAL YOU SAW THAT CAME BY IN THE
24    GREEN TOYOTA, WHAT KIND OF TOYOTA WAS THAT?
25         A    CAMRY.
26         Q    HAD YOU EVER SEEN THIS INDIVIDUAL IN THE CAMRY
27    ON PRIOR OCCASIONS?
28         A    BEFORE, YES.
```