1      Q    SORRY.  YOU HAVE TO REMEMBER TO LET ME FINISH.

2      A    YES.

3      Q    WAS THERE SOMETHING UNUSUAL ABOUT THE CAMRY?

4      A    IT HAD TINTED WINDOWS.

5      Q    THE PERSON THAT YOU SAW DRIVING THE CAMRY, DO

6  YOU SEE THAT PERSON HERE IN COURT TODAY?

7      A    YES.

8      Q    COULD YOU POINT TO HIM AND TELL US WHERE HE'S

9  SEATED AND WHAT HE'S WEARING?

10     A    THE BROWN SHIRT I GUESS RIGHT THERE.

11     THE COURT:  INDICATING THE DEFENDANT.

12     Q    BY MS. WILLIAMS:  AND YOU KNEW HIM BY THE NAME

13  JOFAMA?

14     A    YES.

15     Q    NOW, WITH REGARD TO THE DEFENDANT COMING BY IN

16  THE CAMRY, WAS THERE ANYONE ELSE WITH HIM IN THE CAMRY

17  WHEN HE CAME BY?

18     A    HIS BROTHER AND SOMEBODY ELSE.  I DON'T KNOW

19  WHO IT IS.

20     Q    WHEN YOU SAY HIS BROTHER, DO YOU MEAN THE

21  PERSON YOU'VE IDENTIFIED IN PEOPLE'S 34?

22     A    YES.

23     Q    AND THAT'S JEREMY COLEMAN?

24     A    YES.

25     Q    WHEN JEREMY COLEMAN AND THE DEFENDANT CAME BY

26  IN THE CAMRY, DID THE DEFENDANT SAY ANYTHING?

27     A    YEAH.  HE SAID WHICH ONE OF YOU WAS TRYING TO

28  FIGHT MY BROTHER.

1     Q    DID ANYONE RESPOND TO THAT?

2     A    NOBODY DID.

3     Q    AND AFTER THE DEFENDANT ASKED THAT QUESTION,

4 WHAT, IF ANYTHING, DID THE DEFENDANT DO?

5     A    HE LEFT.

6     Q    NOW, LATER ON THAT DAY, WERE YOU PRESENT WHEN

7 CHINO WAS KILLED?

8     A    YES.

9     Q    AND DID YOU HEAR THE GUN SHOTS?

10    A    YES.

11    Q    DID YOU SEE THE ACTUAL SHOOTING?

12    A    I DIDN'T SEE THE ACTUAL SHOOTING.

13    Q    WHERE WERE YOU AT THE TIME OF THE SHOOTING?

14    A    I WAS IN THE DRIVEWAY, CHINO'S'S HOUSE.

15    Q    WHEN YOU SAY IN THE DRIVEWAY AT CHINO'S HOUSE,

16 WAS THERE A PARTY GOING ON THERE?

17    A    IT WAS A BARBECUE.

18    Q    AND AFTER YOU HEARD THE SHOTS, DID YOU STAY IN

19 THE DRIVEWAY OR DID YOU GO SOMEPLACE ELSE?

20    A    I WENT OUTSIDE TO THE YARD AS SOON AS I HEARD

21 THEM STOP.

22    MS. WILLIAMS:  IF I COULD APPROACH WITH PEOPLE'S 7

23 FOR IDENTIFICATION.

24    THE COURT:  OKAY.

25    Q    MS. WILLIAMS:  IS THERE A PHOTOGRAPH OF --

26    A    YES.

27    Q    -- CHINO'S'S HOUSE?

28    A    YES.

1      Q     ONCE YOU GOT OUT OF THE FRONT YARD, DID YOU
2  SEE ANY CARS GO BY?
3      A     YES.
4      Q     WHAT DID YOU SEE?  WHAT KIND OF CAR?
5      A     A WHITE CHEVY --
6      Q     WAS IT A MINI --
7      A     MINIVAN WITH WOOD SIDE PANELS.
8      Q     WHEN YOU SAW THAT MINI VAN WITH WOOD SIDE
9  PANELS DRIVE BY, CAN YOU PUT AN X OR ACTUALLY WHY DON'T
10  YOU PUT YOUR INITIALS, CL AT THE LOCATION ON THIS
11  EXHIBIT, PEOPLE'S 7 WHERE YOU WERE STANDING.
12      A     (WITNESS COMPLIES.)
13      Q     THANK YOU.  SO IT WAS BEHIND THE -- THERE'S A
14  GATE HERE.  WAS IT DIRECTLY BEHIND THIS METAL FENCE?
15      A     UH-HUH.
16      Q     IS THAT YES?
17      A     YES.
18      Q     WHEN YOU WERE STANDING BY THAT METAL FENCE,
19  WAS THERE ANYBODY ELSE STANDING WITH YOU?
20      A     JESSE.
21      Q     WHEN YOU SAY JESSE, IS THAT JESSE ROBLES?
22      A     YES.  CHINO'S BROTHER.
23      Q     WHEN YOU WERE STANDING NEXT TO JESSE, COULD
24  YOU SEE THE DRIVER OF THE WHITE VAN?
25      A     YES.
26      Q     AND DID YOU RECOGNIZE THE DRIVER?
27      A     YES.
28      Q     DO YOU SEE THE DRIVER OF THE WHITE VAN WITH

1    THE WOOD SIDE PANELING HERE IN COURT TODAY?

2        A    YES.

3        Q    COULD YOU PLEASE POINT TO HIM AND TELL US

4    WHERE HE'S SEATED?

5        A    RIGHT THERE.

6        Q    IS THAT THE SAME PERSON THAT YOU IDENTIFIED

7    EARLIER AS THE DRIVER OF THE CAMRY?

8        A    YES.

9        MS. WILLIAMS:  MAY THE RECORD REFLECT HE'S

10   IDENTIFIED THE DEFENDANT?

11       THE COURT:  YES.

12       Q    BY MS. WILLIAMS:  NOW, IS THAT WHAT YOU SAW OR

13   DID JESSE TELL YOU THAT?

14       A    WE BOTH SAW.

15       Q    AND HOW DO YOU KNOW JESSE SAW IT TOO?

16       A    BECAUSE HE TOLD ME BEFORE I TOLD HIM.

17       Q    SO JESSE SAW IT AND TOLD YOU AND THEN YOU ALSO

18   SAID YES, I SAW THAT TOO?

19       A    YES.

20       Q    AND DID YOU SAY THAT IT WAS JOFAMA BECAUSE

21   JESSE TOLD YOU THAT?

22       A    NO.  BECAUSE I SEEN HIM.

23       Q    AND ARE YOU CERTAIN THAT IT WAS THE DEFENDANT

24   THAT YOU SAW IN THE CAR THE WHITE VAN DRIVING BY AFTER

25   THE SHOOTING?

26       A    YES.

27       Q    NOW, WHEN YOU CAME OUT AND SAW THE WHITE VAN,

28   DID YOU SEE ANYBODY GET INTO THE WHITE VAN OR ANYTHING

1    LIKE THAT AFTER YOU HEARD THE SHOTS STOPPED?

2        A    NO.

3        Q    YOU JUST SAW THE VAN SPEED BY?

4        A    YES.

5        Q    OR GO BY, I SHOULD SAY.  AS THE VAN DROVE BY,

6    WAS IT DRIVING TOWARDS VERMONT OR BUDLONG?

7        A    VERMONT.

8        Q    SO WAS THE DRIVER SIDE OF THE VAN THE SIDE

9    THAT WAS CLOSEST TO YOU?

10       A    YES.

11       Q    AND DID YOU SEE -- COULD YOU SEE WHAT TYPE OF

12   CLOTHING THE DRIVER, THE DEFENDANT WAS WEARING AS THE

13   VAN WENT BY?

14       A    A BLACK SHIRT, SHIRT OR SWEAT SHIRT.  IT WAS

15   BLACK.

16       Q    SO YOU DON'T KNOW IF IT WAS LONG SLEEVE OR

17   SHORT SLEEVE?

18       A    NO.  IT WAS BLACK.

19       Q    OKAY.  AND PRIOR TO THE DAY OF THE SHOOTING,

20   BEFORE THAT DAY, NOT ON THAT DAY, I KNOW YOU SAW HIM

21   EARLIER IN THE DAY, BUT BEFORE THAT DAY, HAD YOU EVER

22   SEEN THE DEFENDANT BEFORE THAT DAY?

23       A    YES.  IN HIS CAR.

24       Q    HOW MANY TIMES?

25       A    ABOUT 4.

26       Q    THAT WAS THE GREEN CAMRY THAT YOU HAD SEEN HIM

27   IN PREVIOUSLY?

28       A    YES.

1        MS. WILLIAMS:  NOTHING FURTHER.

2        THE COURT:  CROSS?

3

4                    CROSS EXAMINATION

5

6        Q    BY MR. WHITE:  MR. LOPEZ, YOU'VE TOLD US THAT

7   YOU SAW JEREMY COLEMAN, THE BROTHER OF MY CLIENT,

8   EARLIER IN THE DAY?

9        A    YES.

10        Q    THE DAY THAT YOUR FRIEND JOSE ROBLES WAS

11   KILLED; CORRECT?

12        A    YES.

13        Q    NOW, YOU TOLD US THAT SOMETIME IN THE DAY.

14   WHAT TIME WAS IT?

15        A    FROM 12:00 TO 3:00.

16        Q    BETWEEN 12:00 AND 3 O'CLOCK THERE WAS AN

17   ARGUMENT THAT TOOK PLACE OR AT LEAST SOME SORT OF

18   CONFRONTATION THAT TOOK PLACE BETWEEN JEREMY AND JOSE;

19   IS THAT RIGHT?

20        A    YES.

21        Q    IT WAS ON 102ND STREET.  THIS WAS NOT ON 101ST

22   STREET; CORRECT?

23        A    102ND.

24        Q    YOU TOLD US THAT LATER -- ABOUT HOW LONG AFTER

25   THE INITIAL CONFRONTATION WAS IT THAT YOU SAW JOFAMA

26   COLEMAN COME BY IN A GREEN CAMRY WITH TINTED WINDOWS?

27        A    ABOUT 20, 30 MINUTES.

28        Q    SO THIS COULD HAVE BEEN ANYWHERE BETWEEN 12:30

1    TO 3:30?

2        A    YES.

3        Q    NOW, I'D LIKE TO TRY TO SEE IF WE CAN NARROW

4    THE TIME DOWN.  DO YOU REMEMBER IF IT WAS LATER IN THE

5    AFTERNOON OR EARLIER IN THE AFTERNOON?

6        A    EARLIER IN THE AFTERNOON.

7        Q    BECAUSE YOU WENT TO A BARBECUE LATER AT

8    MR. ROBLES HOME; IS THAT RIGHT?

9        A    YES.

10        Q    HOW LONG AFTER YOU HAD SEEN MR. COLEMAN IN THE

11    GREEN CAMRY WAS IT THAT YOU WENT TO THE BARBECUE?

12        A    ABOUT 30 MINUTES AFTERWARDS.  WE DIDN'T START

13    THE BARBECUE.  WE WERE BARELY GETTING EVERYTHING

14    TOGETHER.

15        Q    NOW, MR. COLEMAN SAW MR. ROBLES AT THE

16    LOCATION ON 102ND STREET WHEN HE CAME BY WITH HIS

17    BROTHER?

18        A    YES.

19        Q    HE DIDN'T DO ANYTHING LIKE FIGHT MR. ROBLES AT

20    THAT TIME?

21        A    IT WAS PLENTY OF US THERE.

22        Q    AND NOTHING OCCURRED; RIGHT?

23        A    NO.

24        Q    WHEN YOU SAY "THERE WAS PLENTY OF US THERE,"

25    WHO ARE YOU TALKING ABOUT?

26        A    ME, MY BROTHERS AND CHINO AND TWO OTHER

27    FRIENDS, ONE OR TWO OTHER FRIENDS.

28        Q    WERE THESE ALL THE SAME INDIVIDUALS THAT WERE

1     PRESENT WHEN JEREMY COLEMAN WAS THERE THE FIRST TIME?

2          A     YES, IT WAS.

3          Q     WHO INITIATED THE CONTACT BETWEEN JEREMY

4     COLEMAN AND MR. ROBLES?  WAS IT MR. ROBLES OR WAS IT

5     JEREMY COLEMAN?

6          A     I WAS NOT PRESENT AT THE TIME.

7          Q     SO YOU DIDN'T SEE THE FIRST CONFRONTATION.

8     YOU ACTUALLY ONLY SAW MR. JOFAMA, JOFAMA COLEMAN DRIVE

9     BY WITH HIS BROTHER AND ASKED WHO HAD BEEN TRYING TO

10    FIGHT HIS BROTHER EARLIER?

11         A     YES.

12         Q     YOU TOLD US THAT YOU SAW WHAT JOFAMA COLEMAN

13    WAS WEARING AT THAT TIME.  DID HE GET OUT OF THE

14    VEHICLE?

15         A     NO.

16         Q     DID HE ROLL THE WINDOWS DOWN?

17         A     YES.

18         Q     THE WINDOWS WERE TINTED SO HE HAD TO ROLL IT

19    DOWN FOR YOU TO SEE; RIGHT?

20         A     YES.

21         Q     AND YOU SAW THAT HE WAS WEARING -- I THINK YOU

22    DESCRIBED IT AS A BLACK T-SHIRT?

23         A     YES.

24         Q     WAS THAT THE SAME BLACK T-SHIRT THAT HE WAS

25    WEARING WHEN YOU SAW HIM IN THE WHITE VAN LATER ON THAT

26    NIGHT?

27         A     I'M NOT SURE IF IT WAS THE SAME ONE.

28         Q     NOW, WHEN YOU SAW HIM IN THE VAN, WAS THE

1   WINDOW OF THE VAN DOWN OR WAS IT UP?

2        A    NO.  IT WAS UP.

3        Q    WERE THE WINDOWS OF THE VAN TINTED OR

4   UNTINTED?

5        A    UNTINTED.  THE FRONT ONE WAS NOT TINTED.

6        Q    SO THE WINDOWS OF THE VAN WERE UP.  THEY DROVE

7   BY.  YOU SAID YOU SAW THE BLACK SHIRT.  DID YOU SEE

8   ANYTHING ELSE THAT THE DRIVER OF THE VAN WAS WEARING?

9        A    NOPE.

10       Q    COULD YOU SEE WAS THE DRIVER OF THE VAN BALD

11  OR DID HE HAVE A NATURAL OR DID HE HAVE A JHERI CURL,

12  COULD YOU TELL THAT?

13       A    BALD.

14       Q    HE WAS BALD?

15       A    YES.

16       Q    SO HE DIDN'T HAVE ANYTHING ON HIS HEAD; RIGHT?

17       A    NO.

18       Q    BECAUSE YOU COULD SEE HIS HEAD?

19       A    YES.

20       Q    HE DIDN'T HAVE A KNIT CAP ON OR ANYTHING LIKE

21  THAT; RIGHT?

22       A    NO.  I SEEN IT.

23       Q    BECAUSE IF HE HAD, YOU WOULD HAVE SEEN IT;

24  RIGHT?

25       A    YES.

26       Q    YOU WOULDN'T HAD BEEN ABLE TO SEE THE BALD --

27       MS. WILLIAMS:  OBJECTION; CALLS FOR SPECULATION.

28       THE COURT:  OVERRULED.

1        Q    BY MR. WHITE:  YOU COULD SEE THAT THE DRIVER

2    WAS BALD; RIGHT?

3        A    YES.

4        THE COURT:  HOLD ON.  YOU MEAN DURING THE TIMES

5    THAT HE SAW HIM?

6        MR. WHITE:  RIGHT.

7        Q    THE DRIVER OF THE VAN APPEARED TO BE BALD TO

8    YOU?

9        A    YES.

10       THE COURT:  I'M TALKING ABOUT THE RESPONSE TO THE

11   OTHER QUESTIONS, LACKS SPECIFICITY AS TO TIME.

12       MR. WHITE:  THAT'S WHY I'M REASKING THE QUESTION.

13       THE COURT:  ALL RIGHT.

14       Q    BY MR. WHITE:  AS THAT VAN DROVE BY THE HOUSE,

15   YOU DID NOT SEE ANY KIND OF KNIT HAT ON THE DRIVER'S

16   HEAD; CORRECT?

17       A    NO.  CORRECT.

18       Q    YOU WERE STANDING WITH YOUR FRIEND JESSE IN

19   THE FRONT YARD?

20       A    YES.

21       Q    WAS THERE ANYONE ELSE IN THE FRONT YARD THAT

22   YOU COULD SEE WHEN THE SHOOTING TOOK PLACE?

23       A    I DON'T REMEMBER.  EVERYONE STARTED RUNNING

24   TOWARDS THE FRONT.

25       Q    DID YOU TELL THE POLICE THAT IT WAS JUST YOU

26   AND JESSE IN THE FRONT YARD?

27       A    NO, DID NOT TELL THEM.

28       Q    WAS IT JUST YOU -- I'M TALKING ABOUT WHEN YOU

1  OBSERVED THE VAN GOING BY.  WAS IT JUST YOU AND JESSE

2  STANDING BY THAT FENCE?

3       A    NO.  JESSE WAS ACROSS THE STREET.  HUH.  THAT

4  WAS HIS OTHER LITTLE BROTHER THOUGH WHO WAS ACROSS THE

5  STREET.  IT WAS ME, JESSE AND HIS OTHER BROTHER WAS

6  ACROSS THE STREET WITH THE NEIGHBORS.

7       Q    BUT THERE WAS NO ONE ELSE IN THE -- STANDING

8  IN THE YARD WITH YOU LOOKING AT THE VAN?

9       A    THERE WAS NO ONE OUT FRONT WHEN IT HAPPENED.

10  EVERYONE WENT UP FRONT WHEN THEY HEARD THE SHOOTING.

11       Q    WHAT I'M TRYING TO TALK ABOUT, THOUGH, IS

12  WHEN --

13       A    WHEN THE VAN DROVE OFF?

14       Q    YES.

15       A    JUST ME AND JESSE.

16       Q    DID THAT VAN APPEAR TO BE ALONE OR WAS THERE

17  ANOTHER CAR BEHIND IT?

18       A    THERE WAS NOTHING BEHIND IT.

19       Q    WHEN THAT VAN SPED UP THE STREET, YOU WERE

20  STANDING THERE; RIGHT?

21       A    YEAH.

22       Q    DID YOU SEE ANYBODY ELSE GO SPEEDING DOWN THE

23  STREET AFTER THE VAN?

24       A    YES.  ONE OF MY FRIENDS.

25       Q    WHO WAS IT?

26       A    I DON'T REMEMBER HIS NAME.

27       Q    DO YOU KNOW WHAT KIND OF CAR IT WAS?

28       A    YES.  IT WAS A BLACK CAMARO.

```
 1        Q    DO YOU REMEMBER HOW MANY PEOPLE WERE IN THAT
 2   BLACK CAMARO?
 3        A    ONE.
 4        Q    ALL RIGHT.  SO YOU ARE IN THE FRONT YARD.
 5   JESSE IS IN THE FRONT YARD.  NO ONE ELSE IS IN THE FRONT
 6   YARD AND THEY ALL COME SPILLING OUT LATER AFTER THE VAN
 7   HAS GONE UP THE STREET; RIGHT?
 8        A    UH-HUH.
 9        Q    IS THAT A YES?
10        A    YES.
11        Q    ONE OF JESSE'S BROTHERS THAT YOU CAN SEE
12   THAT'S ON THE OTHER SIDE OF THE STREET; RIGHT?
13        A    UH-HUH, YES.
14        Q    DO YOU RECALL TELLING THE POLICE THAT THE
15   INCIDENT ACTUALLY OCCURRED TWO HOUSES EAST OF WHERE YOU
16   WERE STANDING?
17        A    YES.
18        Q    SO THE INCIDENT ACTUALLY HAPPENED TOWARDS
19   VERMONT FROM WHERE YOU WERE; IS THAT RIGHT?
20        A    TOWARDS BUDLONG.  FROM THE HOUSE -- COMING OUT
21   THE HOUSE IT'S TOWARDS BUDLONG WHERE IT HAPPENED AND THE
22   VAN SPED UP TOWARDS VERMONT.
23        Q    DO YOU HAVE YOUR DIRECTIONS MIXED UP?  IS
24   BUDLONG GOING WEST?
25        A    BUDLONG IS GOING THAT WAY, LIKE THAT SAME WAY
26   VERMONT GOES.
27        Q    SO IF YOU TOLD THE POLICE THAT IT WAS GOING
28   TWO HOUSES EAST, YOU WERE BEING CLEAR TO THEM THAT YOU
```

```
 1     MEANT GOING TOWARDS BUDLONG?

 2         A    YES.

 3         Q    NOW, MR. LOPEZ, DID YOU TALK TO THE POLICE

 4     THAT NIGHT?

 5         A    NO.

 6         Q    DID YOU STAY AT THE LOCATION WHILE THE POLICE

 7     WERE THERE QUESTIONING PEOPLE?

 8         A    NO.  I HAD MY GIRLFRIEND WITH ME.

 9         Q    SO DID YOU LEAVE RIGHT AWAY?

10         A    YES.

11         Q    DID YOU TALK WITH OTHER PEOPLE AFTER THIS

12     INCIDENT?

13         A    NO.

14         Q    YOU DIDN'T TALK WITH JESSE OR ANYONE ELSE FROM

15     THE ROBLES FAMILY?

16         A    NO.  I WENT TO MY GIRLFRIEND'S HOUSE.

17         Q    WHEN WAS IT THAT YOU FIRST TALKED TO THE

18     POLICE AFTER THE INCIDENT?

19         A    I THINK IT WAS THE FIRST DAY -- YEAH.  THE

20     FIRST DAY AFTER IT HAPPENED OR SECOND DAY.

21         Q    DID YOU CONTACT THEM OR DID THEY CONTACT YOU?

22         A    THEY CONTACTED ME.

23         Q    JUST A COUPLE OF MORE QUESTIONS, SIR.  ABOUT

24     WHAT TIME DID THIS INCIDENT HAPPEN?

25         A    WHICH INCIDENT?

26         Q    THE SHOOTING.

27         A    I DON'T EXACTLY REMEMBER, BUT IT WAS NIGHT.

28         Q    SOMEWHERE AROUND MAYBE 8, 9 O'CLOCK?
```

1        A       PROBABLY.

2        Q       HAD YOU BEEN DRINKING THAT NIGHT?

3        A       NO.

4        Q       WHEN YOU HEARD THE FIRST GUN SHOTS, WHERE WERE

5    YOU?

6        A       I WAS BEHIND THE WOOD FENCE.

7        Q       WERE YOU IN THE FRONT YARD?

8        A       NO.  I WASN'T IN THE FRONT YARD.

9        Q       WERE YOU IN THE BACKYARD?

10       A       YES.

11       Q       WERE YOU WITH ANYBODY IN THE BACKYARD WHEN YOU

12   HEARD THE FIRST SHOTS?

13       A       YES.

14       Q       WHO WERE YOU WITH?

15       A       IT WAS CHINO'S COUSIN AND ABOUT 3, 4 FRIENDS.

16       Q       SO WHEN YOU HEARD THE FIRST SHOTS, DID YOU

17   IMMEDIATELY GO UP FRONT?

18       A       NO.

19       Q       YOU TOLD US THAT IT WAS YOU AND JESSE AND NO

20   ONE ELSE IN THE FRONT WHEN THE VAN CAME BY?

21       A       YEAH, BECAUSE EVERYBODY ELSE RAN -- OKAY.

22       Q       LET ME FINISH SO THAT YOU CAN HEAR WHAT THE

23   FULL QUESTION IS.

24       A       GO AHEAD.

25       Q       SO ARE YOU SAYING THAT IT WAS AFTER ALL THE

26   GUN SHOTS HAD FINISHED THAT YOU ARRIVED OUT FRONT?

27       A       YES.

28       Q       WHEN YOU ARRIVED OUT FRONT, WAS JESSE ALREADY

1  OUT THERE OR WAS HE BEHIND YOU OR WAS HE ALONGSIDE OF

2  YOU?  DO YOU REMEMBER?

3       A    HE WAS THE FIRST ONE TO GO OUT.

4       Q    SO YOU WERE RIGHT BEHIND JESSE?

5       A    YES.

6       Q    COULD YOU SEE IF JESSE HAD GOTTEN OUT FRONT

7  BEFORE THE GUN SHOTS STOPPED?

8       A    NO.  EVERYBODY WENT OUT AFTER THE GUN SHOTS.

9       Q    SO YOU ARRIVE AFTER THE SHOTS ARE FINISHED,

10 BOTH YOU AND JESSE, YOU ARE OUT FRONT AND THE WHITE VAN

11 COMES SPEEDING BY?

12      A    YES.

13      MR. WHITE:  I DON'T HAVE ANY OTHER QUESTIONS.

14      THE COURT:  REDIRECT?

15

16                REDIRECT EXAMINATION

17

18      Q    BY MS. WILLIAMS:  YOU SPOKE OF A BLACK T-SHIRT

19 THAT THE DEFENDANT WAS WEARING.  WAS THAT ON BOTH TIMES

20 THAT YOU SAW HIM THAT HE WAS WEARING A BLACK SHIRT?

21      A    YES.

22      Q    EARLIER IN THE DAY IN THE CAMRY AND THEN AT

23 THE TIME OF THE SHOOTING WHEN THE VAN DROVE BY?

24      A    YES.

25      MS. WILLIAMS:  NOTHING FURTHER.

26      THE COURT:  ANYTHING ELSE?

27      MR. WHITE:  NO.

28      THE COURT:  THANK YOU.  YOU MAY STEP DOWN.

1    COURT OF APPEAL OF THE STATE OF CALIFORNIA

2    SECOND APPELLATE DISTRICT

3

THE PEOPLE OF THE STATE OF CALIFORNIA, )
4                                       )
               PLAINTIFF-RESPONDENT,    )
5                                       )
                                        )
6            -VS-                       )  NO. YA059765
                                        )
7    JOFAMA COLEMAN,                    )      OCT 2 6 2007
                                        )
8               DEFENDANT-APPELLANT.    )      ☐  COPY
     _____)

9

10    APPEAL FROM THE SUPERIOR COURT OF LOS ANGELES COUNTY

11    HONORABLE ERIC C. TAYLOR, PRESIDING JUDGE

12    REPORTERS' TRANSCRIPTS ON APPEAL

13    APRIL 17 AND 18, 2006

14

15

16

17    APPEARANCES:

18    FOR THE PLAINTIFF-RESPONDENT:   EDMUND G. BROWN, JR.
                                      STATE ATTORNEY GENERAL
19                                    300 SOUTH SPRING STREET
                                      NORTH TOWER, SUITE 5001
20                                    LOS ANGELES, CA.  90013

21

      FOR THE DEFENDANT-APPELLANT:   IN PROPRIA PERSONA
22

23

24

      VOLUME 4 OF 5 VOLUMES
25
      PAGES 1801 TO 1900-2100        ROBBIN HILL, CSR #6853
26    2101 TO 2176-2400              OFFICIAL REPORTER

27

28

1839

```
 1        MR. WHITE:  THANK YOU, SIR.  I DON'T HAVE ANY OTHER

 2   QUESTIONS.

 3        THE COURT:  ANYTHING FURTHER?

 4

 5                    REDIRECT EXAMINATION

 6   BY MS. WILLIAMS:

 7        Q      BUT BASED ON THE LACK OF FIRE OPINION DRAG

 8   IT'S MORE LIKELY IT WAS LORSON OR RPB?

 9        A      IT'S MORE CONSISTENT WITH LORSON IN MY

10   EXPERIENCE, BUT WITHOUT THE FIREARM, I CAN'T BE A HUNDRED

11   PERCENT SURE.

12        MR. WHITE:  NOTHING FURTHER.

13        THE COURT:  THANK YOU.  YOU MAY STEP DOWN.

14             NEXT WITNESS.

15        MS. WILLIAMS:  ANDRES SANDOVAL.

16        THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.

17

18                    ANDRES SANDOVAL,

19             CALLED AS A WITNESS BY THE PEOPLE, WAS

20   SWORN AND TESTIFIED AS FOLLOWS:

21        THE CLERK:  YOU DO SOLEMNLY STATE THAT THE TESTIMONY YOU

22   SHALL GIVE IN THE MATTER NOW PENDING BEFORE THIS COURT SHALL

23   BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO

24   HELP YOU GOD?

25        THE WITNESS:  YES.

26        THE CLERK:  THANK YOU.  PLEASE BE SEATED ON THE WITNESS

27   STAND.  AND PLEASE STATE AND SPELL YOUR FIRST AND LAST NAME.

28        THE WITNESS:  ANDRES, A-N-D-R-E-S, SANDOVAL
```

1    S-A-N-D-O-V-A-L.

2        THE COURT:  ALL RIGHT.

3        MS. WILLIAMS:  MAY I, YOUR HONOR?

4

5                    DIRECT EXAMINATION

6    BY MS. WILLIAMS:

7        Q     MR. SANDOVAL, DIRECTING YOUR ATTENTION TO THE

8    DAY MAY 10TH, 2003.  AT THAT TIME, DID YOU KNOW AN

9    INDIVIDUAL BY THE NAME OF JOSE ROBLES, WHO WENT BY THE

10   NICKNAME OF CHINO?

11       A     YES.

12       Q     WERE YOU FRIENDS WITH HIM AT THAT TIME?

13       A     YES.

14       Q     WERE YOU PRESENT AT THE TIME THAT HE WAS

15   KILLED ON 101ST STREET?

16       A     YES.

17       Q     WHERE WERE YOU AT THE TIME OF THE SHOOTING?

18       A     IN FRONT OF MY HOUSE.

19       Q     AND AT THE TIME OF THE SHOOTING, WHERE WAS

20   YOUR HOUSE?  WHERE WAS IT IN RELATIONSHIP TO THE SHOOTING?

21       A     TWO HOUSES -- TWO-AND-A-HALF HOUSES DOWN.

22       Q     I'M SORRY?

23       A     TWO-AND-A-HALF HOUSES DOWN?

24       Q     SO ON THE SAME SIDE OF THE STREET?

25       A     NO, ON THE OPPOSITE SIDE.

26       Q     SO, IF I WERE TO SHOW YOU A PHOTOGRAPH HERE

27   AND MARK THIS PEOPLE'S EXHIBIT 5.

28       MS. WILLIAMS:  MAY I APPROACH, YOUR HONOR?

1     THE COURT:  YES.

2  BY MS. WILLIAMS:

3     Q    SHOWING THIS PARTICULAR PHOTOGRAPH HERE, WOULD

4  THIS BE ESSENTIALLY THE VIEW YOU HAD OF THE SHOOTING?

5     A    NO.

6     Q    WHERE WERE YOU IN RELATIONSHIP TO THIS PART OF

7  THE STREET?

8     A    I WAS NOT EVEN CLOSE TO THIS.  NOT EVEN CLOSE

9  ENOUGH TO HERE (INDICATING).

10     Q    OKAY.  YOU SAID YOU WERE HOW MANY HOUSES OVER

11  FROM THE SHOOTING?

12     A    MAYBE TWO HOUSES.

13     Q    AND ACROSS THE STREET?

14     A    ACROSS THE STREET?

15     Q    DO YOU KNOW WHERE ON THIS PHOTOGRAPH THAT

16  YOU -- WHERE THE SHOOTING TOOK PLACE?

17     A    YES.

18     Q    WHERE ON THIS PHOTOGRAPH?

19     A    HERE (INDICATING).

20     MS. WILLIAMS:  OKAY.  MAY THE RECORD REFLECT HE'S

21  POINTED TOWARDS THE FRONT OF A BLUE CAR, A ROYAL BLUE CAR ON

22  THE LEFT-HAND SIDE OF THE PHOTOGRAPH.

23  BY MS. WILLIAMS:

24     Q    IS THAT RIGHT.

25     A    (NO AUDIBLE RESPONSE).

26     THE COURT:  IS THAT "YES"?

27     THE WITNESS:  YES.

28  ///

```
 1   BY MS. WILLIAMS:

 2        Q      SORRY.  YOU HAVE TO ANSWER OUT LOUD.

 3               LOOKING AT THIS PHOTOGRAPH HERE, ASSUMING

 4   IT WENT FURTHER TO THE RIGHT AND FURTHER TO THE LEFT,

 5   WHICH WAY WOULD YOU BE?  RIGHT OR LEFT?

 6        A      LEFT.

 7        Q      OKAY.  THIS PHOTOGRAPH, PEOPLE'S 5 THIS WOULD

 8   BE ON THE CORRECT SIDE OF THE STREET?  IN OTHER WORDS,

 9   LOOKING ACROSS THE STREET TOWARDS WHERE IT'S HAPPENING?

10        A      SAY THAT AGAIN?

11        Q      SORRY.

12               THIS VIEW THE PHOTOGRAPH SHOWS YOU IS FROM

13   ACROSS THE STREET?

14        A      FROM ACROSS THE STREET.

15        Q      WHAT WERE YOU ABLE TO SEE OF THE SHOOTING?

16        A      MY FRIEND BEING SHOT.

17        Q      OKAY.  WHEN YOU SAY, YOUR FRIEND BEING SHOT,

18   THAT'S THE INDIVIDUAL YOU KNEW BY THE NICKNAME CHINO?

19        A      YES, JOSE.

20        Q      WHEN YOU SAW HIM BEING SHOT, DID YOU SEE HOW

21   MANY PEOPLE WERE SHOOTING AT HIM?

22        A      I JUST SEEN ONE.

23        Q      JUST ONE.  THE PERSON THAT YOU SAW, COULD YOU

24   DESCRIBE THAT PERSON?

25        A      NO.

26        Q      COULD YOU SAY WHETHER IT WAS A MAN OR WOMAN?

27        A      NO.

28        Q      AFRICAN AMERICAN?  WHITE?  HISPANIC?
```

```
 1        A      NO.

 2        Q      YOU BASICALLY CAN'T SAY ANYTHING AT ALL --

 3        A      THE DESCRIPTION OF THE PERSON?

 4        Q      WHAT ABOUT THE DESCRIPTION OF THE PERSON'S

 5   CLOTHING?

 6        A      YES.

 7        Q      WHAT WAS THE CLOTHING?

 8        A      ALL BLACK.

 9        Q      WHAT WAS THAT?

10        A      ALL BLACK.

11        Q      ALL BLACK CLOTHES?

12        A      UH-HUH.

13        Q      WHAT ABOUT THE BUILD OF THE PERSON, COULD YOU

14   TELL WHETHER THEY WERE TALL, SHORT, FAT, HEAVY, SKINNY?

15        A      MUSCULAR.

16        Q      WHAT ABOUT HEIGHT?

17        A      HEIGHT.  ABOUT THE SAME HEIGHT AS MINE,

18   FIVE-ELEVEN.

19        Q      DO YOU REMEMBER TELLING THE DEPUTY, THE PERSON

20   WAS FIVE-SIX TO FIVE-EIGHT, WITH A HEAVY BUILD?

21        A      HEAVY BUILD, BUT FIVE-SIX, I DON'T REMEMBER

22   THAT.

23        Q      SO YOU BELIEVE THE PERSON WAS TALLER, MORE

24   LIKE FIVE-ELEVEN?

25        A      (NO AUDIBLE RESPONSE).

26        Q      IS THAT A "YES"?

27        A      YES.

28        Q      NOW, THE PLACE WHERE THIS OCCURRED, THE
```

1    SHOOTING OCCURRED, WERE THERE ANY LIGHTS THERE?  ANY

2    OVERHEAD STREET LIGHTS?

3         A      THERE WAS.

4         Q      OKAY.  AND IF ONE WERE CLOSER TO THE SHOOTING,

5    WITH THE OVERHEAD STREET LIGHTS, WOULD THAT HAVE HELPED AN

6    INDIVIDUAL CLOSER TO SEE THE SHOOTER?

7         A      YES.

8         Q      WHERE WAS THE OVERHEAD LIGHT IN RELATION TO

9    THE ACTUAL SHOOTING?

10        A      I BELIEVE IT'S IN FRONT OF MY HOUSE.

11        Q      AND DO YOU REMEMBER TELLING THE DEPUTY THAT

12   THE SHOOTING OCCURRED UNDERNEATH THE STREET LIGHT AND THE

13   AREA WAS WELL LIT?

14        A      NO.

15        Q      DID YOU SAY THAT?

16        A      I DON'T REMEMBER SAYING IT.

17        Q      DO YOU REMEMBER THAT THE AREA WAS WELL LIT.

18   JUST SITTING HERE NOW, THINKING BACK, DO YOU REMEMBER THAT

19   THE AREA WAS WELL LIT?

20        A      THERE WAS LIGHTS OUT.  SO, I DON'T REMEMBER IT

21   BEING WELL LIT.

22        Q      NOW, AT THE TIME OF THE SHOOTING, IN ADDITION

23   TO SEEING THIS INDIVIDUAL YOU DESCRIBED AS WEARING ALL BLACK

24   SHOOTING AT YOUR FRIEND, DID YOU SEE ANY OTHER INDIVIDUALS

25   OR CARS IN THE AREA IN RELATIONSHIP TO THE SHOOTING?

26        A      NO.

27        Q      AFTER -- AT SOME POINT IN TIME, DID THE

28   SHOOTING STOP?

1   A       NO.

2   Q       HOW MANY SHOTS DID YOU HEAR?

3   A       ABOUT TEN, SOMETHING LIKE THAT.

4   Q       AFTER THOSE TEN SHOTS, WHAT HAPPENED?

5   A       MYSELF -- ALBERT AND MYSELF JUMPED IN THE CAR

6   AND FOLLOWED THE VEHICLE.

7   Q       WHEN YOU SAY, YOU FOLLOWED A VEHICLE, WHY DID

8   YOU FOLLOW THAT PARTICULAR VEHICLE?

9   A       AT FIRST, I THOUGHT IT WAS MY BROTHER BEING

10  SHOT.  SO I WANTED TO -- YOU KNOW, FIND OUT WHO THESE PEOPLE

11  WERE.

12  Q       WHEN YOU SAY YOU WANTED TO FIND OUT WHO THESE

13  PEOPLE WERE, SO FAR, YOU HEARD THAT -- YOU SAW A SHOOTER,

14  YOU HEARD TEN SHOTS, AT END OF THOSE TEN SHOTS, DID YOU SEE

15  WHERE THE SHOOTER WENT?

16  A       TO WHERE THE SHOOTER WENT?

17  Q       YES.

18  A       AFTER HE SHOT MY FRIEND?

19  Q       YES.

20  A       HE JUMPED RIGHT BACK INTO THE VAN.

21  Q       WHEN YOU SAY, "RIGHT BACK INTO THE VAN," WHERE

22  WAS THE VAN IN RELATION TO THE PERSON SHOOTING AT THE TIME

23  OF THE SHOOTING?

24  A       RIGHT IN FRONT OF IT.

25  Q       AT THE TIME OF THE SHOOTING, COULD YOU

26  DESCRIBE WHAT TYPE OF VAN YOU SAW THE SHOOTER GET INTO?

27  A       A DODGE CARAVAN, WHITE.  DRIVER'S DOOR SORT OF

28  LIKE, MID-REPLACED, BUT A DIFFERENT DOOR.

1        Q        SO THE DRIVER'S SIDE DOOR LOOKED DIFFERENT

2  THAN THE REST OF THE VAN?

3        A        YES.

4        Q        WHAT WAS DIFFERENT ABOUT THE DRIVER'S SIDE

5  DOOR THAN THE REST OF THE VAN?

6        A        ALL WHITE.

7        Q        WHAT ABOUT THE REST OF THE VAN?

8        A        SORT OF WOOD GRAIN AROUND IT.

9        Q        NOW, COULD YOU SEE THE WEAPON IN THE SHOOTER'S

10  HAND?

11        A        IT LOOKED LIKE A GUN, YEAH.

12        Q        COULD YOU TELL WHAT COLOR IT WAS?

13        A        NO.

14        Q        NOW, YOU'VE INDICATED THAT YOU AND ALBERT GOT

15  INTO A CAR AND FOLLOWED THE VAN.  WHAT KIND OF CAR DID YOU

16  GET INTO?

17        A        CAMERO.

18        Q        AND WHO'S ALBERT?  WHAT'S HIS LAST NAME?

19        A        SEGUNDO.

20        Q        HOW LONG DID YOU FOLLOW THE VAN FOR?

21        A        I DON'T REMEMBER.

22        Q        AT SOME POINT IN TIME, DID YOU STOP FOLLOWING

23  THE VAN?

24        A        YES.

25        Q        WHY?

26        A        TO WHERE THE VAN CAME TO A HALT AND I PULLED

27  OVER A LITTLE BIT, SOMEONE JUMPED OUT OF THE PASSENGER'S SIDE

28  WITH THE GUN, AND STARTED POINTING IT AT US.  THAT'S WHEN I

1  TURNED AROUND.

2      Q      THE PERSON WHO JUMPED OUT OF THE PASSENGER'S

3  SIDE AND POINTED THE GUN AT YOU, WAS THAT THE SAME PERSON

4  YOU SAW DOING THE SHOOTING EARLIER?

5      A      YES, IT WAS.

6      Q      AND THAT PERSON, WAS THAT PERSON STILL WEARING

7  ALL BLACK?

8      A      YES.

9      Q      COULD YOU TELL THE RACE OF THAT PERSON?

10     A      NO.

11     Q      COULD YOU TELL WHETHER THAT PERSON HAD LONG

12  HAIR OR SHORT HAIR?

13     A      NO.

14     Q      WAS THE PERSON WEARING ANYTHING ON HIS HEAD?

15     A      I COULD NOT SEE IT.

16     Q      AND WERE YOU EVER ABLE TO GET A LICENSE PLATE

17  NUMBER ON --

18     A      NO.

19     Q      NOW, WERE YOU ACTUALLY WITH ALBERT AT THE TIME

20  OF THE SHOOTING OR DOWN THE STREET FROM HIM?

21     A      I WAS WITH ALBERT.

22     Q      ONCE THE INDIVIDUAL GOT OUT OF THE VAN AND

23  POINTED THE GUN AT YOU, WHAT DID YOU DO?

24     A      I TURNED AROUND GOING BACK TO THE SCENE.

25     Q      NOW, DID YOU RECOGNIZE THE PASSENGER IN THE

26  VAN?  HAD YOU EVER SEEN HIM BEFORE?

27     A      I'VE NEVER SEEN HIM.

28     Q      AND WHAT ABOUT WAS THERE ANYBODY ELSE IN THE

1    VAN BESIDES THE PASSENGER?

2        A        NO.  I DIDN'T SEE ANYONE ELSE.

3        Q        WHEN THE PERSON EXITED THE PASSENGER'S DOOR,

4    THOUGH, COULD YOU SEE THERE WAS STILL SOMEBODY IN THE

5    DRIVER'S SEAT?

6        A        NO.

7        Q        SO, IT'S FAIR TO SAY THAT AT THE TIME THAT THE

8    INCIDENT OCCURRED, YOU WERE ESSENTIALLY ACROSS THE STREET

9    AND JUST TWO HOUSES AWAY FROM THE SHOOTING?

10       A        YES.

11       Q        AND AT THE TIME OF THE SHOOTING, COULD YOU

12   TELL -- YOU COULDN'T TELL THAT IT WAS YOUR FRIEND JOSE THAT

13   WAS BEING SHOT?

14       A        I COULDN'T TELL.

15       Q        NOW, ARE YOU A MEMBER OF A TAGGING CREW --

16       A        NO, I'M NOT.

17       Q        WERE YOU A MEMBER OF A TAGGING CREW?

18       A        NO.

19       Q        YOU WERE NEVER A MEMBER OF "NO CONTROL"?

20       A        THEY PUT ME DOWN AS A MEMBER.  TWO OF MY

21   BROTHERS WERE, BUT I WASN'T LIVING IN THAT HOUSE.

22       Q        SO YOUR BROTHERS WERE MEMBERS?

23       A        (NO AUDIBLE RESPONSE).

24       Q        IS THAT A "YES"?

25       A        YES.

26       Q        AND THE VICTIM "JOSE ROBLES," WAS HE A MEMBER?

27       A        YES.

28       Q        AND YOU HUNG OUT WITH THOSE GUYS, BUT YOU WERE

1    NEVER A MEMBER?

2         A       I WAS NEVER A MEMBER.

3         Q       SO MR. SANDOVAL, DID YOU WANT TO BE HERE

4    TODAY?

5         A       NO.

6         Q       DID YOU WANT TO TESTIFY?

7         A       NO.

8         Q       WHY NOT?

9         A       SAME REASON THAT THE LAST DETECTIVE, THE

10   PROBLEM I HAD WITH HIM.

11        Q       AND ARE YOU CONCERNED FOR YOUR SAFETY IN THIS

12   CASE?

13        A       A LITTLE BIT.  NOT FOR MY SAFETY, MY FAMILY'S

14   SAFETY.

15        Q       OKAY.  AND IS IT FAIR TO SAY THAT YOU WANTED

16   TO BE PROVIDED WITH SOMEONE TO BRING YOU UP TO COURT AND

17   BRING YOU BACK DOWN TO YOUR CAR?

18        A       YES.

19        Q       AND THAT'S BECAUSE YOU'RE CONCERNED FOR YOUR

20   SAFETY?

21        A       YES.

22        Q       NOW, DO YOU REMEMBER BEING SHOWN SOME

23   PHOTOGRAPHIC SIX PACKS IN THIS CASE?  IN OTHER WORDS,

24   PHOTOGRAPHS OF VARIOUS INDIVIDUALS?

25        A       YES.

26        Q       AND WERE YOU ABLE TO IDENTIFY ANYBODY FROM

27   THOSE PHOTOGRAPHIC SIX PACKS?

28        A       YES.

1   Q    OKAY.  WHEN YOU SAW THE PEOPLE IN THE SIX PACK

2   THAT YOU WERE ABLE TO IDENTIFY, COULD YOU SAY WHETHER OR NOT

3   ANY OF THOSE PEOPLE WERE INVOLVED IN THIS CASE?

4   A    CANNOT.

5   Q    OKAY.  SO WITH REGARDS TO THE SIX PACKS THAT

6   YOU WERE SHOWN, YOU DON'T KNOW WHETHER THOSE PEOPLE WERE IN

7   THE VAN OR HAD ANYTHING TO DO WITH THE SHOOTING?

8   A    I DO NOT.

9   Q    OKAY.  WERE YOU SPECIFICALLY SHOWN A

10  PHOTOGRAPH OF AN INDIVIDUAL BY THE NAME OF JOFAMA COLEMAN?

11  A    YES.

12  Q    AND WITH REGARDS TO THAT PARTICULAR

13  PHOTOGRAPH, IS THAT ONE OF THE PEOPLE THAT YOU INDICATED

14  THAT YOU KNEW, BUT THAT YOU DIDN'T KNOW WHETHER HE WAS

15  INVOLVED OR NOT IN THE SHOOTING?

16  A    YES.

17  Q    OKAY.  AND IS THAT ALSO TRUE AN INDIVIDUAL BY

18  THE NAME OF RASHON (PHONETIC) AND PEEWEE?

19  A    RATON.

20  Q    I'M SORRY.  RATON.  MAYBE MY PRONUNCIATION IS

21  OFF.

22  A    YES.

23  MS. WILLIAMS:  OKAY.  AND IF I COULD AT THIS TIME, MARK

24  AS PEOPLE'S EXHIBIT 38 FOR IDENTIFICATION.

25  THE COURT:  YES.

26  MS. WILLIAMS:  A FIVE-PAGE DOCUMENT WHICH CONSIST OF A

27  VICTIM WITNESS ADMONITION AND FOUR GROUPS OF SIX

28  PHOTOGRAPHS.  MAY IT BE SO MARKED?

1    THE COURT:  YES.

2    MS. WILLIAMS:  THANK YOU.

3

4        (PEOPLE'S EXHIBIT NO. 38 WAS MARKED FOR

5            IDENTIFICATION; SIX-PACK.)

6

7    BY MS. WILLIAMS:

8        Q      APPROACHING WITH PEOPLE 38 FOR IDENTIFICATION,

9    SHOWING YOU THIS PARTICULAR ITEM, DO YOU SEE ON THE FRONT

10   PAGE THAT THERE IS SOME INSTRUCTIONS ABOUT LOOKING AT THE

11   PHOTOGRAPHS?

12       A      YES.

13       Q      OKAY.  AND WHO SHOWED THESE TO YOU?  IS THAT

14   DETECTIVE VALENTO (PHONETIC).

15       A      YES.

16       Q      DID DETECTIVE VALENTO READ TO YOU THIS

17   PARAGRAPH (INDICATING)?

18       A      NO.

19       Q      DID YOU READ IT TO YOURSELF?

20       A      YES.

21       Q      WHEN YOU READ THIS, DID YOU FOLLOW THE

22   INSTRUCTIONS IN THE PARAGRAPH?

23       A      NO.  YOU KNOW WHAT, I DON'T REMEMBER.  I DON'T

24   REMEMBER ANYTHING ON THAT.

25       Q      OKAY.  DO YOU REMEMBER READING IT, BUT YOU

26   DON'T REMEMBER WHAT IT SAID?

27       A      I REMEMBER READING SOMETHING, I DON'T REMEMBER

28   WHAT IT SAID.

1    Q    AND IS THIS YOUR SIGNATURE THERE?

2    A    YES.

3    Q    IF THE DETECTIVE TOLD YOU TO READ THIS AND

4  FOLLOW THE INSTRUCTIONS, THEN, WOULD YOU EXPECT THAT YOU

5  WOULD HAVE DONE THAT?

6    A    YES:

7    Q    OKAY.  NOW, SHOWING YOU THESE PHOTOGRAPH ON

8  THE FIRST PAGE, YOU DIDN'T CIRCLE ANYBODY ON THAT; IS THAT

9  RIGHT?

10    A    NO.

11    Q    AND ON PAGE 2, YOU CIRCLED ONE INDIVIDUAL?

12    A    YES.

13    Q    AND WHO IS THAT?

14    A    RATON.

15    Q    AND THAT'S R-A-T-O-N?

16    A    UH-HUH.

17    Q    AND YOU RECOGNIZED HIM, BUT YOU DIDN'T -- YOU

18  DON'T KNOW WHETHER OR NOT HE HAD ANYTHING TO DO WITH THE

19  SHOOTING?

20    A    NO, I DO NOT.

21    Q    AND IS THAT FAIR TO SAY ABOUT THE FIRST PAGE I

22  SHOWED YOU PREVIOUSLY WHERE YOU DIDN'T CIRCLE ANYBODY, YOU

23  DON'T KNOW WHETHER ANY OF THESE PEOPLE HAD ANYTHING TO DO

24  WITH IT?

25    A    I DID NOT.

26    Q    YOU DIDN'T GET A CLEAR LOOK AT ANYBODY?

27    MR. WHITE:  OBJECTION.  LEADING.

28    THE COURT:  SUSTAINED.

BY MS. WILLIAMS:

1

2      Q      DID YOU GET A CLEAR LOOK AT ANYBODY?

3      A      NO.

4      Q      AND GOING TO THE FORTH PAGE OF THIS

5  PHOTOGRAPHIC SIX PACK, IT'S LABELED 3-C AT THE TOP.  THERE'S

6  AN INDIVIDUAL IN THE NUMBER 3 POSITION AT THE TOP.  DO YOU

7  SEE THAT?

8      A      YES.

9      Q      WHO IS THAT?

10     A      PEEWEE.

11     Q      DO YOU KNOW WHETHER OR NOT HE HAD ANYTHING TO

12  DO WITH THE SHOOTING?

13     A      NO.

14     Q      YOU HAVE TO LET ME FINISH ASKING MY QUESTION

15  AND GO THROUGH THE FIVE-PAGES MARKED THROUGH D AT THE TOP,

16  PEOPLE NUMBER --

17     A      YES.

18     Q      WHO IS THAT PERSON?

19     A      JOFAMA.

20     Q      IS THAT THE SAME PERSON -- DO YOU SEE HIM

21  SITTING HERE IN COURT TODAY?

22     A      YES.

23     Q      CAN YOU PLEASE POINT TO HIM IN COURT TODAY AND

24  TELL US WHERE HE'S SITTING?

25     A      BROWN SHIRT (INDICATING).

26     THE COURT:  INDICATING THE DEFENDANT.

27  BY MS. WILLIAMS:

28     Q      AND DO YOU KNOW WHETHER OR NOT THIS PERSON

1    THAT YOU CIRCLED HERE, THE DEFENDANT, WHETHER OR NOT HE WAS

2    INVOLVED IN THE SHOOTING?

3          A       NO.

4       MS. WILLIAMS:  I HAVE NOTHING FURTHER AT THIS TIME.

5       THE COURT:  DEFENSE.

6       MR. WHITE:  THANK YOU.

7

8                      CROSS-EXAMINATION

9    BY MR. WHITE:

10         Q       GOOD AFTERNOON, MR. SANDAVAL?

11         A       GOOD AFTERNOON.

12         Q       MR. SANDAVOL, ON THE NIGHT YOUR FRIEND WAS

13   SHOT AND KILLED IN 2003, YOU WERE ACROSS THE STREET FROM

14   WHERE IT OCCURRED, RIGHT IN FRONT OF YOUR HOUSE?

15         A       IT DIDN'T OCCUR IN FRONT OF MY HOUSE.

16         Q       I'M SAYING YOU WERE THERE?

17         A       YES, I WAS.

18         Q       ACROSS THE STREET --

19         A       ACROSS.

20         Q       -- FROM WHERE IT TOOK PLACE?

21         A       YES.

22         Q       AND IT TOOK PLACE A COUPLE DOORS DOWN, ABOUT

23   TWO-AND-A-HALF HOUSES DOWN FROM WHERE YOU STOOD; IS THAT

24   RIGHT?

25         A       YES.

26         Q       YOU HEARD GUNSHOTS AND YOU SAW SOMEBODY

27   SHOOTING ACROSS THE STREET AND FIRST YOU THOUGHT IT WAS YOUR

28   LITTLE BROTHER?

1  A  YES.

2  Q  THAT WAS BEING SHOT, IS THAT RIGHT?

3  A  YES.

4  Q  THAT'S ONE OF THE REASONS WHY YOU JUMPED IN

5 YOUR CAR ALONG WITH MR. SEGUNDO AND CHASED AFTER THE VAN; IS

6 THAT RIGHT?

7  A  YES.

8  Q  NOW, AFTER YOU DID THE CHASE OF THE VAN AND

9 YOU CAME BACK TO THE LOCATION, YOU HAD THE OPPORTUNITY TO

10 TALK WITH THE POLICE ABOUT WHAT YOU SAW; IS THAT RIGHT?

11  A  YES.

12  Q  YOU TOLD THE POLICE THAT YOU HAD BEEN STANDING

13 ON THE STREET WHEN SOMEBODY GOT OUT OF A VAN AND STARTED

14 SHOOTING AT SOMEONE ON THE SIDEWALK, RIGHT?

15  A  YES.

16  Q  IT WAS KIND OF DARK SO YOU COULDN'T SEE WHO

17 WAS DOING THE SHOOTING AND YOU ALSO -- IT WAS TOO DARK TO

18 SEE WHO WAS INSIDE THE VAN; IS THAT RIGHT?

19  A  YES.

20  Q  NOW, IF YOU HAD SEEN WHO THE SHOOTER WAS, YOU

21 WOULD TELL US THAT; CORRECT?

22  A  CORRECT.

23  Q  NOW, WHATEVER FEAR YOU MIGHT HAVE OR WHATEVER,

24 WOULD NOT CAUSE YOU TO GET UP ON THE WITNESS STAND AND TELL

25 A LIE; CORRECT?

26  A  SAY THAT AGAIN?

27  Q  YOU WOULDN'T COME AND LIE ABOUT HAVING NOT

28 SEEN THE SHOOTER IF YOU HAD, RIGHT?

1      A      IF I HAD?

2      Q      YES.

3      A      NO.

4      Q      SO AS YOU SIT HERE TODAY AND TELL US YOU NEVER

5   SAW WHO THAT SHOOTER WAS, YOU'RE TELLING US THE TRUTH;

6   RIGHT?

7      A      THE TRUTH.

8      Q      NOW, WHEN YOU SAW THE VAN TAKE OFF, YOU HAD

9   DESCRIBED IT AS HAVING WOOD PANELING AROUND IT, BUT THERE

10  WAS A WHITE DOOR THAT WAS DIFFERENT THAN THE REST OF THE

11  VEHICLE; IS THAT RIGHT?

12     A      CORRECT.

13     Q      KIND OF LOOKED LIKE IT HAD BEEN REPLACED?

14     A      REPLACED.

15     Q      NOW, DID YOU GET THE OPPORTUNITY TO SEE THAT

16  DOOR WHILE YOU WERE DOING THE CHASE?

17     A      YES.

18     Q      BECAUSE WHEN YOU WERE ON THE STREET, THAT DOOR

19  WOULD HAVE BEEN ON THE OPPOSITE SIDE OF YOU; RIGHT?

20     A      YES.

21     Q      AS YOU STARTED THE CHASE ON 101ST STREET AND

22  YOU WERE CHASING THE VAN LEAVING FROM THE LOCATION, DO YOU

23  RECALL -- COULD YOU SEE ANYBODY ELSE OUT ON THE STREET,

24  OTHER THAN THE PERSON WHO HAD FALLEN TO THE GROUND?

25     A      PEOPLE DOWN THE STREET.

26     Q      OKAY.  AND WHEN YOU SAW DOWN THE STREET, DO

27  YOU --

28     A      HALFWAY DOWN THE BLOCK.

1    Q    OKAY.  AT ANY PARTICULAR HOUSE OR JUST ON THE

2    STREET, DO YOU REMEMBER?

3    A    THEY WERE OUT ON THE STREET, HANGING OUT IN THE

4    CAR.

5    Q    DO YOU REMEMBER ANY OTHER VEHICLES ON THE

6    STREET WITH THEIR LIGHTS ON WHEN YOU CAME DOWN THE STREET?

7    A    NO.

8    Q    WOULD YOU HAVE SEEN THAT AS YOU DROVE UP THE

9    STREET IF IT WAS HAPPENING?

10    A    I COULD HAVE, MAYBE.

11    Q    BUT AS YOU SIT HERE TODAY, YOU DON'T REMEMBER

12    SEEING THAT; RIGHT?

13    A    NO.

14    Q    ALL RIGHT.  SO AFTER YOU MADE THIS CHASE, WHAT

15    TOOK -- WHAT WAY DID THE CAR TURN ON VERMONT?

16    A    WEST -- NO, I MEAN SOUTH.

17    Q    SO IT MADE A RIGHT TURN?

18    A    MADE A RIGHT TURN, SOUTH.

19    Q    BECAUSE YOU WERE TRAVELING EAST --

20    A    EAST.

21    Q    -- OF 101ST?

22    A    YES.

23    Q    I'M GOING TO ASK THAT YOU WAIT FOR A SECOND

24    WHEN I'M FINISHED BECAUSE THAT LADY RIGHT THERE WRITES DOWN

25    ANSWERS.  AND WHEN WE TALK AT THE SAME TIME, IT MAKES IT

26    REAL HARD.

27    A    OKAY.

28    Q    SO AFTER HE MADE A RIGHT, THE VAN MADE A RIGHT

```
 1    AND YOU CONTINUED TO FOLLOW IT, DID YOU EVER GET CLOSE

 2    ENOUGH TO SEE THE LICENSE PLATE?

 3         A     CLOSE ENOUGH, YES.

 4         Q     COULD YOU REMEMBER ANY PART OF THE LICENSE

 5    PLATE NUMBER?

 6         A     NO.

 7         Q     WHEN THE CAR MADE THAT RIGHT ON VERMONT, DID

 8    IT CONTINUE UP VERMONT OR DID IT MAKE ANY TURNS?

 9         A     IT CONTINUED UP VERMONT.

10         Q     ALL RIGHT.  WHERE DID YOU FOLLOW IT TO?

11         A     TO 130RD AND HOOVER.

12         Q     SO AS YOU GOT TO 103RD AND HOOVER, IT WOULD

13    HAVE BEEN EAST OF VERMONT?

14         A     IT MADE A LEFT TURN ON 104TH.

15         Q     SO IT GOES UP TO 104TH ABOUT THREE OR FOUR

16    BLOCKS, TWO TO THREE BLOCKS?

17         A     THREE BLOCKS.

18         Q     MAKES A LEFT.  YOU FOLLOW IT, IT MAKES THAT

19    LEFT; IS THAT RIGHT?

20         A     CORRECT.

21         Q     YOU REMEMBER HOW FAR UP 104TH STREET YOU WENT?

22         A     HOW FAR?

23         Q     YES.

24         A     TO THE END.  FROM VERMONT TO BEARINGCROSS.

25         Q     BEARINGCROSS.  HOW MANY BLOCKS IS BEARINGCROSS

26    FROM VERMONT?

27         A     ONE BLOCK.  IT'S ONE FULL BLOCK AND THEN

28    BEARING.
```

1     Q     WHEN YOU GET TO BEARING CROSS, IS THAT WHEN
2  THAT VEHICLE MADE THAT STOP OR DID IT MAKE ANOTHER TURN?

3     A     MADE A LEFT-HAND TURN.

4     Q     LEFT ON BEARINGCROSS.  WHERE DID IT GO TO NOW?

5     A     RIGHT ON 103RD.

6     Q     GO ONE BLOCK, HOOKS A RIGHT?

7     A     (NO AUDIBLE RESPONSE).

8     Q     SO, NOW GOING EAST ON 103RD STREET, GOING
9  STILL TOWARDS HOOVER; IS THAT RIGHT?

10     A     CORRECT.

11     Q     IS THIS WHEN IT MAKES THE STOP WHEN IT GETS TO
12  HOOVER?

13     A     STOPS ON HOOVER.

14     Q     AND THEN AT THAT POINT, SOMEBODY JUMPS OUT THE
15  VEHICLE AND STARTS TO LOOK LIKE THEY HAVE A GUN IN THEIR
16  HAND?

17     A     IT LOOKED LIKE A GUN.  IT WAS FOUR -- LIKE,
18  MAYBE FIVE, SIX CARS AWAY.  I WAS FIVE, SIX CARS AWAY FROM
19  THE VAN.

20     Q     NOW, DO YOU RECALL -- I KNOW YOU SAID THAT THE
21  SHOOTER, THAT PERSON, WAS DRESSED THE SAME WAY AS THEY WERE
22  ON 101ST STREET; RIGHT?

23     A     YES.

24     Q     AND THAT WAS WEARING ALL BLACK?

25     A     YES.

26     Q     DID YOU EVER RECALL THE PERSON WEARING A WHITE
27  SWEAT SHIRT WITH A HOODING?

28     A     NO.

1    Q    NEVER HAD ANYTHING, LIKE, WHAT THE INSIGNIA

2    "ECHO" ON IT THAT YOU COULD SEE?

3    A    NO.

4    Q    DID THE PERSON EVER LOOK LIKE THEY WERE

5    WEARING SHORT PANTS WITH WHITE SOCKS PULLED UP HIGH?

6    A    NO.

7    Q    OKAY.  BECAUSE THE PERSON WAS WEARING ALL

8    BLACK THAT YOU COULD RECALL?

9    A    YES.

10    Q    IF THE PERSON HAD BEEN WEARING SHORT PANTS

11    WITH WHITE SOCKS AND A WHITE HOODING, WOULD YOU HAVE BEEN

12    ABLE TO SEE THAT?

13    A    YES.

14    Q    WHEN THE PERSON GOT OUT OF THE VAN -- LET ME

15    ASK YOU A DIFFERENT QUESTION.  WHEN YOU'RE FOLLOWING THE

16    VAN, YOU DESCRIBED IT AS A WHITE DODGE CARAVAN; RIGHT?

17    A    CORRECT.

18    Q    I KNOW YOU'RE LOOKING AT THE REAR OF IT, THE

19    BACK OF IT.  DOES IT HAVE WINDOWS?

20    A    YES, IT DOES.

21    Q    AS YOU'RE -- ARE YOU ABLE TO SEE INSIDE ENOUGH

22    TO SEE IF THERE ARE ADDITIONAL PEOPLE OR IS IT JUST DARK ON

23    THE INSIDE?

24    A    I COULD NOT SEE INSIDE.

25    Q    WHEN THE PERSON GOT OUT OF THE VEHICLE WITH

26    THE GUN, DID THE VEHICLE LIGHT UP LIKE WHEN YOU OPEN A CAR

27    DOOR AND SOMETIMES A LIGHT COMES ON?  DID THAT HAPPEN WITH

28    THAT VAN?

1    A    I CAN'T REMEMBER THAT.

2    Q    AND CERTAINLY YOU DON'T REMEMBER SEEING ANYONE

3  ELSE INSIDE OF THE VAN; IS THAT RIGHT?

4    A    THAT'S RIGHT.

5    Q    DID YOU EVER GET AN OPPORTUNITY TO SEE THE

6  DRIVER OF THE VAN AT ALL?

7    A    NO.

8    Q    DID YOUR VEHICLE, YOUR CAR, EVER GET INTO A

9  POSITION WHERE YOU COULD SEE THE FACE OF THE DRIVER?

10    A    NO.

11    Q    DO YOU KNOW OR HAVE YOU EVER HEARD OF ANYONE

12  CALLED DRIPS?

13    A    SOUNDS FAMILIAR, BUT --

14    Q    BUT YOU DON'T REMEMBER SEEING ANYBODY THAT YOU

15  CAN RECALL AT LEAST BEING NAMED DRIPS THAT NIGHT?

16    A    NO.

17    Q    AS YOU AND MR. SEGUNDO WERE IN THAT CAR

18  DRIVING, CHASING THAT VEHICLE, DO YOU EVER RECALL

19  MR. SEGUNDO YELLING OUT THE NAME OF WHO HE THOUGHT THE

20  PEOPLE WERE IN THE VAN TO YOU?

21    A    CAN'T REMEMBER.

22    Q    THE IDENTIFICATIONS THAT YOU MADE, THESE KINDS

23  OF PHOTOGRAPHS, I KNOW IT LOOKS LIKE THAT YOU'RE -- I DON'T

24  KNOW IF IT'S UPSET OR UNHAPPY ABOUT IT.  I SEE YOU SHAKING

25  YOUR HEAD.  BUT I'M GOING TO ASK YOU A COUPLE QUESTIONS JUST

26  LIKE MS. WILLIAMS DID ABOUT THESE PHOTOGRAPHS.  I KNOW

27  YOU'VE CIRCLED THREE DIFFERENT PARAGRAPHS -- THREE DIFFERENT

28  PHOTOGRAPHS.  I'M SORRY.  AND YOU'VE CIRCLE THEM AND I SAW

1   THERE WAS SOME WRITING, A STATEMENT THAT WAS ON THE PAGE

2   WHERE YOUR SIGNATURE IS.  AND IT SAID THAT WHEN YOU

3   IDENTIFIED EACH ONE OF THESE PEOPLE, YOU -- THERE WAS A

4   STATEMENT SAYING NEXT TO EACH ONE, "UNKNOWN," IF INVOLVED IN

5   MURDER.  YOU RECALL THAT -- MAKING THAT STATEMENT ABOUT EACH

6   PERSON?

7          A       UNKNOWN.

8          Q       THAT IT WAS UNKNOWN BY YOU THAT THEY WERE

9   INVOLVED IN THE MURDER?

10         A       ANYONE COULD HAVE BEEN INVOLVED, BUT I DON'T

11  KNOW.

12         Q       SO YOU WANTED TO MAKE IT CLEAR THAT EVEN

13  THOUGH YOU WERE CIRCLING THOSE PICTURES, YOU WEREN'T

14  IDENTIFYING THOSE PEOPLE?

15         A       NO, I WASN'T.

16         Q       THE POLICE ASKED YOU, LOOK AT THESE PICTURES,

17  AND IF YOU SEE ANYBODY YOU KNOW OR YOU RECOGNIZE, CAN YOU

18  CIRCLE THAT PICTURE?

19         A       HE ASKED ME DO I RECOGNIZE ANY PEOPLE ON THOSE

20  PICTURES.  THAT'S ALL HE ASKED ME AND IF YOU DO, CIRCLE THEM.

21  AND THAT'S THE ONE I CIRCLED.

22         Q       AND WHEN YOU CIRCLED THEM, IT WAS NOT FOR THE

23  PURPOSE OF CONNECTING THEM WITH THE MURDER; RIGHT?

24         A       NO.

25         Q       NOW, WITH THE PERSON NAMED RATON, IT SAYS ON

26  HERE THAT YOU IDENTIFIED RATON BEING FROM E.K.; THAT EAGLE

27  KLAN?  DO YOU RECALL THAT?

28         A       YES.

1    Q    AND SO RATON WAS FROM EAGLE KLAN.  AND PEEWEE

2    SAID IDENTIFY PEEWEE AS BEING FROM M.K.A., THAT'S MEXICANS

3    KICK ASS; IS THAT RIGHT?

4    A    I'M NOT SURE IF IT STANDS FOR THAT, BUT I KNOW

5    IT'S A GANG.

6    Q    OKAY.  M.K.A.?

7    A    OKAY.

8    Q    THEY CALL IT DIFFERENT WORDS THEY HAVE WITH

9    IT, RIGHT.

10    A    CORRECT.

11    Q    SO PEEWEE WAS FROM M.K.A.  AND WHEN YOU SAID

12    JOFAMA, THERE ISN'T ANY KIND OF TAGGING CREW OR GANG NEXT TO

13    THAT WITH JOFAMA'S NAME, DID YOU KNOW HIM TO BE WITH ANY

14    KIND OF TAGGING GROUP OR ANYTHING LIKE THAT?

15    A    P.K. AND M.K.

16    Q    IT WASN'T, M.G.A.?  HAVE YOU EVER HEARD OF

17    M.G.A.?

18    A    YES.  I'M NOT SURE IF HE WAS M.G.A. OR P.K. OR

19    M.K.

20    Q    YOU'RE NOT SURE AS YOU SIT HERE TODAY?

21    A    I'M NOT SURE.

22    Q    AND YOU DIDN'T PUT IT DOWN, IS THAT ALSO

23    BECAUSE YOU WEREN'T SURE, IF HE WAS WITH --

24    A    ME PUTTING DOWN.  HE BEING FROM M.G.A.?

25    Q    ALL RIGHT.  THANK YOU, SIR.

26    THE COURT:  REDIRECT?

27    ///

28    ///