SEAN K. KENNEDY(1456632)
Federal Public Defender
JESSE GESSIN(263889)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone (714) 338-4500
Facsimile (714) 338-4520
E-mail: jesse_gessin@fd.org

Attorneys for Petitioner
JOFAMA COLEMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOFAMA COLEMAN, | CASE NO: CV 10-2343-VBF (RNB) |
| Petitioner, | |
| v. | PETITIONER'S WITNESS LIST |
| RALPH M. DIAZ, Acting Warden, | Evidentiary Hearing: |
| Respondent. | December 6, 2013 |
| | Honorable Robert N. Block |

Petitioner, Jofama Coleman, hereby submits the attached list of witnesses he expects to call at the evidentiary hearing.  Pursuant to Local Rule 79-5.4, Petitioner does not include the home addresses of these witnesses in this public filing and will serve this information separately to Respondent.

                                        Respectfully submitted,

                                        SEAN K. KENNEDY
                                        Federal Public Defender

DATED:  September 13, 2013      By *Jesse Gessin*
                                        Jesse Gessin
                                        Deputy Federal Public Defender

# PETITIONER'S WITNESS LIST

*Jofama Coleman v. Ralph M. Diaz, Warden,* 10-2343-VBF (RNB)

| | |
|---|---|
| 1. GEORGE RIES | George Ries is an expert in media formats. Mr. Ries was retained to analyze the Blockbuster videotape. He will testify that Mr. Coleman entered the Blockbuster earlier than presented at Mr. Coleman's trial. |
| 2. JESSE ROBLES | Jesse Robles is the victim's brother and one of the witnesses at Mr. Coleman's state trial. He will testify that he is unsure of his initial identification of Mr. Coleman. |
| 3. PATRICIA SERMONS | Patricia Sermons is Mr. Coleman's mother. She will testify that Mr. Coleman, among others, came to her house after the shooting and before Blockbuster. |
| 4. EVELYN MEDINA | Evelyn Medina is Mr. Coleman's ex-wife. She will testify that Mr. Coleman, among others, came to Ms. Sermons' house after the shooting and before Blockbuster. |
| 5. DEANDRE COLEMAN | Deandre Coleman is Mr. Coleman's brother. He will testify that Mr. Coleman, among others, came to Ms. Sermons' house after the shooting and before Blockbuster. |
| 6. JEREMY COLEMAN | Jeremy Coleman is Mr. Coleman's brother. He will testify that Mr. Coleman, among others, came to Ms. Sermons' house after the shooting and before Blockbuster |