California Department of Justice
Attorney General's Office
David E. Madeo
Deputy Attorney General
300 S. Spring Street
Los Angeles, CA  90013
Tel:  (213) 897-4925

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOFAMA COLEMAN,<br><br>Plaintiff(s)<br><br>v.<br><br>RALPH M. DIAZ, Acting Warden<br><br>Defendant(s). | CASE NUMBER   CV 10-2343-VBF (RNB)<br><br>**ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM   ☒ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus  ☐ Ad Prosequendum  ☒ Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   JOFAMA COLEMAN

Alias:   CDC No. V-27659

on December 06, 2013 at 9:00 am. before Magistrate Judge ROBERT N. BLOCK.

Dated: _____

_____
U.S. District Judge/U.S. Magistrate Judge