California Department of Justice
Attorney General's Office
David E. Madeo
Deputy Attorney General
300 S. Spring Street
Los Angeles, CA 90013
Tel: (213) 897-4925
Fax: (213) 897-2408

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOFAMA COLEMAN,<br><br>Plaintiff(s)<br><br>v.<br><br>RALPH M. DIAZ, Acting Warden,<br><br>Defendant(s) | CASE NUMBER:<br>CR<br>CV 10-2343-VBF (RNB)<br><br>**WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable __ROBERT N. BLOCK__ Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: __STU SHERMAN, Acting Warden, CSATF - State Prison at Corcoran__

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **JOFAMA COLEMAN (V-27659)** before the Honorable __ROBERT N. BLOCK__ Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. __6-B__, located at 411 W. Fourth Street, Santa Ana, California 92701 on **December 06, 2013** at __9:00 a.m.__, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable __ROBERT N. BLOCK__ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

---

WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM
G-09A (09/97)