KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
JAMES WILLIAM BILDERBACK II
Supervising Deputy Attorney General
DAVID E. MADEO
Deputy Attorney General
State Bar No. 180106
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-4925
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOFAMA COLEMAN,**<br><br>        Petitioner,<br><br>  v.<br><br>**RALPH M. DIAZ, Acting Warden,**<br><br>        Respondent. | CV 10-2343-VBF (RNB)<br><br>**RESPONDENT'S EXHIBIT LIST**<br><br>Evidentiary Hearing:  Dec. 6, 2013<br>Time:  9:30 a.m.<br>Place:  Courtroom 6B<br><br>The Honorable Robert N. Block<br>United States Magistrate Judge |

  Pursuant to the Court's May 1, 2013, Order, Respondent hereby submits the attached list of documents he intends to introduce as exhibits at the evidentiary hearing scheduled for December 6, 2013.

/ / /

/ / /

/ / /

/ / /

The exhibit numbers listed are subject to change at the evidentiary hearing.

Dated: October 4, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
JAMES WILLIAM BILDERBACK II
Supervising Deputy Attorney General

/s/ David E. Madeo

DAVID E. MADEO
Deputy Attorney General
*Attorneys for Respondent*

LA2010501376

**RESPONDENT'S PROPOSED EXHIBIT LIST**

| EXHIBIT NO. | REFERENCE | DESCRIPTION |
|---|---|---|
| 1 | Ex. 1 at 1-3 | Investigation Report, prepared by Special Agent Christie Beach |
| 2 | Ex. 2 | Maps of South Los Angeles, showing the shooting site and the Blockbuster store. |
| | | |
| | | |
| | | |
| | | |