1  KAMALA D. HARRIS
   Attorney General of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  LANCE E. WINTERS
   Senior Assistant Attorney General
4  JAMES WILLIAM BILDERBACK II
   Supervising Deputy Attorney General
5  DAVID E. MADEO
   Deputy Attorney General
6  State Bar No. 180106
    300 South Spring Street, Suite 1702
7   Los Angeles, CA  90013
    Telephone:  (213) 897-4925
8   Fax:  (213) 897-6496
    E-mail:  DocketingLAAWT@doj.ca.gov
9  *Attorneys for Respondent*

10               IN THE UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

**JOFAMA COLEMAN,**

                    Petitioner,

     v.

**RALPH M. DIAZ, Acting Warden,**

                    Respondent.

CV 10-2343-VBF (RNB)

**RESPONDENT'S WITNESS LIST**

Evidentiary Hearing:  Dec. 6, 2013
Time:  9:30 a.m.
Place:  Courtroom 6B

The Honorable Robert N. Block
United States Magistrate Judge

20  / / /

21  / / /

22  / / /

1

1  Pursuant to the Court's May 1, 2013, Order, Respondent hereby submits the
2  attached witness list and a summary of proffered testimony he intends to offer at the
3  evidentiary hearing scheduled for December 6, 2013.

4  Dated: October 4, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
JAMES WILLIAM BILDERBACK II
Supervising Deputy Attorney General


/s/ David E. Madeo

DAVID E. MADEO
Deputy Attorney General
*Attorneys for Respondent*

LA2010501376

| | **RESPONDENT'S WITNESS LIST** | |
|---|---|---|
| **NUMBER** | **NAME** | **SUMMARY OF PROPOSED TESTIMONY** |
| 1 | Special Agent Christie Beach | Special Agent Beach will testify to her investigation of the route Petitioner took in driving from the shooting site to the Blockbuster store. |
| | | |