California Department of Justice
Attorney General's Office
David E. Madeo
Deputy Attorney General
300 S. Spring Street
Los Angeles, CA  90013
Tel:  (213) 897-4925

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOFAMA COLEMAN, | CASE NUMBER     CV 10-2343-VBF (RNB) |
|---|---|
| Plaintiff(s) | **ORDER ON**<br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM   ☒ AD TESTIFICANDUM |
| v. | |
| RALPH M. DIAZ, Acting Warden | |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus  ☐ Ad Prosequendum  ☒ Ad Testificandum be issued to secure the appearance of:

Name of Detainee:     JOFAMA COLEMAN

Alias:     CDC No. V-27659

on December 06, 2013 at 9:00 am. before Magistrate Judge ROBERT N. BLOCK.

Dated:  October 04, 2013

_____
**Hon. Robert N. Block**
**U.S. Magistrate Judge**