SEAN K. KENNEDY(1456632)
Federal Public Defender
JESSE GESSIN(263889)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone (714) 338-4500
Facsimile (714) 338-4520
E-mail: jesse_gessin@fd.org

Attorneys for Petitioner
JOFAMA COLEMAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOFAMA COLEMAN, | CASE NO: CV 10-2343-VBF (RNB) |
| Petitioner, | |
| v. | PETITIONER'S EXHIBIT LIST |
| RALPH M. DIAZ, Acting Warden, | Evidentiary Hearing: |
| Respondent. | December 6, 2013 |
| | Honorable Robert N. Block |

Petitioner, Jofama Coleman, hereby submits the attached list of witnesses he expects to call at the evidentiary hearing.  Pursuant to Local Rule 79-5.4, Petitioner does not include the home addresses of these witnesses in this public filing and will serve this information separately to Respondent.

                                        Respectfully submitted,

                                        SEAN K. KENNEDY
                                        Federal Public Defender

DATED: October 25, 2013        By *Jesse Gessin*
                                        Jesse Gessin
                                        Deputy Federal Public Defender

# PETITIONER'S EXHIBIT LIST

*Jofama Coleman v. Ralph M. Diaz, Warden,* 10-2343-VBF (RNB)

| EXHIBIT | WITNESS |
|---|---|
| 1. BLOCK BUSTER VIDEO | GEORGE RIES |
| 2. TIMED VIDEO OF DRIVING ROUTES | VICTOR GOMEZ |
| 3. VIDEOS OF WITNESS PERSPECTIVES | VICTOR GOMEZ |
| 4. DEMONSTRATIVE TIMELINE | VICTOR GOMEZ |
| 5. DEMONSTRATIVE MAPS | VICTOR GOMEZ |