SEAN K. KENNEDY(1456632)
Federal Public Defender
JESSE GESSIN(263889)
ROSE ANGULO (261992)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone (714) 338-4500
Facsimile (714) 338-4520
E-mail: jesse_gessin@fd.org
       rose_angulo@fd.org

Attorneys for Petitioner
JOFAMA COLEMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOFAMA COLEMAN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RALPH M. DIAZ, Acting Warden,<br><br>　　　　　Respondent. | CASE NO: CV 10-2343-VBF (RNB)<br><br>CD-EXHIBITS, A, D, J, K TO PETITIONER'S RESPONSE TO RESPONDENT'S OBJECTIONS TO PETITIONER'S WITNESSES; DECLARATIONS; EXHIBITS<br><br>Evidentiary Hearing: December 6, 2013<br><br>Honorable Robert N. Block |

# EXHIBIT A
## CD

(To Petitioner's Response to Respondent's Objections
to Petitioner's Witnesses; Declarations; Exhibits)

*Jofama Coleman, Petitioner*

*v.*

*Ralph M. Diaz, Acting Warden,*
*Respondent*

Case No: CV 10-2343-VBF(RNB)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING**

G–114 (02/09)   VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING

# EXHIBIT D
## CD

(To Petitioner's Response to Respondent's Objections to Petitioner's Witnesses; Declarations; Exhibits)

*Jofama Coleman, Petitioner*

*v.*

*Ralph M. Diaz, Acting Warden,*
*Respondent*

Case No: CV 10-2343-VBF(RNB)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS**

**SECTION OF THE CLERK'S**

**OFFICE FOR PUBLIC VIEWING**

# EXHIBIT J
## CD

(To Petitioner's Response to Respondent's Objections
to Petitioner's Witnesses; Declarations; Exhibits)

*Jofama Coleman*, Petitioner

v.

*Ralph M. Diaz, Acting Warden*,
Respondent

Case No: CV 10-2343-VBF(RNB)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ VOLUMINOUS DOCUMENT

☑ CD, VIDEO, PHOTOS, OTHER, ETC.

AVAILABLE IN THE RECORDS

SECTION OF THE CLERK'S

OFFICE FOR PUBLIC VIEWING

G–114 (02/09)    VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING

# EXHIBIT K
## CD

(To Petitioner's Response to Respondent's Objections
to Petitioner's Witnesses; Declarations; Exhibits)

*Jofama Coleman, Petitioner*
*v.*
*Ralph M. Diaz, Acting Warden,*
*Respondent*

Case No: CV 10-2343-VBF(RNB)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS**

**SECTION OF THE CLERK'S**

**OFFICE FOR PUBLIC VIEWING**