California Department of Justice
Attorney General's Office
David E. Madeo
Deputy Attorney General
300 S. Spring Street
Los Angeles, CA 90013
Tel: (213) 897-4925

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOFAMA COLEMAN, <br><br> Plaintiff(s) <br><br> v. <br><br> RALPH M. DIAZ, Acting Warden, <br><br> Defendant(s). | CASE NUMBER <br><br> CV 10-2343-VBF(RNB) <br><br> **APPLICATION FOR WRIT OF HABEAS CORPUS** <br><br> ☐ AD PROSEQUENDUM  ☑ AD TESTIFICANDUM |

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: __JOFAMA COLEMAN__
       Alias: _____
BOP/Booking No: __CDC No. V-27659__
       Detained by: ☑ Warden __STU SHERMAN, Acting Warden__
               ☐ Other _____
       Detained at: __California Substance Abuse Treatment Facility and State Prison at Corcoran__
               *(Specify name and location of detention facility)*

Detainee is requested for the following reasons: To be present at the evidentiary hearing in the above-captioned petition for Writ of Habeas Corpus Ad Testificandum.

Appearance is necessary on __August 13, 2014__ at __9:00 a.m.__ before the Honorable __ROBERT N. BLOCK__ Judge/Magistrate Judge.

Location: ☐ U.S. District Court __411 W. Fourth Street, Santa Ana, CA 92701, Courtroom 6-B__
                                        *(Court Address)*
         ☐ Other _____
                *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

~~I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.~~

~~I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.~~

Dated: __July 16, 2014__         __/s/ David E. Madeo__
                                                *Signature of attorney*

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)* **MUST** be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.

G-09 (10/06)      APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM