California Department of Justice
Attorney General's Office
David E. Madeo
Deputy Attorney General
300 S. Spring Street
Los Angeles, CA 90013
Tel: (213) 897-4925
Fax: (213) 897-2408

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOFAMA COLEMAN, <br><br> Plaintiff(s) <br><br> v. <br><br> RALPH M. DIAZ, Acting Warden, <br><br> Defendant(s) | CASE NUMBER: <br> CR <br> CV 10-2343-VBF (RNB) <br><br> **WRIT OF HABEAS CORPUS** <br> ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable ROBERT N. BLOCK Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: STU SHERMAN, Acting Warden, CSATF - State Prison at Corcoran

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **JOFAMA COLEMAN (V-27659)** before the Honorable ROBERT N. BLOCK Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **6-B**, located at 411 W. Fourth Street, Santa Ana, California 92701 on **August 13, 2014** at **9:00 a.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable ROBERT N. BLOCK Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)