California Department of Justice
Attorney General's Office
David E. Madeo
Deputy Attorney General
300 S. Spring Street
Los Angeles, CA 90013
Tel: (213) 897-4925

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOFAMA COLEMAN, <br><br> Plaintiff(s) <br> v. <br><br> RALPH M. DIAZ, Acting Warden <br><br> Defendant(s). | CASE NUMBER   CV 10-2343-VBF (RNB) <br><br> **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS** <br><br> ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum ☒ Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   JOFAMA COLEMAN

   Alias:   CDC No. V-27659

on August 13, 2014 at 9:00 am. before Magistrate Judge ROBERT N. BLOCK.

Dated: _____   _____
U.S. District Judge/U.S. Magistrate Judge