## LIST OF EXHIBITS AND WITNESSES

| Case Number | 10-CV-02343-VBF-RNB | Title | Jofama Reo Coleman v. Ralph M. Diaz |
|---|---|---|---|
| Judge | Robert N. Block | | |
| Dates of Trial or Hearing | 8/13/14 | | |
| Court Reporters or Tape No. | Deborah Parker, Court Reporter | | |
| Deputy Clerks | Kerri Hays | | |

FILED
CLERK, U.S. DISTRICT COURT
August 13, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: KH DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Jesse A. Gessin, DFPD and Rose Angulo, DFPD | James W. Bilderback, II, DAG and David E. Madeo, DAG |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | George Lincoln Reis - Witness | Petitioner |
| A | X | X | | | | Blockbuster Video | Petitioner |
| B | X | X | | | | Expert Report | Petitioner |
| | | | | | | Victor Gomez - Witness | Petitioner |
| C | X | X | | | | Timed video of driving routes | Petitioner |
| D | X | | | | | Screen shot of phone time and Metadata | Petitioner |
| E | X | | | | | Demonstrative Maps | Petitioner |
| | | | | | | Christie Beach - Witness | Respondent |
| | | | 1A | X | | Map of South Los Angeles indicating route on 11/2013 | Respondent |
| | | | 1B | X | | Maps of South Los Angeles indicating route on 8/11/2012 | Respondent |

G-65 (03/07)    LIST OF EXHIBITS AND WITNESSES    Page 1 of 1