HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
JESSE GESSIN (Bar No. 263889)
E-Mail: Jesse_Gessin@fd.org
Deputy Federal Public Defender
ROSE ANGULO (Bar No. 261992)
E-Mail: Rose_Angulo@fd.org
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Petitioner
JOFAMA COLEMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOFAMA COLEMAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RALPH M. DIAZ, Acting Warden,<br><br>　　　　Respondent. | CASE NO: CV 10-2343-VBF (RNB)<br><br>**[PROPOSED]** ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE PETITIONER'S OBJECTIONS TO REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Petitioner's *ex parte* application is granted. The date by which Petitioner must file Objections to the Supplemental Report and Recommendation of United States Magistrate Judge is extended from February 5, 2015 to March 5, 2015.

DATED: January 27, 2015　　　By　_____
　　　　　　　　　　　　　　　　　　HON. ROBERT N. BLOCK
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

*/s/ Jesse Gessin*
JESSE GESSIN
Deputy Federal Public Defender