I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED:   6-1-15

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

JUN - 1 2015

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

JS-6
Entered

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOFAMA COLEMAN,

       Petitioner,

    vs.

KATHLEEN ALLISON, Acting
Warden,

       Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  LA CV 10-02343-VBF (RNB)

J U D G M E N T

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:    May 28, 2015

                        Valerie Baker Fairbank

                        VALERIE BAKER FAIRBANK
                        UNITED STATES DISTRICT JUDGE